**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF OHIO

Case number *(if known)* _____

Chapter you are filing under:

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

*04/20*

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---|---|

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | **Christine** First name **Marie** Middle name **Soward** Last name and Suffix (Sr., Jr., II, III) | First name Middle name Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years** Include your married or maiden names. | | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-3415 | |

Debtor 1   **Christine Marie Soward**                                      Case number *(if known)* _____

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EIN | ☐ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EIN |
| **5. Where you live** | **2875 Maginn Drive**<br>**Dayton, OH 45434**<br>Number, Street, City, State & ZIP Code<br><br>**Greene**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number, Street, City, State & ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)<br><br>_____ | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)<br><br>_____ |

**Voluntary Petition for Individuals Filing for Bankruptcy**

Debtor 1    **Christine Marie Soward**    Case number *(if known)* _____

| Part 2: | Tell the Court About Your Bankruptcy Case |

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

■ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8. How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No

☐ Yes.

| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When _____ | Case number, if known | _____ |
| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

**11. Do you rent your residence?**

■ No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1    **Christine Marie Soward**                                    Case number *(if known)*

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☒ No.    Go to Part 4.

☐ Yes.    Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. 101(51B))

☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐    None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor or a debtor as defined by 11 U.S.C. § 1182(1)?***

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines.* If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.    I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☒ No.

☐ Yes.    What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____

_____
Number, Street, City, State & Zip Code

---

Debtor 1    **Christine Marie Soward**                                    Case number *(if known)*

| **Part 5:** | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.**<br><br>The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.<br><br>If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:*<br><br>■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.**<br>I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | *You must check one:*<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.**<br>I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Debtor 1    __Christine Marie Soward__                                                    Case number *(if known)*_____

| Part 6: | Answer These Questions for Reporting Purposes |
| --- | --- |

**16. What kind of debts do you have?**

16a.  **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.

☐ Yes. Go to line 17.

16b.  **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☑ Yes. Go to line 17.

16c.  State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

☐ No.   I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

| | | |
| --- | --- | --- |
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☑ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
| --- | --- | --- |
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☑ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
| --- | --- | --- |
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Part 7: | Sign Below |
| --- | --- |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Christine Marie Soward**

_____          _____
**Christine Marie Soward**                                     Signature of Debtor 2
Signature of Debtor 1

Executed on  __November 19, 2020__              Executed on  _____
MM / DD / YYYY                                                       MM / DD / YYYY

Debtor 1   **Christine Marie Soward**

Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Eric W. Goering**
Signature of Attorney for Debtor

Date   **November 19, 2020**
MM / DD / YYYY

**Eric W. Goering**
Printed name

**Goering & Goering**
Firm name

**220 West Third Street**
**Cincinnati, OH 45202**
Number, Street, City, State & ZIP Code

Contact phone   **(513) 621-0912**

Email address

**0061146 OH**
Bar number & State

---

**Voluntary Petition for Individuals Filing for Bankruptcy**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Christine Marie Soward** |
| | First Name             Middle Name             Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name             Middle Name             Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF OHIO |
| Case number (if known) | _____ |

☐ Check if this is an
   amended filing

## Official Form 106Sum
### Summary of Your Assets and Liabilities and Certain Statistical Information   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

Part 1:   **Summarize Your Assets**

|  | | **Your assets**<br>Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B.................................................. | $ 240,359.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B........................................ | $ 141,865.23 |
| | 1c. Copy line 63, Total of all property on Schedule A/B.................................................. | $ 382,224.23 |

Part 2:   **Summarize Your Liabilities**

|  | | **Your liabilities**<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ 233,060.00 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.............................. | $ 0.00 |
| | 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*.......................... | $ 12,343,864.51 |
| | **Your total liabilities** | $ 12,576,924.51 |

Part 3:   **Summarize Your Income and Expenses**

| | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*.............................................. | $ 10,258.00 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*......................................................... | $ 10,166.00 |

Part 4:   **Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor 1    **Christine Marie Soward**                                              Case number *(if known)* _____

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 0.00 |

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Christine Marie Soward** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF OHIO |
| Case number | |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                     12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ■ Yes. Where is the property?

| 1.1 | What is the property? Check all that apply | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|

**2875 Maginn Drive**
Street address, if available, or other description

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Dayton       OH    45434-0000**
City       State    ZIP Code

**Greene**
County

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $480,718.00 | $240,359.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**JWRS**

☐ **Check if this is community property**
(see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........................................................................=>**

| $240,359.00 |
|---|

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1    **Christine Marie Soward**                              Case number *(if known)*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☒ Yes

| | | | |
|---|---|---|---|
| 3.1 | Make: **Toyota** | | |

**Who has an interest in the property?** Check one

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Make: | **Toyota** |
|---|---|
| Model: | **4Runner** |
| Year: | **2006** |
| Approximate mileage: | **140000** |
| Other information: | |

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| **$5,000.00** | **$5,000.00** |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☒ No
☐ Yes

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.................................................................=>

| **$5,000.00** |
|---|

**Part 3:**  Describe Your Personal and  Household Items

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☒ Yes. Describe.....

| |
|---|
| Stove-300 |
| Refrigerator-300 |
| Living Room Set-500 |
| Family room- 300 |
| Dinette-500 |
| table & chairs- 200 |
| Bedroom Set-600 |
| Sons bedroom- 300 |
| Guest bedroom- 200 |
| 2 Guest beds- 200 |
| Couch- 100 |
| bar table & chairs- 150 |
| Desk & chair- 300 |
| Washer & Dryer-150 |
| Tables-100 |
| Lamps-100 |
| Microwave-25 |
| Misc. Household Items (each)- 150 |

$2,237.50

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices
   including cell phones, cameras, media players, games
   ☐ No
   ☒ Yes. Describe.....

| Debtor 1 | **Christine Marie Soward** | | Case number *(if known)* |
|---|---|---|---|

| 4TV-600<br>2-Computer-400<br>2 ipads- 200 | $600.00 |
|---|---|

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ■ Yes.  Describe.....

| Misc. Pictures, cd's, books, paintings and wall hangings (any item) | $200.00 |
|---|---|

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes.  Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes.  Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes.  Describe.....

| Wearing Apparel | $600.00 |
|---|---|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes.  Describe.....

| Misc. Jewelry including watch, chain, earrings (any item) | $1,500.00 |
|---|---|

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes.  Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes.  Give specific information.....

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ............................................................................

$5,137.50

| **Part 4:** | **Describe Your Financial Assets** |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own?<br>Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

| Debtor 1 | **Christine Marie Soward** | Case number *(if known)* | |
|---|---|---|---|

☐ Yes.................................................................................................

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar
institutions. If you have multiple accounts with the same institution, list each.

☐ No
■ Yes........................        Institution name:

| | 17.1. | **checking** | **Commonwealth Bank & Trust** | **$400.00** |
|---|---|---|---|---|

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

■ No
☐ Yes.................        Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and
joint venture**

☐ No
■ Yes.  Give specific information about them...................

|  | Name of entity: | % of ownership: | | |
|---|---|---|---|---|
| | **Dayton Mailing Services, Inc.** | **99.9%** | **%** | **$0.00** |
| | **Dayton Mailing Services, LLC** | **51%** | **%** | **Unknown** |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

■ No
☐ Yes. Give specific information about them
        Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
■ Yes. List each account separately.

| | Type of account: | Institution name: | |
|---|---|---|---|
| | **401K** | **Ameritas** | **$131,327.73** |

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

■ No
☐ Yes. .....................        Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

■ No
☐ Yes.............        Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

■ No
☐ Yes.............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

■ No
☐ Yes.  Give specific information about them...

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor 1    **Christine Marie Soward**                                              Case number *(if known)*

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
   ■ No
   ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
   ■ No
   ☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
   ■ No
   ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
   ■ No
   ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
   ■ No
   ☐ Yes.  Give specific information..

31. **Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
   ☐ No
   ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **First Penn-Pacific Life (Lincoln) Term policy** | **Husband** | **$0.00** |

32. **Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
   ■ No
   ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
   ■ No
   ☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
   ■ No
   ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
   ■ No
   ☐ Yes.  Give specific information..

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1  **Christine Marie Soward**                          Case number *(if known)* _____

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**.................................................................................................

| | $131,727.73 |
|---|---|

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
   ■ No. Go to Part 6.
   ☐ Yes. Go to line 38.

**Part 6:**  Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
   ■ No. Go to Part 7.
   ☐ Yes. Go to line 47.

**Part 7:**  Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
   ■ No
   ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...................................

| | $0.00 |
|---|---|

**Part 8:**  List the Totals of Each Part of this Form

| | | | |
|---|---|---|---|
| 55. **Part 1: Total real estate, line 2** ................................................................. | | | $240,359.00 |
| 56. **Part 2: Total vehicles, line 5** | $5,000.00 | | |
| 57. **Part 3: Total personal and household items, line 15** | $5,137.50 | | |
| 58. **Part 4: Total financial assets, line 36** | $131,727.73 | | |
| 59. **Part 5: Total business-related property, line 45** | $0.00 | | |
| 60. **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | | |
| 61. **Part 7: Total other property not listed, line 54** | + $0.00 | | |
| 62. **Total personal property.** Add lines 56 through 61... | $141,865.23 | Copy personal property total | $141,865.23 |
| 63. **Total of all property on Schedule A/B**. Add line 55 + line 62 | | | $382,224.23 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Christine Marie Soward** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF OHIO |
| Case number (if known) | |

☐ Check if this is an
  amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                    4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2875 Maginn Drive Dayton, OH 45434 Greene County**<br>Line from *Schedule A/B*: **1.1** | $240,359.00 | ☑ $145,425.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(1) |
| **2006 Toyota 4Runner 140000 miles**<br>Line from *Schedule A/B*: **3.1** | $5,000.00 | ☑ $4,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(2) |
| **2006 Toyota 4Runner 140000 miles**<br>Line from *Schedule A/B*: **3.1** | $5,000.00 | ☑ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(18) |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **Christine Marie Soward**                                    Case number (if known)

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Stove-300**<br>**Refrigerator-300**<br>**Living Room Set-500**<br>**Family room- 300**<br>**Dinette-500**<br>**table & chairs- 200**<br>**Bedroom Set-600**<br>**Sons bedroom- 300**<br>**Guest bedroom- 200**<br>**2 Guest beds- 200**<br>**Couch- 100**<br>**bar table & chairs- 150**<br>**Desk & chair- 300**<br>**Washer & Dryer-150**<br>**Tab**<br>Line from *Schedule A/B*: **6.1** | $2,237.50 | ■ **100%**<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(4)(a) |
| **4TV-600**<br>**2-Computer-400**<br>**2 ipads- 200**<br>Line from *Schedule A/B*: **7.1** | $600.00 | ■ **$600.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(4)(a) |
| **Misc. Pictures, cd's, books, paintings and wall hangings (any item)**<br>Line from *Schedule A/B*: **8.1** | $200.00 | ■ **100%**<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(4)(a) |
| **Wearing Apparel**<br>Line from *Schedule A/B*: **11.1** | $600.00 | ■ **$600.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(3) |
| **Misc. Jewelry including watch, chain, earrings (any item)**<br>Line from *Schedule A/B*: **12.1** | $1,500.00 | ■ **$1,500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(4)(b) |
| **401K: Ameritas**<br>Line from *Schedule A/B*: **21.1** | $131,327.73 | ■ **100%**<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(10)(b) |
| **All cash and bank balances**<br>Line from *Schedule A/B*: | $475.00 | ■ **$475.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(3) |
| **Any property**<br>Line from *Schedule A/B*: | $325.00 | ■ **$325.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(18) |

3. **Are you claiming a homestead exemption of more than $170,350?**
(Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

☐ No

■ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

　　■ No

　　☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1    **Christine Marie Soward**                                    Case number (if known)

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Christine Marie Soward** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF OHIO |
| Case number (if known) | |

☐ Check if this is an amended filing

<u>Official Form 106D</u>

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A | Column B | Column C |
|---|---|---|---|
| | Amount of claim | Value of collateral | Unsecured |
| | Do not deduct the | that supports this | portion |
| | value of collateral. | claim | If any |

| 2.1 **Day Air Credit Union** | | $90,518.00 | $480,718.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

**2875 Maginn Drive Dayton, OH 45434  Greene County**

**3501 Wilmington Pike Dayton, OH 45429**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)    **Second Mortgage**

Date debt was incurred  **12/4/14**          Last 4 digits of account number _____

| 2.2 **Union Savings Bank** | | $142,542.00 | $480,718.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

**2875 Maginn Drive Dayton, OH 45434  Greene County**

**8534 E. Kemper Road Cincinnati, OH 45249**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)    **1st Mortgage**

Date debt was incurred  **12/5/11**          Last 4 digits of account number _____

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

| Debtor 1 | **Christine Marie Soward** | Case number (if known) | |
|---|---|---|---|
| | First Name        Middle Name        Last Name | | |

| | |
|---|---|
| **Add the dollar value of your entries in Column A on this page. Write that number here:** | **$233,060.00** |
| **If this is the last page of your form, add the dollar value totals from all pages.** **Write that number here:** | **$233,060.00** |

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Christine Marie Soward** |
| | First Name            Middle Name            Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name            Middle Name            Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF OHIO |
| Case number | |
| (if known) | |

☐ Check if this is an
   amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                                        12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

| **Part 1:** | **List All of Your PRIORITY Unsecured Claims** |
|---|---|

1.  **Do any creditors have priority unsecured claims against you?**

■ No. Go to Part 2.

☐ Yes.

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | Total claim |
|---|---|---|---|

| **4.1** | **3-G Graphic Solutions** | Last 4 digits of account number _____ | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 1666**
**Springfield, OH 45501**
Number Street City State Zip Code

When was the debt incurred?    **2020**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

Debtor 1  **Christine Marie Soward**                                             Case number *(if known)*

---

**4.2**  **A Plus Expediting & Logistics**                 | Last 4 digits of account number                      **Unknown**

Nonpriority Creditor's Name

**PO Box 2074**                                            When was the debt incurred?    **2020**

**Mount Vernon, OH 43050-7274**

Number Street City State Zip Code                         As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only                                           ■ Contingent

☐ Debtor 2 only                                           ■ Unliquidated

☐ Debtor 1 and Debtor 2 only                             ■ Disputed

☐ At least one of the debtors and another                Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a  community               ☐ Student loans
debt**
                                                          ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                           report as priority claims

■ No                                                      ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                          ■ Other. Specify   **Disputed potential contingent liability with**
☐ Yes                                                                        **Dayton Mailing Services, Inc.**

---

**4.3**  **A Rifkin**                                      | Last 4 digits of account number                      **Unknown**

Nonpriority Creditor's Name

**1400 Sans Souci Pkwy**                                   When was the debt incurred?    **2020**
**PO Box 878**
**Wilkes Barre, PA 18703**

Number Street City State Zip Code                         As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only                                           ■ Contingent

☐ Debtor 2 only                                           ■ Unliquidated

☐ Debtor 1 and Debtor 2 only                             ■ Disputed

☐ At least one of the debtors and another                Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a  community               ☐ Student loans
debt**
                                                          ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                           report as priority claims

■ No                                                      ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                          ■ Other. Specify   **Disputed potential contingent liability with**
☐ Yes                                                                        **Dayton Mailing Services, Inc.**

---

**4.4**  **A1 Sprinkler**                                  | Last 4 digits of account number                      **Unknown**

Nonpriority Creditor's Name

**2383 Northpointe Dr**                                    When was the debt incurred?    **2020**
**Miamisburg, OH 45342**

Number Street City State Zip Code                         As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only                                           ■ Contingent

☐ Debtor 2 only                                           ■ Unliquidated

☐ Debtor 1 and Debtor 2 only                             ■ Disputed

☐ At least one of the debtors and another                Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a  community               ☐ Student loans
debt**
                                                          ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                           report as priority claims

■ No                                                      ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                          ■ Other. Specify   **Disputed potential contingent liability with**
☐ Yes                                                                        **Dayton Mailing Services, Inc.**

---

Debtor 1    **Christine Marie Soward**                                          Case number (if known) _____

---

| 4.5 | **A1A Services** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**8148 Solutions Center**
**Chicago, IL 60677**
Number Street City State Zip Code

**When was the debt incurred?**    2020

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.6 | **Abby Credit Union** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**800 Fall Creek Dr**
**Vandalia, OH 45377**
Number Street City State Zip Code

**When was the debt incurred?**    2020

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.7 | **Accountemps** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**12400 Collections Center Drive**
**Chicago, IL 60693**
Number Street City State Zip Code

**When was the debt incurred?**    2020

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1    **Christine Marie Soward**                                                    Case number (if known) _____

---

| 4.8 | **AccuData Integrated Marketing** | Last 4 digits of account number _____ | **$23,677.00** |

Nonpriority Creditor's Name

**5220 Summerlin Common Blvd #200**

**Fort Myers, FL 33907**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    **2019**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guarantor for Dayton Mailing Services, Inc.**

---

| 4.9 | **Action Graphics Printing** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**3520 27th Avenue NE**

**Miami, OK 74354**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.10 | **Admore Inc** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**PO Box 841741**

**Dallas, TX 75284**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

Debtor 1   **Christine Marie Soward**                                        Case number *(if known)*

---

| 4.1 1 | **ADP** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**1851 N Resler Drive MS-100**
**El Paso, TX 79912**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?    **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.1 2 | **Adressor Based Systems** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**3325 Harrison Ave**
**Cincinnati, OH 45211**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?    **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.1 3 | **Advanced Graphics of Dayton** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**207 Air Street**
**Dayton, OH 45404**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?    **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1    **Christine Marie Soward**                                    Case number (if known) _____

---

**4.1 4**

**Alesco Group**
Nonpriority Creditor's Name
**5276 Summerlin Common Way #703**
**Fort Myers, FL 33907**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  _____        **Unknown**

When was the debt incurred?        **2020**

As of the date you file, the claim is: Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

**4.1 5**

**American Express**
Nonpriority Creditor's Name
**P. O. Box 981537**
**El Paso, TX 79998-1535**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  _____        **$800.00**

When was the debt incurred?        **2016-2018**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Goods and Services**

---

**4.1 6**

**American Fire and Security**
Nonpriority Creditor's Name
**PO Box 24781**
**Dayton, OH 45424**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  _____        **Unknown**

When was the debt incurred?        **2020**

As of the date you file, the claim is: Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1    **Christine Marie Soward**                                        Case number *(if known)*

---

| | | |
|---|---|---|
| **4.1 7** | **American Healthways** | Last 4 digits of account number _____    **Unknown** |

Nonpriority Creditor's Name
**701 Cool Springs Blvd**
**Franklin, TN 37067**

When was the debt incurred?    **2020**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ No
- ☐ Yes

☐ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| | | |
|---|---|---|
| **4.1 8** | **American Solutions for Business** | Last 4 digits of account number _____    **Unknown** |

Nonpriority Creditor's Name
**8479 Solution Center**
**Chicago, IL 60677**

When was the debt incurred?    **2020**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ No
- ☐ Yes

☐ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| | | |
|---|---|---|
| **4.1 9** | **Amerilam Supply** | Last 4 digits of account number _____    **Unknown** |

Nonpriority Creditor's Name
**900 Dutch Valley**
**Knoxville, TN 37918**

When was the debt incurred?    **2020**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ No
- ☐ Yes

☐ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1  **Christine Marie Soward**                                              Case number (if known) _____

---

| 4.2 0 | **Amos MFG** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 177**
**Alpena, MI 49707**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?   **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.2 1 | **AMSP** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**1800 Diagonal Rd #320**
**Alexandria, VA 22314**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?   **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.2 2 | **Anthem BC/BS Ohio Group** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**P.O. Box 105673**
**Atlanta, GA 30348-5673**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                     Best Case Bankruptcy

Debtor 1    **Christine Marie Soward**                                          Case number *(if known)*

---

| 4.2 3 | **Apex** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name
**7887 Washington Village Drive #200
Dayton, OH 45458**
Number Street City State Zip Code

When was the debt incurred?    **2020**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.2 4 | **Appvion** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name
**PO Box 638565
Cincinnati, OH 45263**
Number Street City State Zip Code

When was the debt incurred?    **2020**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.2 5 | **Aqua Falls-Glacier Mountain** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name
**P.O. Box 98
Enon, OH 45323-0098**
Number Street City State Zip Code

When was the debt incurred?    **2020**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1    **Christine Marie Soward**    Case number (if known) _____

---

**4.2 6**

**Argrov Box**
Nonpriority Creditor's Name
**P.O. Box 305**
**Middletown, OH 45052**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred?    **2020**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

**4.2 7**

**Ariva Distribution**
Nonpriority Creditor's Name
**62493 Collections Center**
**Chicago, IL 60693**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred?    **2020**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

**4.2 8**

**Armstrong Printing**
Nonpriority Creditor's Name
**222 E. Main Street**
**Springfield, OH 45503**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred?    **2020**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1   **Christine Marie Soward**                                                      Case number (if known) _____

---

| 4.29 | **Art's Rental** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**215 East 6th**
**Newport, KY 41071**
Number Street City State Zip Code

When was the debt incurred?   **2020**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.30 | **Ascentium Capital LLC** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**23970 Highway 59N**
**Kingwood, TX 77339**
Number Street City State Zip Code

When was the debt incurred?   **2020**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.31 | **AT & T** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**PO Box 9001309**
**Louisville, KY 40290**
Number Street City State Zip Code

When was the debt incurred?   **2020**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1    **Christine Marie Soward**    Case number (if known)

---

| **4.3 2** | **AT & T Mobility** | | **Last 4 digits of account number** | | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 6463**
**Carol Stream, IL 60197-6463**

When was the debt incurred?    **2020**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Debtor 1 and Debtor 2 only

■ Unliquidated

☐ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| **4.3 3** | **Atlas Die LLC** | | **Last 4 digits of account number** | | **Unknown** |

Nonpriority Creditor's Name

**8573 Solutions Center**
**Chicago, IL 60677-8005**

When was the debt incurred?    **2020**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Debtor 1 and Debtor 2 only

■ Unliquidated

☐ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| **4.3 4** | **Atlas Machine and Supply** | | **Last 4 digits of account number** | | **Unknown** |

Nonpriority Creditor's Name

**7000 Global Drive**
**Louisville, KY 40258**

When was the debt incurred?    **2020**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Debtor 1 and Debtor 2 only

■ Unliquidated

☐ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1   **Christine Marie Soward**

Case number (if known) _____

---

| 4.3 5 | **Auman Mahan & Furry** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**110 N. Main Street**
**Suite 1000**
**Dayton, OH 45402-9837**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred?   **2020**

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.3 6 | **Auman Mahan & Furry** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**110 North Main #1000**
**Dayton, OH 45402**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred?   **2020**

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.3 7 | **Automated Presort** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**1400 Centre Circle Lane**
**Downers Grove, IL 60515**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred?   **2020**

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **Christine Marie Soward**                                                   Case number (if known) _____

---

**4.38**

**Axis Architecture**                                    Last 4 digits of account number _____                              **Unknown**
Nonpriority Creditor's Name
**150 Railroad**                                         When was the debt incurred?   **2020**
**Yellow Springs, OH 45387**
Number Street City State Zip Code                        As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                                          ■ Contingent
☐ Debtor 2 only                                          ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                             ■ Disputed
☐ At least one of the debtors and another               **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**             ☐ Student loans
**debt**                                                ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                      report as priority claims
                                                        ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                                                          **Disputed potential contingent liability with**
☐ Yes                                                    ■ Other. Specify  **Dayton Mailing Services, Inc.**

---

**4.39**

**Bank of America Leasing**                              Last 4 digits of account number _____                              **Unknown**
Nonpriority Creditor's Name
**PO Box 405874**                                        When was the debt incurred?   **2020**
**Atlanta, GA 30384**
Number Street City State Zip Code                        As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                                          ■ Contingent
☐ Debtor 2 only                                          ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                             ■ Disputed
☐ At least one of the debtors and another               **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**             ☐ Student loans
**debt**                                                ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                      report as priority claims
                                                        ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                                                          **Disputed potential contingent liability with**
☐ Yes                                                    ■ Other. Specify  **Dayton Mailing Services, Inc.**

---

**4.40**

**Bank of the West**                                     Last 4 digits of account number _____                              **Unknown**
Nonpriority Creditor's Name
**Dept 23091**                                           When was the debt incurred?   **2020**
**Pasadena, CA 91185**
Number Street City State Zip Code                        As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                                          ■ Contingent
☐ Debtor 2 only                                          ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                             ■ Disputed
☐ At least one of the debtors and another               **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**             ☐ Student loans
**debt**                                                ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                      report as priority claims
                                                        ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                                                          **Disputed potential contingent liability with**
☐ Yes                                                    ■ Other. Specify  **Dayton Mailing Services, Inc.**

---

Debtor 1    **Christine Marie Soward**                                                          Case number (if known) _____

---

| 4.4 1 | **Barney's True Value Hardware** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**3375 Dayton-Xenia Rd**
**Dayton, OH 45432**

When was the debt incurred?    **2020**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.4 2 | **Barrystaff** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**PO Box 0542**
**Dayton, OH 45401**

When was the debt incurred?    **2020**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.4 3 | **Baumfolder Corp.** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**1660 Campbell Road**
**Sidney, OH 45365**

When was the debt incurred?    **2020**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1   **Christine Marie Soward**                                    Case number (if known) _____

---

| 4.4 4 | **BCC Software** | | Last 4 digits of account number _____ | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 1174**
**Buffalo, NY 14240**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.4 5 | **BDI** | | Last 4 digits of account number _____ | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 74069**
**Cleveland, OH 44194-0161**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.4 6 | **BDS PACKAGING INC** | | Last 4 digits of account number _____ | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**4250 Display Ln**
**Dayton, OH 45429**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1    **Christine Marie Soward**                                     Case number (if known) _____

---

| 4.47 | **Becker Electric** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**John A. Becker Company**
**P.O. Box 931115**
**Cleveland, OH 44193**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?    **2020**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.48 | **Belcan Services Group** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**Lockbox 771424**
**1424 Solutions Center**
**Chicago, IL 60677**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?    **2020**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.49 | **Bell & Howell** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**7049 Solution Center**
**Chicago, IL 60677**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?    **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1    **Christine Marie Soward**                                                    Case number *(if known)* _____

---

**4.50**

**Berran Industrial Group Inc.**                          Last 4 digits of account number _____                          **Unknown**
Nonpriority Creditor's Name
**PO BOX 3205**                                           When was the debt incurred?    **2020**
**Kent, OH 44240**
Number Street City State Zip Code                         **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                                           ■ Contingent

☐ Debtor 2 only                                           ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                             ☐ Disputed

☐ At least one of the debtors and another                **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**             ☐ Student loans
**debt**                                                  ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                       report as priority claims

■ No                                                      ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                          **Disputed potential contingent liability with**
☐ Yes                                                     ■ Other. Specify  **Dayton Mailing Services, Inc.**

---

**4.51**

**Best Buy Credit Services**                              Last 4 digits of account number _____                          **Unknown**
Nonpriority Creditor's Name
**PO BOX 183195**                                         When was the debt incurred?    **2020**
**Columbus, OH 43218**
Number Street City State Zip Code                         **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                                           ■ Contingent

☐ Debtor 2 only                                           ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                             ■ Disputed

☐ At least one of the debtors and another                **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**             ☐ Student loans
**debt**                                                  ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                       report as priority claims

■ No                                                      ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                          **Disputed potential contingent liability with**
☐ Yes                                                     ■ Other. Specify  **Dayton Mailing Services, Inc.**

---

**4.52**

**Best Glass**                                            Last 4 digits of account number _____                          **Unknown**
Nonpriority Creditor's Name
**326 Troy St**                                           When was the debt incurred?    **2020**
**Dayton, OH 45404**
Number Street City State Zip Code                         **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                                           ■ Contingent

☐ Debtor 2 only                                           ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                             ■ Disputed

☐ At least one of the debtors and another                **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**             ☐ Student loans
**debt**                                                  ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                       report as priority claims

■ No                                                      ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                          **Disputed potential contingent liability with**
☐ Yes                                                     ■ Other. Specify  **Dayton Mailing Services, Inc.**

---

Debtor 1  **Christine Marie Soward**                                        Case number (if known) _____

---

| 4.5 3 | **Best Manifesting, Inc.** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**2880 Marietta Way**
**Gilbertsville, PA 19525**

When was the debt incurred?    **2020**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.5 4 | **BGR** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**6392 Gano Road**
**West Chester, OH 45069**

When was the debt incurred?    **2020**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.5 5 | **Bindery Parts Inc** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**9070 Norwalk Rd.**
**Litchfield, OH 44253**

When was the debt incurred?    **2020**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1   **Christine Marie Soward**                                                   Case number (if known) _____

---

| 4.5 6 | **Boggs Graphics Equipment** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**14901 Broadway Ave.
Maple Heights, OH 44137**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    **2020**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.5 7 | **Bowers Envelope Company** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 66854
Indianapolis, IN 46266-6854**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    **2020**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.5 8 | **Braden Sutphin Ink Company** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 932504
Cleveland, OH 44193**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    **2020**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1    **Christine Marie Soward**                                    Case number *(if known)*

---

**4.5**
**9**

**Brady, Ware & Company**

Nonpriority Creditor's Name

**3601 Rigby Road**
**Suite 400**
**Dayton, OH 45342**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                    **Unknown**

When was the debt incurred?    **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Disputed potential contingent liability with**
**Dayton Mailing Services, Inc.**

---

**4.6**
**0**

**Brady, Ware & Company**

Nonpriority Creditor's Name

**3601 Rigby Road, Ste 400**
**Miamisburg, OH 45342**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                    **Unknown**

When was the debt incurred?    **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Disputed potential contingent liability with**
**Dayton Mailing Services, Inc.**

---

**4.6**
**1**

**Braughler Books, LLC**

Nonpriority Creditor's Name

**205 Orchard Drive**
**Springboro, OH 45066**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                    **Unknown**

When was the debt incurred?    **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Disputed potential contingent liability with**
**Dayton Mailing Services, Inc.**

---

Debtor 1   **Christine Marie Soward**                              Case number (if known) _____

| 4.6 2 | | |
|---|---|---|

**Breck0flex Co LLC**

Nonpriority Creditor's Name

**222 Industrial Way West**
**Eatontown, NJ 07724**

Number City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____                **Unknown**

**When was the debt incurred?**   **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.6 3 | | |
|---|---|---|

**Bruns, Connell, Vollmar & Armstrong**

Nonpriority Creditor's Name

**137 N. Main Street**
**Suite 400**
**Dayton, OH 45402**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____                **Unknown**

**When was the debt incurred?**   **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.6 4 | | |
|---|---|---|

**BSP Filing Solutions**

Nonpriority Creditor's Name

**PO Box 1139**
**Kosciusko, MS 39090**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____                **Unknown**

**When was the debt incurred?**   **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

Debtor 1  **Christine Marie Soward**                                              Case number (if known) _____

---

| 4.6 5 | **Bunn Packaging** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**10088 COMMERCE PARK DR.**
**Cincinnati, OH 45246**

When was the debt incurred?     **2020**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.6 6 | **Cameron Packaging** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**250 E Hanthorn Dr**
**Lima, OH 45804**

When was the debt incurred?     **2020**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.6 7 | **Canon Financial Services, Inc.** | Last 4 digits of account number  3919 | **$4,000,000.00** |

Nonpriority Creditor's Name

**14904 Collections Centere Drive**
**Chicago, IL 60693**

When was the debt incurred?     **2019**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Guarantor for Dayton Mailing Services, Inc.**

---

Debtor 1    Christine Marie Soward

Case number (if known) _____

---

**4.68**

**Canon Solutions America**
Nonpriority Creditor's Name
**158 Gaither Drive**
**Suite 200**
**Mount Laurel, NJ 08054-1716**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$261,151.00**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

**4.69**

**Capital Adhesives**
Nonpriority Creditor's Name
**1260 S. Old State Road 67**
**Mooresville, IN 46158**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred?    **2020**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

**4.70**

**Capital One**
Nonpriority Creditor's Name
**Bankruptcy Notice**
**P.O. Box 30285**
**Salt Lake City, UT 84130-0285**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **0272**    **$19,395.00**

When was the debt incurred?    **2019**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Guarantor for Dayton Mailing Services, Inc.**

---

Debtor 1    **Christine Marie Soward**                                    Case number (if known) _____

---

| 4.7 1 | **Cardmember Services** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**PO Box 6294**
**Carol Stream, IL 60197**

When was the debt incurred?    **2020**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

□ Debtor 2 only

■ Contingent

□ Debtor 1 and Debtor 2 only

■ Unliquidated

□ At least one of the debtors and another

■ Disputed

□ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

□ Student loans

Is the claim subject to offset?

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

□ Debts to pension or profit-sharing plans, and other similar debts

□ Yes

■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.7 2 | **Care One Connect** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**PO Box 752012**
**Dayton, OH 45475**

When was the debt incurred?    **2020**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

□ Debtor 2 only

■ Contingent

□ Debtor 1 and Debtor 2 only

■ Unliquidated

□ At least one of the debtors and another

■ Disputed

□ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

□ Student loans

Is the claim subject to offset?

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

□ Debts to pension or profit-sharing plans, and other similar debts

□ Yes

■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.7 3 | **Carton Craft Supply Inc.** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**210 Curie Drive**
**Alpharetta, GA 30005**

When was the debt incurred?    **2020**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

□ Debtor 2 only

■ Contingent

□ Debtor 1 and Debtor 2 only

■ Unliquidated

□ At least one of the debtors and another

■ Disputed

□ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

□ Student loans

Is the claim subject to offset?

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

□ Debts to pension or profit-sharing plans, and other similar debts

□ Yes

■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1   **Christine Marie Soward**                                     Case number (if known)

---

| 4.7 4 | **Case Paper Company Inc** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**900 W 45th St**
**Chicago, IL 60609**

Number Street City State Zip Code

When was the debt incurred?   **2020**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

□ Debtor 2 only

■ Contingent

□ Debtor 1 and Debtor 2 only

■ Unliquidated

□ At least one of the debtors and another

■ Disputed

□ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

□ Student loans

**Is the claim subject to offset?**

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

□ Debts to pension or profit-sharing plans, and other similar debts

□ Yes

■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.7 5 | **CastleGarde** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**4911 S. West Shore Blvd**
**Tampa, FL 33611**

Number Street City State Zip Code

When was the debt incurred?   **2020**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

□ Debtor 2 only

■ Contingent

□ Debtor 1 and Debtor 2 only

■ Unliquidated

□ At least one of the debtors and another

■ Disputed

□ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

□ Student loans

**Is the claim subject to offset?**

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

□ Debts to pension or profit-sharing plans, and other similar debts

□ Yes

■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.7 6 | **CBT** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**7152 Solution Center**
**Chicago, IL 60677**

Number Street City State Zip Code

When was the debt incurred?   **2020**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

□ Debtor 2 only

■ Contingent

□ Debtor 1 and Debtor 2 only

■ Unliquidated

□ At least one of the debtors and another

■ Disputed

□ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

□ Student loans

**Is the claim subject to offset?**

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

□ Debts to pension or profit-sharing plans, and other similar debts

□ Yes

■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1    Christine Marie Soward

Case number *(if known)* _____

| | | | |
|---|---|---|---|
| **4.7 7** | **CDO Technologies** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**5200 Springfield Street**
**Suite 320**
**Dayton, OH 45431**

Number Street City State Zip Code

When was the debt incurred?    **2020**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| | | | |
|---|---|---|---|
| **4.7 8** | **CDW Direct** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**PO Box 75723**
**Chicago, IL 60675**

Number Street City State Zip Code

When was the debt incurred?    **2020**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| | | | |
|---|---|---|---|
| **4.7 9** | **CE Printed Products** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**685 Kimberly Drive**
**Carol Stream, IL 60188**

Number Street City State Zip Code

When was the debt incurred?    **2020**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1   **Christine Marie Soward**                                    Case number *(if known)* _____

---

| 4.8 0 | **Central Fire Protection Co. Inc.** | **Last 4 digits of account number** _____ | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name
**583 SELMA RD.**
**Springfield, OH 44505**
Number Street City State Zip Code

**When was the debt incurred?**   **2020**

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.8 1 | **Cenveo Commercial Envelope Products** | **Last 4 digits of account number** _____ | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 31001-1187**
**Pasadena, CA 91110**
Number Street City State Zip Code

**When was the debt incurred?**   **2020**

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.8 2 | **CFC Specialties LLC** | **Last 4 digits of account number** _____ | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name
**1451 Mueller Avenue**
**Chattanooga, TN 37406**
Number Street City State Zip Code

**When was the debt incurred?**   **2020**

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1    **Christine Marie Soward**                                    Case number (if known) _____

---

**4.8 3**

**Champion Auto Service**

Nonpriority Creditor's Name

**1524 Milburn Ave**
**Dayton, OH 45404**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____            **Unknown**

When was the debt incurred?    **2020**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

**4.8 4**

**Champion Equipment**

Nonpriority Creditor's Name

**3600 Valley St**
**Dayton, OH 45424**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____            **Unknown**

When was the debt incurred?    **2020**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

**4.8 5**

**Characters Inc**

Nonpriority Creditor's Name

**190 Peters Ave**
**Troy, OH 45373**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____            **Unknown**

When was the debt incurred?    **2020**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1    Christine Marie Soward                                        Case number (if known)

---

| 4.8 6 | **Chase** | Last 4 digits of account number | **2794** | **$17,488.00** |

Nonpriority Creditor's Name
**PO Box 659732**
**San Antonio, TX 78265-9751**

When was the debt incurred?    **2017-2019**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Goods and Services**

---

| 4.8 7 | **Choice Direct Logistics** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name
**PO Box 66278**
**Chicago, IL 60666**

When was the debt incurred?    **2020**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.8 8 | **Chris Beach Design** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name
**6150 Veronica Pl**
**Dayton, OH 45459**

When was the debt incurred?    **2020**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1    **Christine Marie Soward**                                              Case number (if known) _____

| 4.8 9 | **CIT Finance, LLC** | | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name

**c/o MBW S. Schmidt**
**26000 Cannon Road**
**Cleveland, OH 44146**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **2018**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services**

---

| 4.9 0 | **CJ Krehbiel Co** | | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name

**Lockbox**
**6008 Reliable Parkway**
**Chicago, IL 60686**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **2018**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services**

---

| 4.9 1 | **Clamco** | | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name

**775 Bera Industrial Parkway**
**Berea, OH 44017**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **2018**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services**

---

Debtor 1   **Christine Marie Soward**                                     Case number *(if known)* _____

---

| 4.9 2 | |
|---|---|

**Classic Envelope**

Nonpriority Creditor's Name

**120 Gilboa St**
**Douglas, MA 01516**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number _____                    **Unknown**

When was the debt incurred?      **2018**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services**

---

| 4.9 3 | |
|---|---|

**Clayton Electric**

Nonpriority Creditor's Name

**405 S. Main St**
**Englewood, OH 45322**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number _____                    **Unknown**

When was the debt incurred?      **2018**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services**

---

| 4.9 4 | |
|---|---|

**Cleanergy**

Nonpriority Creditor's Name

**1331 Troy st**
**Dayton, OH 45404**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number _____                    **Unknown**

When was the debt incurred?      **2018**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services**

---

Debtor 1    **Christine Marie Soward**

Case number *(if known)*

---

**4.9 5**    **Clear Bags**

Nonpriority Creditor's Name

**4949 Windplay Dr Suite 100**
**El Dorado Hills, CA 95762**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred?    **2018**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services**

---

**4.9 6**    **Clints Printing**

Nonpriority Creditor's Name

**3963 Rockfield Dr**
**Dayton, OH 45430**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred?    **2018**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services**

---

**4.9 7**    **Colonial Life**

Nonpriority Creditor's Name

**Processing Center**
**PO Box 903**
**Columbia, SC 29202**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred?    **2018**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services**

---

Debtor 1    **Christine Marie Soward**                                              Case number (if known) _____

| | | |
|---|---|---|
| 4.9 8 | **Commissioner of Taxation and Finance** | |

| | |
|---|---|
| Nonpriority Creditor's Name | **Last 4 digits of account number** _____ **Unknown** |
| **NYS Assessment** | |
| **PO 4127** | **When was the debt incurred?** **2018** |
| **Binghamton, NY 13902** | |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply |

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Disputed potential contingent liability with Dayton Mailing Services**

---

| | | |
|---|---|---|
| 4.9 9 | **Compass Professional Health Services** | |

| | |
|---|---|
| Nonpriority Creditor's Name | **Last 4 digits of account number** _____ **Unknown** |
| **3102 Oaklawn , Suite 215** | |
| **Dallas, TX 75219** | **When was the debt incurred?** **2018** |
| Number Street City State Zip Code | |

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Disputed potential contingent liability with Dayton Mailing Services**

---

| | | |
|---|---|---|
| 4.1 00 | **Computer Stock Forms, Inc.** | |

| | |
|---|---|
| Nonpriority Creditor's Name | **Last 4 digits of account number** _____ **Unknown** |
| **835 South High St** | |
| **Hillsboro, OH 45133** | **When was the debt incurred?** **2018** |
| Number Street City State Zip Code | |

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Disputed potential contingent liability with Dayton Mailing Services**

---

Debtor 1    **Christine Marie Soward**                                                          Case number (if known)

---

| 4.1 01 | **Concentra** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**PO Box 9011**
**Broomfield, CO 80021**

When was the debt incurred?    **2018**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services**

---

| 4.1 02 | **Connext Financial LTD** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 7167**
**Pasadena, CA 91109**

When was the debt incurred?    **2018**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services**

---

| 4.1 03 | **Constellation New Energy Inc.** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**P.O. Box 4640**
**Carol Stream, IL 60197-4640**

When was the debt incurred?    **2020**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

☐ Yes

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1    **Christine Marie Soward**                                                        Case number (if known)

---

| 4.1 04 | **Continental Data Label** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**1855 Fox Lane**
**Elgin, IL 60123**
Number Street City State Zip Code

**When was the debt incurred?**    **2020**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.1 05 | **Continuous Printing Solutions** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 824477**
**Philadelphia, PA 19182**
Number Street City State Zip Code

**When was the debt incurred?**    **2020**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.1 06 | **Cook Receipt Book Manufacturing Inc.** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**P.O. Box 2005**
**278 E. Main Street**
**Dothan, AL 36302**
Number Street City State Zip Code

**When was the debt incurred?**    **2020**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1    **Christine Marie Soward**                                    Case number *(if known)*

---

| 4.1 07 | **Costco** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name
**PO Box 34783**
**Seattle, WA 98124**

When was the debt incurred?    **2020**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.1 08 | **Cott Systems, Inc.** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name
**2800 Corporate Exchange Drive**
**Suite 300**
**Columbus, OH 43231**

When was the debt incurred?    **2020**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.1 09 | **County Auditors' Association of Ohio** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name
**66 East Lynn Street**
**Columbus, OH 43215**

When was the debt incurred?    **2020**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1    **Christine Marie Soward**                                    Case number *(if known)*

---

**4.1
10**

**County Treasurers Association of Ohio**

Nonpriority Creditor's Name

**47 W. Columbus St.
Nelsonville, OH 45764**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred?    **2020**

**As of the date you file, the claim is:** Check all that apply

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

**4.1
11**

**Crown Equipment Corp**

Nonpriority Creditor's Name

**PO BOX 641173
Cincinnati, OH 45264**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred?    **2020**

**As of the date you file, the claim is:** Check all that apply

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

**4.1
12**

**CST Co.**

Nonpriority Creditor's Name

**PO Box 33127
Louisville, KY 40232**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred?    **2020**

**As of the date you file, the claim is:** Check all that apply

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1    Christine Marie Soward                                           Case number (if known) _____

| 4.1 13 | | |
|---|---|---|

**Curbell Plastics**                    Last 4 digits of account number _____        **Unknown**
Nonpriority Creditor's Name
**14746 Collections Center Dr**          When was the debt incurred?    **2020**
**Chicago, IL 60693**
Number Street City State Zip Code        As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                          ■ Contingent

☐ Debtor 2 only                          ■ Unliquidated

☐ Debtor 1 and Debtor 2 only             ■ Disputed

☐ At least one of the debtors and another   Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community**  ☐ Student loans
**debt**                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?          report as priority claims

■ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                    ■ Other. Specify   **Disputed potential contingent liability with**
                                         **Dayton Mailing Services, Inc.**

---

| 4.1 14 | | |
|---|---|---|

**Customformed Products**               Last 4 digits of account number _____        **Unknown**
Nonpriority Creditor's Name
**645 Precision Court**                  When was the debt incurred?    **2020**
**Miamisburg, OH 45342**
Number Street City State Zip Code        As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                          ■ Contingent

☐ Debtor 2 only                          ■ Unliquidated

☐ Debtor 1 and Debtor 2 only             ■ Disputed

☐ At least one of the debtors and another   Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community**  ☐ Student loans
**debt**                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?          report as priority claims

■ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                    ■ Other. Specify   **Disputed potential contingent liability with**
                                         **Dayton Mailing Services, Inc.**

---

| 4.1 15 | | |
|---|---|---|

**DAL**                                  Last 4 digits of account number _____        **Unknown**
Nonpriority Creditor's Name
**PO Box 162**                           When was the debt incurred?    **2020**
**Clifton Heights, PA 19018**
Number Street City State Zip Code        As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                          ■ Contingent

☐ Debtor 2 only                          ■ Unliquidated

☐ Debtor 1 and Debtor 2 only             ■ Disputed

☐ At least one of the debtors and another   Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community**  ☐ Student loans
**debt**                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?          report as priority claims

■ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                    ■ Other. Specify   **Disputed potential contingent liability with**
                                         **Dayton Mailing Services, Inc.**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **Christine Marie Soward**                                 Case number (if known) _____

---

| 4.1 16 | **Data Label, Inc.** | | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**1000 Spruce St.**
**Terre Haute, IN 47807**

When was the debt incurred?   **2020**

Number City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.1 17 | **Data Yard** | | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**130 W Second St**
**Suite 250**
**Dayton, OH 45402**

When was the debt incurred?   **2020**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.1 18 | **Dataline** | | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**Po Box 308**
**Utica, NY 13503**

When was the debt incurred?   **2020**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1   **Christine Marie Soward**

Case number (if known)

---

**4.1 19**

**Day Air Credit Union**

Nonpriority Creditor's Name

**3501 Wilmington Pike**
**Dayton, OH 45429**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____   **$22,000.00**

When was the debt incurred?   **2016-2019**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Goods and Services**

---

**4.1 20**

**Dayton Stencil**

Nonpriority Creditor's Name

**PO Box 126**
**Dayton, OH 45401**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred?   **2020**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

**4.1 21**

**De lage Financial Services**

Nonpriority Creditor's Name

**PO Box 41602**
**Philadelphia, PA 19101**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred?   **2020**

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1   **Christine Marie Soward**                                    Case number (if known) _____

| 4.1 22 | | |
|---|---|---|

**DeLuxe Stitcher**                         Last 4 digits of account number _____        **Unknown**

Nonpriority Creditor's Name
**3747 N. Acorn Ln**                        When was the debt incurred?   **2020**
**Franklin Park, IL 60131**
Number Street City State Zip Code           As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only                             ■ Contingent

☐ Debtor 2 only                             ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                ☐ Disputed

☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community   ☐ Student loans
debt**                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?             report as priority claims

■ No                                        ☐ Debts to pension or profit-sharing plans, and other similar debts

                                            **Disputed potential contingent liability with**
☐ Yes                                       ■ Other. Specify **Dayton Mailing Services, Inc.**

---

| 4.1 23 | | |
|---|---|---|

**Dependable Package Delivery**             Last 4 digits of account number _____        **Unknown**

Nonpriority Creditor's Name
**P.O. Box 750396**                         When was the debt incurred?   **2020**
**Dayton, OH 45459**
Number Street City State Zip Code           As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only                             ■ Contingent

☐ Debtor 2 only                             ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                ■ Disputed

☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community   ☐ Student loans
debt**                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?             report as priority claims

■ No                                        ☐ Debts to pension or profit-sharing plans, and other similar debts

                                            **Disputed potential contingent liability with**
☐ Yes                                       ■ Other. Specify **Dayton Mailing Services, Inc.**

---

| 4.1 24 | | |
|---|---|---|

**Designs Now**                             Last 4 digits of account number _____        **Unknown**

Nonpriority Creditor's Name
**2301 Woodman Dr.**                         When was the debt incurred?   **2020**
**Dayton, OH 45420**
Number Street City State Zip Code           As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only                             ■ Contingent

☐ Debtor 2 only                             ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                ☐ Disputed

☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community   ☐ Student loans
debt**                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?             report as priority claims

■ No                                        ☐ Debts to pension or profit-sharing plans, and other similar debts

                                            **Disputed potential contingent liability with**
☐ Yes                                       ■ Other. Specify **Dayton Mailing Services, Inc.**

---

Debtor 1   **Christine Marie Soward**

Case number (if known) _____

---

| 4.1 25 | **DFS** | Last 4 digits of account number ____ ____ ____ ____ | **Unknown** |

Nonpriority Creditor's Name
**PO Box 742572**
**Cincinnati, OH 45274**
Number Street City State Zip Code

When was the debt incurred?   **2020**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.1 26 | **DHL Express** | Last 4 digits of account number ____ ____ ____ ____ | **Unknown** |

Nonpriority Creditor's Name
**16592 Collections Center Dr**
**Chicago, IL 60693**
Number Street City State Zip Code

When was the debt incurred?   **2020**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.1 27 | **DHL Global Mail** | Last 4 digits of account number ____ ____ ____ ____ | **Unknown** |

Nonpriority Creditor's Name
**P.O. Box 40622**
**Atlanta, GA 30384**
Number Street City State Zip Code

When was the debt incurred?   **2020**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1    **Christine Marie Soward**    Case number (if known) _____

---

| 4.1 28 | **Digital Fringe** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**1000 E. Second St**
**Studio 1040**
**Dayton, OH 45402**
Number Street City State Zip Code

When was the debt incurred?    **2020**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.1 29 | **Digital Print Solutions** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**4160 Highlander Pkwy**
**Richfield, OH 44286**
Number Street City State Zip Code

When was the debt incurred?    **2020**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.1 30 | **Dinsmore & Shohl LLP** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**P.O. Box 640635**
**Cincinnati, OH 45264-0635**
Number Street City State Zip Code

When was the debt incurred?    **2020**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1    **Christine Marie Soward**    Case number *(if known)*

---

| 4.1 31 | |
|---|---|

**Direct Logistics, Inc**
Nonpriority Creditor's Name
**PO Box 612488**
**Dallas, TX 75261**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    **Unknown**

**When was the debt incurred?**    **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.1 32 | |
|---|---|

**Direct Surety**
Nonpriority Creditor's Name
**1065 E. Hillsdale Blvd.**
**Suite 230**
**San Mateo, CA 94404**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    **Unknown**

**When was the debt incurred?**    **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.1 33 | |
|---|---|

**DLS Worldwide**
Nonpriority Creditor's Name
**P.O. Box 932721**
**Cleveland, OH 44193**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    **Unknown**

**When was the debt incurred?**    **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1  **Christine Marie Soward**

Case number (if known) _____

---

**4.1
34**

**Doctors' Urgent Care
Offices/AmCare Inc.**
Nonpriority Creditor's Name
**935 State Route 28
Milford, OH 45150-1957**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **Unknown**

When was the debt incurred?     **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

**4.1
35**

**Domino Plastics Manufacturing,
Inc.**
Nonpriority Creditor's Name
**601 Gateway Court
Bakersfield, CA 93307**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **Unknown**

When was the debt incurred?     **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

**4.1
36**

**DONET, INC.**
Nonpriority Creditor's Name
**ATTN:BILLING DEPT.
33 WEST FIRST ST., SUITE 230
Dayton, OH 45402**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **Unknown**

When was the debt incurred?     **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1   **Christine Marie Soward**                                      Case number (if known)

---

| **4.1 37** | **DOT Systems** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name
**6030 Webster Street**
**Dayton, OH 45414**
Number Street City State Zip Code

When was the debt incurred?   **2020**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| **4.1 38** | **Double D Lock & Key Service** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name
**1224 Oakdale Ave**
**Dayton, OH 45420**
Number Street City State Zip Code

When was the debt incurred?   **2020**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| **4.1 39** | **Doug Care Equipment Inc** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name
**PO Box 1058**
**Springville, CA 93265**
Number Street City State Zip Code

When was the debt incurred?   **2020**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1  **Christine Marie Soward**                                                          Case number (if known) _____

---

**4.1
40**

| **DP & L** | | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**PO Box 740598**
**Cincinnati, OH 45274**

When was the debt incurred?    **2020**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

**4.1
41**

| **DPI** | | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**PO Box 156**
**Piney Flats, TN 37686**

When was the debt incurred?    **2020**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

**4.1
42**

| **DPL Energy Resources** | | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**P.O. Box 25215**
**Lehigh Valley, PA 18002**

When was the debt incurred?    **2020**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Debtor 1   **Christine Marie Soward**                                    Case number (if known) _____

---

**4.1 43**   **DSC Office Systems**                                  Last 4 digits of account number _____        **Unknown**

Nonpriority Creditor's Name
**10270 Alliance Rd.**                                  When was the debt incurred?   **2020**
**Cincinnati, OH 45242**
Number Street City State Zip Code                        As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                                         ■ Contingent
☐ Debtor 2 only                                        ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                           ■ Disputed
☐ At least one of the debtors and another              **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**           ☐ Student loans
   **debt**                                            ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                       report as priority claims
                                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No                                                                      **Disputed potential contingent liability with**
                                                       ■ Other. Specify  **Dayton Mailing Services, Inc.**
☐ Yes

---

**4.1 44**   **DST-Motion Industries**                              Last 4 digits of account number _____        **Unknown**

Nonpriority Creditor's Name
**PO Box 98412**                                        When was the debt incurred?   **2020**
**Chicago, IL 60693**
Number Street City State Zip Code                        As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                                         ■ Contingent
☐ Debtor 2 only                                        ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                           ■ Disputed
☐ At least one of the debtors and another              **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**           ☐ Student loans
   **debt**                                            ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                       report as priority claims
                                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No                                                                      **Disputed potential contingent liability with**
                                                       ■ Other. Specify  **Dayton Mailing Services, Inc.**
☐ Yes

---

**4.1 45**   **E.M. Wick**                                          Last 4 digits of account number _____        **Unknown**

Nonpriority Creditor's Name
**4126 Linden Avenue**                                  When was the debt incurred?   **2020**
**Suite 100**
**Dayton, OH 45432**
Number Street City State Zip Code                        As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                                         ■ Contingent
☐ Debtor 2 only                                        ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                           ■ Disputed
☐ At least one of the debtors and another              **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**           ☐ Student loans
   **debt**                                            ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                       report as priority claims
                                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No                                                                      **Disputed potential contingent liability with**
                                                       ■ Other. Specify  **Dayton Mailing Services, Inc.**
☐ Yes

---

Debtor 1   **Christine Marie Soward**                                        Case number (if known)

---

| 4.1 |
| 46 |

**Economy Tablet and Paper Co.**

Nonpriority Creditor's Name

**635 Remington Road**
**Schaumburg, IL 60173**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____                    **Unknown**

**When was the debt incurred?**     **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.1 |
| 47 |

**Employment Publishing**

Nonpriority Creditor's Name

**175 Strafford Ave**
**Suite 1**
**Wayne, PA 19087**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____                    **Unknown**

**When was the debt incurred?**     **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.1 |
| 48 |

**Englefield Oil Company**

Nonpriority Creditor's Name

**447 James Parkway**
**Heath, OH 43056**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____                    **Unknown**

**When was the debt incurred?**     **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Debtor 1   **Christine Marie Soward**                                    Case number (if known) _____

---

| 4.1 49 | **Enterprise Car Rental** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**PO Box 801770**
**Kansas City, MO 64180**

When was the debt incurred?   **2020**

Number City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.1 50 | **Enterprise Group** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**Domtar Paper Company**
**14544 Collections Center Dr.**
**Chicago, IL 60693**

When was the debt incurred?   **2020**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.1 51 | **Enterprise Roofing & Sheet Metal** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**PO Box 545 Wright Brothers Station**
**1021 Irving Ave.**
**Dayton, OH 45409**

When was the debt incurred?   **2020**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1    **Christine Marie Soward**                                              Case number (if known) _____

---

| 4.1 52 | **Envelope 1, Inc.** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**41969 State Route 344**
**Columbiana, OH 44408**
Number Street City State Zip Code

When was the debt incurred?    **2020**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.1 53 | **Envelope Service Inc** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**7101 Lincoln Pkwy**
**Fort Wayne, IN 46804**
Number Street City State Zip Code

When was the debt incurred?    **2020**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.1 54 | **Envelope Solution** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**P.O. Box 218**
**Lewis Center, OH 43035**
Number Street City State Zip Code

When was the debt incurred?    **2020**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1   **Christine Marie Soward**                                    Case number *(if known)*

---

| 4.1 55 | **Ethan Young** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**9051 Getter Ln**
**Brookville, OH 45309**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.1 56 | **Eukalin Corp.** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**835 Herbert Road**
**Cordova, TN 38018**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.1 57 | **Excello Machine Company, Inc** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**236 Stevens Street**
**Grand Rapids, MI 49510**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1   **Christine Marie Soward**

Case number (if known) _____

---

| 4.1 58 | **Expedient Technology Solutions** | Last 4 digits of account number | **4700** | **Unknown** |

Nonpriority Creditor's Name
**8561 Gander Creek Drive**
**Miamisburg, OH 45342**

When was the debt incurred?   **2020**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.1 59 | **EyeMed** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name
**P.O. Box 632530**
**Cincinnati, OH 45263-2530**

When was the debt incurred?   **2020**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.1 60 | **FAIRRINGTON TRANSPORTATION CORP.** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name
**6730 EAGLE WAY**
**Chicago, IL 60678**

When was the debt incurred?   **2020**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1    **Christine Marie Soward**

Case number (if known) _____

---

| 4.1 61 | **Fay Servicing** | Last 4 digits of account number _____ | **$2,100,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 619063**
**Dallas, TX 75261-9063**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **2020**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guarantor for Dayton Mailing Services, LLC**

---

| 4.1 62 | **Fed Ex** | Last 4 digits of account number _____ | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name
**P O Box 371461**
**Pittsburgh, PA 15250**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.1 63 | **FedEx Freight** | Last 4 digits of account number _____ | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 223125**
**Pittsburgh, PA 15251**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1    **Christine Marie Soward**

Case number (if known) _____

---

| 4.1 64 | **Felins USA, Inc.** | | Last 4 digits of account number _____ | | **Unknown** |

Nonpriority Creditor's Name

**8306 W. Parkland Court**
**Milwaukee, WI 53223**

Number Street City State Zip Code

When was the debt incurred?    **2020**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

□ Debtor 2 only

□ Debtor 1 and Debtor 2 only

□ At least one of the debtors and another

□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

□ Yes

■ Contingent

□ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.1 65 | **Fenimore Manufacturing, Inc.** | | Last 4 digits of account number _____ | | **Unknown** |

Nonpriority Creditor's Name

**PO Box 1287**
**Chickasha, OK 73023**

Number Street City State Zip Code

When was the debt incurred?    **2020**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

□ Debtor 2 only

□ Debtor 1 and Debtor 2 only

□ At least one of the debtors and another

□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

□ Yes

■ Contingent

□ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.1 66 | **FIES SCALES & SYSTEMS INC.** | | Last 4 digits of account number _____ | | **Unknown** |

Nonpriority Creditor's Name

**570 LEO ST.**
**Dayton, OH 45404**

Number Street City State Zip Code

When was the debt incurred?    **2020**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

□ Debtor 2 only

□ Debtor 1 and Debtor 2 only

□ At least one of the debtors and another

□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

□ Yes

■ Contingent

□ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1   **Christine Marie Soward**

Case number (if known) _____

---

| | | |
|---|---|---|
| **4.1 67** | **Fifth Third Bank** | |

| | | |
|---|---|---|
| Nonpriority Creditor's Name | Last 4 digits of account number _____ | **$12,000.00** |
| **Bankruptcy Notice 1MOCBX** | | |
| **5050 Kingsley Drive** | When was the debt incurred?    **2016-2019** | |
| **Cincinnati, OH 45227** | | |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply | |

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Goods and Services**

---

| | | |
|---|---|---|
| **4.1 68** | **Fine Line Graphics Corp.** | **Unknown** |

| | | |
|---|---|---|
| Nonpriority Creditor's Name | Last 4 digits of account number _____ | |
| **Drawer #1244** | | |
| **PO Box 5935** | When was the debt incurred?    **2020** | |
| **Troy, MI 48007** | | |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply | |

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| | | |
|---|---|---|
| **4.1 69** | **Finish Line Binderies** | **Unknown** |

| | | |
|---|---|---|
| Nonpriority Creditor's Name | Last 4 digits of account number _____ | |
| **5344 Bragg Rd** | | |
| **Cleveland, OH 44127** | When was the debt incurred?    **2020** | |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply | |

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1   **Christine Marie Soward**                                     Case number (if known) _____

---

| 4.1 70 | **Fireball Delivery LLC** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**PO Box 2925**
**Dayton, OH 45401**

When was the debt incurred?   **2020**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.1 71 | **First Capitol Fire Protection** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**553 Cedar St**
**Chillicothe, OH 45601**

When was the debt incurred?   **2020**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.1 72 | **First Niagara Leasing, Inc.** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**PO Box 91003**
**Rochester, NY 14692**

When was the debt incurred?   **2020**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1  **Christine Marie Soward**

Case number (if known) _____

---

| 4.1 73 | | | |
|---|---|---|---|

**Fisher Scientific**

Nonpriority Creditor's Name

**13551 Collections Ctr Drive**
**Chicago, IL 60693**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **8001**

When was the debt incurred?    **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

**Unknown**

---

| 4.1 74 | | | |
|---|---|---|---|

**Flagel,Huber,Flagel & Co**

Nonpriority Creditor's Name

**3400 South Dixie Dr**
**Dayton, OH 45439**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    _____

When was the debt incurred?    **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

**Unknown**

---

| 4.1 75 | | | |
|---|---|---|---|

**Flashbay**

Nonpriority Creditor's Name

**569 Clyde Ave**
**Unit 500**
**Mountain View, CA 94043**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    _____

When was the debt incurred?    **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **Christine Marie Soward**                                    Case number (if known) _____

---

**4.1 76**

**Fleet Graphics Inc.**                              Last 4 digits of account number _____          **Unknown**

Nonpriority Creditor's Name

**1940 Smithville Road**                             When was the debt incurred?   **2020**
**Dayton, OH 45420**

Number Street City State Zip Code                   As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only                                     ■ Contingent
☐ Debtor 2 only                                     ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                        ■ Disputed
☐ At least one of the debtors and another           **Type of NONPRIORITY unsecured claim:**
**Check if this claim is for a community**          ☐ Student loans
**debt**                                            ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                     report as priority claims
                                                    ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                                    ■ Other. Specify  **Disputed potential contingent liability with**
☐ Yes                                                                  **Dayton Mailing Services, Inc.**

---

**4.1 77**

**FlexBank**                                         Last 4 digits of account number _____          **Unknown**

Nonpriority Creditor's Name

**1250 W. Dorothy Ln**                               When was the debt incurred?   **2020**
**Suite 107**
**Dayton, OH 45409**

Number Street City State Zip Code                   As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only                                     ■ Contingent
☐ Debtor 2 only                                     ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                        ■ Disputed
☐ At least one of the debtors and another           **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**        ☐ Student loans
**debt**                                            ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                     report as priority claims
                                                    ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                                    ■ Other. Specify  **Disputed potential contingent liability with**
☐ Yes                                                                  **Dayton Mailing Services, Inc.**

---

**4.1 78**

**Flexo Concepts**                                   Last 4 digits of account number _____          **Unknown**

Nonpriority Creditor's Name

**100 Armstrong Rd.**                                When was the debt incurred?   **2020**
**Ste. 103**
**Plymouth, MA 02360**

Number Street City State Zip Code                   As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only                                     ■ Contingent
☐ Debtor 2 only                                     ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                        ■ Disputed
☐ At least one of the debtors and another           **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**        ☐ Student loans
**debt**                                            ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                     report as priority claims
                                                    ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                                    ■ Other. Specify  **Disputed potential contingent liability with**
☐ Yes                                                                  **Dayton Mailing Services, Inc.**

---

Debtor 1  **Christine Marie Soward**

Case number *(if known)* _____

---

| 4.1 79 | **Forms Manufacturers Inc** | | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name

**PO Box 841741**
**Dallas, TX 75284**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.1 80 | **Fox Capital Group** | | **Last 4 digits of account number** _____ | **$85,000.00** |

Nonpriority Creditor's Name

**1211 Avenue of the Americas**
**New York, NY 10036**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **8/7/2019**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guarantor for Dayton Mailing Services, Inc.**

---

| 4.1 81 | **Freund, Freeze & Arnold** | | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name

**1 South Main Street**
**Suite 1800**
**Dayton, OH 45402**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1  **Christine Marie Soward**

Case number (if known) _____

---

| 4.1 82 | **FujiFilm** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**1650 Magnolia Drive**
**Cincinnati, OH 45215**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another

□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

When was the debt incurred?    **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.1 83 | **GE Capital** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**POBox 642111**
**Pittsburgh, PA 15264**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another

□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

When was the debt incurred?    **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.1 84 | **Gem City Chemicals, Inc.** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**P.O. Box 251**
**Dayton, OH 45404-0251**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another

□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

When was the debt incurred?    **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1   **Christine Marie Soward**                                              Case number (if known) _____

---

**4.1 85**   **Gem City Key Shop**                              Last 4 digits of account number _____        **Unknown**
Nonpriority Creditor's Name
**131 E Fourth Street**                              When was the debt incurred?   **2020**
**Dayton, OH 45402**
Number Street City State Zip Code                   As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.
                                                    ■ Contingent
■ Debtor 1 only
□ Debtor 2 only                                     ■ Unliquidated
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another           ■ Disputed
□ **Check if this claim is for a community**        **Type of NONPRIORITY unsecured claim:**
**debt**                                            □ Student loans
**Is the claim subject to offset?**                 □ Obligations arising out of a separation agreement or divorce that you did not
■ No                                                report as priority claims
                                                    □ Debts to pension or profit-sharing plans, and other similar debts
□ Yes                                               ■ Other. Specify   **Disputed potential contingent liability with**
                                                                       **Dayton Mailing Services, Inc.**

---

**4.1 86**   **Genesis Graphics**                              Last 4 digits of account number _____        **Unknown**
Nonpriority Creditor's Name
**14 N Walnut**                                     When was the debt incurred?   **2020**
**Troy, OH 45373**
Number Street City State Zip Code                   As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.
                                                    ■ Contingent
■ Debtor 1 only
□ Debtor 2 only                                     ■ Unliquidated
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another           ■ Disputed
□ **Check if this claim is for a community**        **Type of NONPRIORITY unsecured claim:**
**debt**                                            □ Student loans
**Is the claim subject to offset?**                 □ Obligations arising out of a separation agreement or divorce that you did not
■ No                                                report as priority claims
                                                    □ Debts to pension or profit-sharing plans, and other similar debts
□ Yes                                               ■ Other. Specify   **Disputed potential contingent liability with**
                                                                       **Dayton Mailing Services, Inc.**

---

**4.1 87**   **Gerber Electrical Contractors**                 Last 4 digits of account number _____        **Unknown**
Nonpriority Creditor's Name
**100 Rockridge**                                   When was the debt incurred?   **2020**
**Englewood, OH 45322**
Number Street City State Zip Code                   As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.
                                                    ■ Contingent
■ Debtor 1 only
□ Debtor 2 only                                     ■ Unliquidated
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another           ■ Disputed
□ **Check if this claim is for a community**        **Type of NONPRIORITY unsecured claim:**
**debt**                                            □ Student loans
**Is the claim subject to offset?**                 □ Obligations arising out of a separation agreement or divorce that you did not
■ No                                                report as priority claims
                                                    □ Debts to pension or profit-sharing plans, and other similar debts
□ Yes                                               ■ Other. Specify   **Disputed potential contingent liability with**
                                                                       **Dayton Mailing Services, Inc.**

---

Debtor 1  **Christine Marie Soward**

Case number (if known) _____

---

| 4.1 88 | **Globus Printing** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**PO BOx 104
Minster, OH 45865**

Number Street City State Zip Code

**When was the debt incurred?**  **2020**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.1 89 | **Glue Systems** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**1310 REdwood, Suite B
Petaluma, CA 94954**

Number Street City State Zip Code

**When was the debt incurred?**  **2020**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.1 90 | **Gould Specialty Papers** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**2284 Paysphere
Chicago, IL 60674**

Number Street City State Zip Code

**When was the debt incurred?**  **2020**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1    **Christine Marie Soward**    Case number *(if known)*

---

| 4.1 91 | **GPA** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**3906 Solutions Center**
**Chicago, IL 60677**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred?    **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.1 92 | **Grafix Equipment** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**48 Anderson Avenue**
**New Milford, CT 06776**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred?    **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.1 93 | **Grainger** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 419267**
**Kansas City, MO 64141**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred?    **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1   **Christine Marie Soward**                                    Case number (if known)

---

| 4.1 94 | **Graphco** | Last 4 digits of account number | **3067** | **$100,000.00** |

Nonpriority Creditor's Name
**6563 Cochran Road**
**Solon, OH 44139**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Guarantor for Dayton Mailing Services, Inc.**

---

| 4.1 95 | **Graphic Arts Service & Supply, Inc.** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name
**3933 S. Greenbrooke Drive SE**
**Grand Rapids, MI 49512**
Number Street City State Zip Code

When was the debt incurred?   **2020**

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.1 96 | **Graphic Paper Products Corp.** | Last 4 digits of account number | **3067** | **$100,000.00** |

Nonpriority Creditor's Name
**6069 Yezell Road**
**Springfield, OH 45502**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Guarantor for Dayton Mailing Services, Inc.**

---

Debtor 1   **Christine Marie Soward**                          Case number (if known) _____

---

**4.1 97**

**Graphicsource**

Nonpriority Creditor's Name

**9115 Terminal Avenue**
**Skokie, IL 60077**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

**4.1 98**

**Grayhair Software**

Nonpriority Creditor's Name

**124 GAither Suite 160**
**Mount Laurel, NJ 08054**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **Unknown**

**When was the debt incurred?**    **2019**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

**4.1 99**

**Great American Leasing**

Nonpriority Creditor's Name

**PO Box 660831**
**Dallas, TX 75266**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **Unknown**

**When was the debt incurred?**    **2019**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1   **Christine Marie Soward**                                    Case number (if known) _____

---

| 4.2 00 | **Guardian Insurance** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**PO Box 677458**
**Dallas, TX 75267-7458**
Number Street City State Zip Code

When was the debt incurred?   **2019**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only     ■ Contingent

☐ Debtor 1 and Debtor 2 only     ■ Unliquidated

☐ At least one of the debtors and another     ■ Disputed

☐ **Check if this claim is for a community debt**     **Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**     ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No     ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes     ■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.2 01 | **Habegger** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**632 E 1st Street**
**Dayton, OH 45402**
Number Street City State Zip Code

When was the debt incurred?   **2020**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only     ■ Contingent

☐ Debtor 1 and Debtor 2 only     ■ Unliquidated

☐ At least one of the debtors and another     ■ Disputed

☐ **Check if this claim is for a community debt**     **Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**     ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No     ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes     ■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.2 02 | **Hasler** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**PO Box 3808**
**Milford, CT 06460**
Number Street City State Zip Code

When was the debt incurred?   **2020**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only     ■ Contingent

☐ Debtor 1 and Debtor 2 only     ■ Unliquidated

☐ At least one of the debtors and another     ■ Disputed

☐ **Check if this claim is for a community debt**     **Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**     ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No     ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes     ■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1   **Christine Marie Soward**                                               Case number *(if known)*

---

**4.2 03**

**Heritage Crystal Clean**
Nonpriority Creditor's Name
**13621 Collections Center Drive**
**Chicago, IL 60693**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred?   **2020**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

**4.2 04**

**HF Communications**
Nonpriority Creditor's Name
**PO BOX 401**
**Anoka, MN 55303**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred?   **2020**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

**4.2 05**

**HF Group**
Nonpriority Creditor's Name
**8844 Mayfield**
**Chesterland, OH 44026**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred?   **2020**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1  **Christine Marie Soward**

Case number (if known) _____

---

| 4.2 06 | **Highland Computer Forms** | | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**P.O. Box 145400**
**Cincinnati, OH 45250-5400**

Number Street City State Zip Code

When was the debt incurred?  **2020**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.2 07 | **HILCO** | | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**366 Park Avenue #103**
**Glencoe, IL 60022**

Number Street City State Zip Code

When was the debt incurred?  **2020**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.2 08 | **HK Payroll** | | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**PO BOx 699**
**Dubuque, IA 52004**

Number Street City State Zip Code

When was the debt incurred?  **2020**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1   **Christine Marie Soward**                                      Case number (if known) _____

| | | |
|---|---|---|

**4.2 09**

**HP**                                                          **Last 4 digits of account number** _____          **Unknown**

Nonpriority Creditor's Name
**PO Box 402582**
**Atlanta, GA 30384**                                           **When was the debt incurred?**    **2020**

Number Street City State Zip Code
**Who incurred the debt?** Check one.                           **As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only                                                 ■ Contingent
☐ Debtor 2 only                                                 ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                                    ☐ Disputed
☐ At least one of the debtors and another                       **Type of NONPRIORITY unsecured claim:**
**☐ Check if this claim is for a community**                    ☐ Student loans
**debt**                                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                             report as priority claims

■ No                                                            ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                           ■ Other. Specify   **Disputed potential contingent liability with**
                                                                **Dayton Mailing Services, Inc.**

---

**4.2 10**

**Husky Envelope**                                              **Last 4 digits of account number** _____          **Unknown**

Nonpriority Creditor's Name
**Two Miranova Place**
**Suite 700**                                                   **When was the debt incurred?**    **2019**
**Columbus, OH 43215-5098**

Number Street City State Zip Code
**Who incurred the debt?** Check one.                           **As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only                                                 ■ Contingent
☐ Debtor 2 only                                                 ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                                    ☐ Disputed
☐ At least one of the debtors and another                       **Type of NONPRIORITY unsecured claim:**
**☐ Check if this claim is for a community**                    ☐ Student loans
**debt**                                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                             report as priority claims

■ No                                                            ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                           ■ Other. Specify   **Disputed potential contingent liability with**
                                                                **Dayton Mailing Services, Inc.**

---

**4.2 11**

**IFinancial Group**                                            **Last 4 digits of account number** _____          **$80,000.00**

Nonpriority Creditor's Name
**324 Avenida De La Estrella**
**San Clemente, CA 92672**                                      **When was the debt incurred?**    **2019**

Number Street City State Zip Code
**Who incurred the debt?** Check one.                           **As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only                                                 ☐ Contingent
☐ Debtor 2 only                                                 ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                                    ☐ Disputed
☐ At least one of the debtors and another                       **Type of NONPRIORITY unsecured claim:**
**☐ Check if this claim is for a community**                    ☐ Student loans
**debt**                                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                             report as priority claims

■ No                                                            ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                           ■ Other. Specify   **Guarantor for  Dayton Mailing Services, Inc.**

---

Debtor 1    **Christine Marie Soward**

Case number *(if known)*

---

**4.2
12**

**Indigo America**

Nonpriority Creditor's Name

**PO Box 415573
Boston, MA 02241-5573**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____                    **Unknown**

**When was the debt incurred?**    2018

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services**

---

**4.2
13**

**Infoseal**

Nonpriority Creditor's Name

**P.O. Box 742659
Atlanta, GA 30374-2659**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____                    **Unknown**

**When was the debt incurred?**    2020

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

**4.2
14**

**Infosystems**

Nonpriority Creditor's Name

**55 West Sheffield
Englewood, NJ 07631**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____                    **Unknown**

**When was the debt incurred?**    2020

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1    **Christine Marie Soward**                                      Case number (if known) _____

---

| 4.2 15 | **INFOUSA** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**PO Box 957742**
**Saint Louis, MO 63195**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    **2020**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.2 16 | **Innergreen, Inc.** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**11270A Grooms Road**
**Cincinnati, OH 45242**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    **2020**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.2 17 | **INtab** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**PO Box 1160**
**Mebane, NC 27302**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    **2020**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **Christine Marie Soward**                                    Case number (if known) _____

| 4.2 18 | **Integrity Printing** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**912 N Main**
**Dayton, OH 45405**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    **2020**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.2 19 | **Internal Revenue Service** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**P O Box 7346**
**Philadelphia, PA 19101-7346**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    **2020**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **potential claim**

---

| 4.2 20 | **International Finance** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**PO Box 1450**
**Minneapolis, MN 55485**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    **2020**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1    **Christine Marie Soward**                                                        Case number (if known)  _____

| 4.2 21 | **International Mail Service** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**692 S 8th STreet Suite A**
**Kalamazoo, MI 49009**
Number City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?  **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.2 22 | **International Mailing** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**77 W Elmwood #203**
**Dayton, OH 45459**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?  **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.2 23 | **Interstate Billing Service** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**1900 Sorenson**
**Albert Lea, MN 56007**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?  **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1   **Christine Marie Soward**                    Case number (if known) _____

---

**4.2
24**

**INX International**                              Last 4 digits of account number _____        **Unknown**
Nonpriority Creditor's Name
**97141 Eagle Way**                                When was the debt incurred?    **2020**
**Chicago, IL 60678**
Number Street City State Zip Code
Who incurred the debt? Check one.                 As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                                    ■ Contingent
☐ Debtor 2 only                                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                       ■ Disputed
☐ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**
■ **Check if this claim is for a community**        ☐ Student loans
**debt**                                            ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                     report as priority claims
                                                    ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No                                                              **Disputed potential contingent liability with**
☐ Yes                                               ■ Other. Specify   **Dayton Mailing Services, Inc.**

---

**4.2
25**

**Jet Letter Corp**                                Last 4 digits of account number _____        **Unknown**
Nonpriority Creditor's Name
**603 LArkspur**                                    When was the debt incurred?    **2020**
**Corona Del Mar, CA 92625**
Number Street City State Zip Code
Who incurred the debt? Check one.                 As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                                    ■ Contingent
☐ Debtor 2 only                                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                       ■ Disputed
☐ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**        ☐ Student loans
**debt**                                            ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                     report as priority claims
                                                    ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No                                                              **Disputed potential contingent liability with**
☐ Yes                                               ■ Other. Specify   **Dayton Mailing Services, Inc.**

---

**4.2
26**

**Jet Technologies**                               Last 4 digits of account number _____        **Unknown**
Nonpriority Creditor's Name
**8834 Mayfield Suite C**                           When was the debt incurred?    **2020**
**Chesterland, OH 44026**
Number Street City State Zip Code
Who incurred the debt? Check one.                 As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                                    ■ Contingent
☐ Debtor 2 only                                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                       ■ Disputed
☐ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**        ☐ Student loans
**debt**                                            ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                     report as priority claims
                                                    ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No                                                              **Disputed potential contingent liability with**
☐ Yes                                               ■ Other. Specify   **Dayton Mailing Services, Inc.**

---

Debtor 1    **Christine Marie Soward**

Case number (if known) _____

---

| 4.2 27 | | | |
|---|---|---|---|

**Jet Technologies**

Nonpriority Creditor's Name

**11930 Oakwood Lane**
**Chesterland, OH 44026**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____

**Unknown**

**When was the debt incurred?**   **2020**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.2 28 | | | |
|---|---|---|---|

**JP Morgan Chase**

Nonpriority Creditor's Name

**PO Box 182051**
**Columbus, OH 43218**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number   **4280**

**$50.00**

**When was the debt incurred?**   **2019**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **overdraft**

---

| 4.2 29 | | | |
|---|---|---|---|

**Kabbage**

Nonpriority Creditor's Name

**925 Peachtree St NE #1688**
**Atlanta, GA 30309**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____

**$26,000.00**

**When was the debt incurred?**   **2019**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Guarantor for Dayton Mailing Services, Inc. & Dayton Mailing Services, Inc.**

---

Debtor 1  **Christine Marie Soward**                                           Case number (if known) _____

---

| 4.2 30 | **KastlePlus Electric** | | | $26,000.00 |

Nonpriority Creditor's Name

**4501 Kettering Blvd**
**Dayton, OH 45439**
Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred?   **2019**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Guarantor for Dayton Mailing Services, Inc.**
  **& Dayton Mailing Services, Inc.**

---

| 4.2 31 | **Kavanaugh's Office City** | | | **Unknown** |

Nonpriority Creditor's Name

**315 East Columbia Street**
**Springfield, OH 45503**
Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred?   **2020**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Disputed potential contingent liability with**
  **Dayton Mailing Services, Inc.**

---

| 4.2 32 | **Keeper Security** | | | **Unknown** |

Nonpriority Creditor's Name

**850 W Jackson #500**
**Chicago, IL 60607**
Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred?   **2019**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Guarantor for Dayton Mailing Services, Inc.**
  **& Dayton Mailing Services, Inc.**

---

Debtor 1  **Christine Marie Soward**                                    Case number (if known) _____

---

| 4.2<br>33 | **Keepsake Marriage Certificates** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**5645 Clingan Rd Unit 14A**
**Struthers, OH 44471**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    **2019**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Guarantor for Dayton Mailing Services, Inc.**
                **& Dayton Mailing Services, Inc.**

---

| 4.2<br>34 | **Kennedy Ink Co** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**5230 Wooster Rd**
**Cincinnati, OH 45226**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    **2019**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Disputed potential contingent liability with**
                **Dayton Mailing Services, Inc.**

---

| 4.2<br>35 | **Key Bank** | Last 4 digits of account number _____ | **$1,300,000.00** |

Nonpriority Creditor's Name

**127 Public Square**
**Cleveland, OH 44114**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    **2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Guarantor for Dayton Mailing Services, Inc.**
                **& Dayton Mailing Services, LLC**

---

Debtor 1  **Christine Marie Soward**                                         Case number (if known) _____

---

| 4.2 36 | **Key Bank Leasing** | Last 4 digits of account number _____ | **$700,000.00** |

Nonpriority Creditor's Name
**127 Public Square**
**Cleveland, OH 44114**
Number Street City State Zip Code

**When was the debt incurred?**  **2018**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guarantor for Dayton Mailing Services, Inc.**

---

| 4.2 37 | **Key Equipment Finance** | Last 4 digits of account number _____ | **$124,725.00** |

Nonpriority Creditor's Name
**1000 S McCaslin Blvd**
**Superior, CO 80027**
Number Street City State Zip Code

**When was the debt incurred?**  **2018**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Guarantor for Dayton Mailing Services, Inc.**
**& Dayton Mailing Services, LLC**

---

| 4.2 38 | **Key Surgical** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**8101 Wallace**
**Eden Prairie, MN 55344**
Number Street City State Zip Code

**When was the debt incurred?**  **2019**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc. & Dayton Mailing Services, Inc.**

---

Debtor 1  **Christine Marie Soward**                                    Case number (if known) _____

| 4.2<br>39 | **Kings Transfer** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**417 San Jose Street**
**Dayton, OH 45403**
Number Street City State Zip Code

When was the debt incurred?   **2020**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.2<br>40 | **Kleer-fax** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**750 New Horizons Blvd**
**Amityville, NY 11701**
Number Street City State Zip Code

When was the debt incurred?   **2020**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.2<br>41 | **Kofile Products Inc.** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**P.O. Box 541028**
**Dallas, TX 75354**
Number Street City State Zip Code

When was the debt incurred?   **2020**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1  **Christine Marie Soward**                                        Case number (if known) _____

---

| 4.2 42 | **Konica Minolta** | Last 4 digits of account number _____ | **$25,000.00** |

Nonpriority Creditor's Name

**100 Williams Drive**
**Ramsey, NJ 07446**
Number City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?  **2019**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Guarantor for Dayton Mailing Services, Inc.**

---

| 4.2 43 | **Konica Minolta Business Solutions** | Last 4 digits of account number _____ | **$1,500,000.00** |

Nonpriority Creditor's Name

**Attn: Accounts Receivable**
**Dept CH 19188**
**Palatine, IL 60055**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?  **2019**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Guarantor for Dayton Mailing Services, Inc. on lease**

---

| 4.2 44 | **Krieg Offset** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**10600 Chester Street**
**Cincinnati, OH 45215**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?  **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1   **Christine Marie Soward**                                          Case number (if known) _____

---

| 4.2 45 | **Label Source** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name

**P.O. Box 859**
**Coppell, TX 75019-9998**
Number Street City State Zip Code

**When was the debt incurred?**   **2020**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.2 46 | **Lake Image Systems** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name

**205 Summit Point Drive Suite 2**
**Henrietta, NY 14467**
Number Street City State Zip Code

**When was the debt incurred?**   **2020**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.2 47 | **Jeanner Lampe** | **Last 4 digits of account number** 3067 | **$100,000.00** |

Nonpriority Creditor's Name

**6069 Yeazell Road**
**Springfield, OH 45502**
Number Street City State Zip Code

**When was the debt incurred?**   **2018**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Claim against Debtor and Dayton Mailing Services, Inc.**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

Debtor 1   **Christine Marie Soward**                              Case number (if known) _____

| 4.2 48 | **Laser Substrates** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**6251 C PArk of Commerce Blvd**
**Boca Raton, FL 33487**
Number Street City State Zip Code

When was the debt incurred?   **2020**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.2 49 | **Lavy Enterprises** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**PA**
Number Street City State Zip Code

When was the debt incurred?   **2020**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.2 50 | **Lawrence Binding Systems** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**19970 Ingersoll**
**Rocky River, OH 44116**
Number Street City State Zip Code

When was the debt incurred?   **2020**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **Christine Marie Soward**                                  Case number *(if known)* _____

---

| 4.2 51 | **Leaf Capital Funding LLC** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**2005 Market Street, 14th floor**
**Philadelphia, PA 19103**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **disputed potential contingent liability with Dayton Mailing Services**

---

| 4.2 52 | **Leaf Financial** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**PO Box 644006**
**Cincinnati, OH 45264**

Number Street City State Zip Code

**When was the debt incurred?**   **2020**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.2 53 | **LG Funding** | Last 4 digits of account number _____ | **$160,000.00** |

Nonpriority Creditor's Name

**1218 Union Street**
**Brooklyn, NY 11225**

Number Street City State Zip Code

**When was the debt incurred?**   **9/2019**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guarantor for Dayton Mailing Services, Inc.**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

Debtor 1    **Christine Marie Soward**                                    Case number (if known) _____

---

**4.2 54**    **Liberty Capital Group Inc**                Last 4 digits of account number _____                **Unknown**
Nonpriority Creditor's Name

When was the debt incurred? _____

_____
Number Street City State Zip Code            As of the date you file, the claim is: Check all that apply
**Who incurred the debt? Check one.**

☐ Contingent
■ Debtor 1 only
☐ Debtor 2 only                                    ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                        ■ Disputed
☐ At least one of the debtors and another            **Type of NONPRIORITY unsecured claim:**
■ **Check if this claim is for a community**        ☐ Student loans
**debt**                                            ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                    report as priority claims
                                                    ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                                    ■ Other. Specify    **Disputed potential contingent liability with**
☐ Yes                                                                **Dayton Mailing Services, Inc.**

---

**4.2 55**    **Licking County Municipal**            Last 4 digits of account number _____                **Unknown**
Nonpriority Creditor's Name
**40 West main Street**
**Newark, OH 43055**                                When was the debt incurred?    **2020**
Number Street City State Zip Code
**Who incurred the debt? Check one.**                As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                                    ■ Contingent
☐ Debtor 2 only                                    ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                        ■ Disputed
☐ At least one of the debtors and another            **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**        ☐ Student loans
**debt**                                            ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                    report as priority claims
                                                    ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                                    ■ Other. Specify    **Disputed potential contingent liability with**
☐ Yes                                                                **Dayton Mailing Services, Inc.**

---

**4.2 56**    **Logistics Resource Group**            Last 4 digits of account number _____                **Unknown**
Nonpriority Creditor's Name
**8500 110th Street #300**
**Overland Park, KS 66210**                        When was the debt incurred?    **2020**
Number Street City State Zip Code
**Who incurred the debt? Check one.**                As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                                    ■ Contingent
☐ Debtor 2 only                                    ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                        ■ Disputed
☐ At least one of the debtors and another            **Type of NONPRIORITY unsecured claim:**
■ **Check if this claim is for a community**        ☐ Student loans
**debt**                                            ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                    report as priority claims
                                                    ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                                    ■ Other. Specify    **Disputed potential contingent liability with**
☐ Yes                                                                **Dayton Mailing Services, Inc.**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor 1    **Christine Marie Soward**                                        Case number (if known) _____

---

| 4.2 57 | **Lowes** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**P.O. Box 530954**
**Atlanta, GA 30353-0954**
Number Street City State Zip Code

**When was the debt incurred?**    **2020**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.2 58 | **M&R Electric Motor** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**1516 E. Fifth Street**
**Dayton, OH 45402**
Number Street City State Zip Code

**When was the debt incurred?**    **2020**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.2 59 | **M.B.R Inc** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**dba Macke Bindery Repair**
**10657 Chipstone Drive**
**Harrison, OH 45030**
Number Street City State Zip Code

**When was the debt incurred?**    **2020**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1  **Christine Marie Soward**                                           Case number (if known) _____

| 4.2 60 | **M2 Lease Funds** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**When was the debt incurred?**  **2020**

_____
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

■ At least one of the debtors and another

☐ Student loans

☐ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify  **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

☐ Yes

---

| 4.2 61 | **Magnum Inks & Coating** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**355 Wright Drive**
**Middletown, OH 45044**

**When was the debt incurred?**  **2020**

_____
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

■ At least one of the debtors and another

☐ Student loans

☐ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify  **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

☐ Yes

---

| 4.2 62 | **Mail Green** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**3026 Owen Drive**
**Suite 110**
**Antioch, TN 37013-2417**

**When was the debt incurred?**  **2020**

_____
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

■ At least one of the debtors and another

☐ Student loans

☐ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify  **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

☐ Yes

---

Debtor 1    **Christine Marie Soward**                                    Case number *(if known)*

---

| 4.2 63 | **Mail Merry Systems Inc** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**When was the debt incurred?**    **2020**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Contingent

☐ Debtor 1 only

■ Unliquidated

☐ Debtor 2 only

■ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Student loans

■ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

☐ Yes

---

| 4.2 64 | **MailFinance** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**When was the debt incurred?**    **2019**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Contingent

☐ Debtor 1 only

■ Unliquidated

☐ Debtor 2 only

■ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Student loans

■ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

☐ Yes

---

| 4.2 65 | **Maillender, Inc** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**5042 Reliable Pkwy
Chicago, IL 60686**

**When was the debt incurred?**    **2020**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Contingent

☐ Debtor 1 only

■ Unliquidated

☐ Debtor 2 only

■ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Student loans

■ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

☐ Yes

---

Debtor 1  **Christine Marie Soward**                                    Case number (if known) _____

---

| 4.2 66 | **Mailroom Technical Service** | | **Last 4 digits of account number** _____ | | **Unknown** |

Nonpriority Creditor's Name

**3050 N Main Street**
**Unit 4**
**Kennesaw, GA 30144**
Number Street City State Zip Code

**When was the debt incurred?**    **2019**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.2 67 | **Marco's Paper** | | **Last 4 digits of account number** _____ | | **Unknown** |

Nonpriority Creditor's Name

**25 W. Whipp Road**
**Unit 4**
**Dayton, OH 45459**
Number Street City State Zip Code

**When was the debt incurred?**    **2019**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.2 68 | **Marlin Business Bank** | | **Last 4 digits of account number** _____ | | **Unknown** |

Nonpriority Creditor's Name

**P.O. Box 13604**
**Philadelphia, PA 19101-3604**
Number Street City State Zip Code

**When was the debt incurred?**    **2020**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1    **Christine Marie Soward**                                    Case number (if known) _____

---

| 4.2 69 | **Marlin Capital Solutions** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**300 Fellowship Road**
**Mount Laurel, NJ 08054**

Number City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services**

---

| 4.2 70 | **Marshal Protective Alarm** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**PO Box 24781**
**Unit 4**
**Dayton, OH 45424**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **2019**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.2 71 | **Martin Palmer Tool & Die** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**90 Vermont Ave**
**Dayton, OH 45404**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **2019**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1    **Christine Marie Soward**                                    Case number (if known) _____

---

| 4.2 72 | **Massie Creek Plumbing** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**PO Box 34081**
**Dayton, OH 45434**

When was the debt incurred?    **2019**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.2 73 | **Matrix Trust Company** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

When was the debt incurred?    **2019**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.2 74 | **MBGraphics** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**PO Box 141531**
**Columbus, OH 43214**

When was the debt incurred?    **2018**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services**

---

Debtor 1   **Christine Marie Soward**                              Case number (if known) _____

---

| 4.2 75 | **MBO America** | | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**400 Highland Drive**
**Randolph, VT 05060**
Number Street City State Zip Code

When was the debt incurred?   **2019**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.2 76 | **MBR** | | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**10657 Chipstone Dr**
**Harrison, OH 45030**
Number Street City State Zip Code

When was the debt incurred?   **2019**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.2 77 | **McCormick Equipment** | | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**112 Northeast Drive**
**Loveland, OH 45140**
Number Street City State Zip Code

When was the debt incurred?   **2019**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1   **Christine Marie Soward**                                    Case number (if known)

---

| 4.2 78 | **Messenger Press** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**6184 St Rt 274**
**Celina, OH 45822**

Number Street City State Zip Code

When was the debt incurred?   **2019**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.2 79 | **Metro Flex Inc** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**3304 Encrete Lane**
**Dayton, OH 45439**

Number Street City State Zip Code

When was the debt incurred?   **2019**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.2 80 | **MetroMedia Inc** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

Number Street City State Zip Code

When was the debt incurred?   **2019**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1   **Christine Marie Soward**                                   Case number *(if known)* _____

---

| 4.2 81 | **Metzgers** | | **Unknown** |

Nonpriority Creditor's Name

**207 Arco Drive**
**Broadway, OH 43007**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**   2019

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.2 82 | **Meyers Trucking** | | **Unknown** |

Nonpriority Creditor's Name

**POBox 54**
**Leipsic, OH 45856**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**   2020

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.2 83 | **MG Trust (Matrix Trust)** | | **Unknown** |

Nonpriority Creditor's Name

**P.O. Box 46546**
**Attn: TPA 000242**
**Denver, CO 80201**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**   2020

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1   **Christine Marie Soward**                                          Case number (if known) _____

---

| 4.2 84 | **Miami Industrial Trucks** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**PO Box 632616**
**Cincinnati, OH 45263**
Number Street City State Zip Code

When was the debt incurred?   **2020**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.2 85 | **Miami Valley Packaging** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**PO Box 296**
**Dayton, OH 45404**
Number Street City State Zip Code

When was the debt incurred?   **2020**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.2 86 | **Micro Computer Solutions** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**801 Cessna Ave**
**Gaithersburg, MD 20879**
Number Street City State Zip Code

When was the debt incurred?   **2020**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1    **Christine Marie Soward**                                         Case number *(if known)*

---

| 4.2 87 | **Midland Paper** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**1140 Paysphere Cr.**
**Chicago, IL 60674**

When was the debt incurred?    **2020**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
□ Yes

■ Contingent
□ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.2 88 | **MidSouth Technologies** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**14901 Trinitty Blvd**
**Fort Worth, TX 76155**

When was the debt incurred?    **2020**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
□ Yes

■ Contingent
□ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.2 89 | **Midtown Pallet & Recycle** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**PO Box 397**
**Stony Ridge, OH 43463**

When was the debt incurred?    **2020**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
□ Yes

■ Contingent
□ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1  **Christine Marie Soward**                                    Case number (if known) _____

---

| 4.2<br>90 | **Midwest Electrical Testing** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**5141 north 35th Street**
**Milwaukee, WI 53209**

When was the debt incurred?   **2020**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.2<br>91 | **Millcraft Paper** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**PO Box 72466**
**Cleveland, OH 44192**

When was the debt incurred?   **2020**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.2<br>92 | **Miller Calibration Inc** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**1400 Grange Hall Road #500**
**Dayton, OH 45430**

When was the debt incurred?   **2020**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1  **Christine Marie Soward**

Case number (if known) _____

---

| 4.2 93 | **Mills Park Hotel** | | **Unknown** |

Nonpriority Creditor's Name

**c/o Green County Board of Elections**
**551 Ledbetter Road**
**Xenia, OH 45385**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**  **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.2 94 | **Milpak** | | **Unknown** |

Nonpriority Creditor's Name

**2880 Big Oak Drive**
**King, NC 27021**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**  **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.2 95 | **Miracle Corp Products** | | **Unknown** |

Nonpriority Creditor's Name

**2425 West Dorothy Lane**
**Dayton, OH 45439**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**  **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor 1    **Christine Marie Soward**                                        Case number (if known) _____

---

| 4.2 96 | **Mission Critical Systems** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**3807 Silver Oak Street**
**Dayton, OH 45424**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred?    **2020**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.2 97 | **Model Graphics -V** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**PO Box 7064190**
**Cincinnati, OH 45270-3000**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred?    **2020**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.2 98 | **Mueller Roofing Distributors** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred?    **2020**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1   **Christine Marie Soward**                              Case number (if known) _____

---

| 4.2 99 | **Multi-Plastics** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**PO Box 674**
**Lewis Center, OH 43035**

Number Street City State Zip Code

When was the debt incurred?   **2020**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Contingent
■ Unliquidated
■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.3 00 | **Mybinding.com** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

When was the debt incurred?   **2020**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
■ Unliquidated
■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.3 01 | **N-Stock Box** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**PO Box 236**
**Middletown, OH 45042**

Number Street City State Zip Code

When was the debt incurred?   **2020**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Contingent
■ Unliquidated
■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **Christine Marie Soward**                                          Case number *(if known)*

---

| 4.3 02 | **NACM** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**751 Plaza Blvd**
**Coppell, TX 75019**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.3 03 | **National Bank and Tag** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**721 York Street**
**Newport, KY 41072**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.3 04 | **National Kidney Foundation** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1  **Christine Marie Soward**                                    Case number *(if known)*

---

| 4.3 05 | | | |

**National Presort Lp**                     Last 4 digits of account number _____                **Unknown**
Nonpriority Creditor's Name
**14901 Trinity Blvd**                       When was the debt incurred?    **2020**
**Fort Worth, TX 76155**
Number Street City State Zip Code            As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                              ■ Contingent

☐ Debtor 2 only                              ■ Unliquidated

☐ Debtor 1 and Debtor 2 only                 ■ Disputed

☐ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a  community  debt**         ☐ Student loans

**Is the claim subject to offset?**          ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                        ■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.3 06 | | | |

**Nationwide**                              Last 4 digits of account number _____                **Unknown**
Nonpriority Creditor's Name
**PO Box 644022**                           When was the debt incurred?    **2020**
**Cincinnati, OH 45264**
Number Street City State Zip Code            As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                              ■ Contingent

☐ Debtor 2 only                              ■ Unliquidated

☐ Debtor 1 and Debtor 2 only                 ■ Disputed

☐ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a  community  debt**         ☐ Student loans

**Is the claim subject to offset?**          ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                        ■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.3 07 | | | |

**Neace Tire**                              Last 4 digits of account number _____                **Unknown**
Nonpriority Creditor's Name
                                            When was the debt incurred?    **2020**

Number Street City State Zip Code            As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                              ■ Contingent

☐ Debtor 2 only                              ■ Unliquidated

☐ Debtor 1 and Debtor 2 only                 ■ Disputed

☐ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a  community  debt**         ☐ Student loans

**Is the claim subject to offset?**          ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                        ■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

Debtor 1    **Christine Marie Soward**                                         Case number (if known) _____

| 4.3 08 | **NECI** | | |
|---|---|---|---|

| | **Last 4 digits of account number** _____ | | **Unknown** |

Nonpriority Creditor's Name
**530 Turnpike Street**
**Canton, MA 02021**                         **When was the debt incurred?    2020**
Number Street City State Zip Code

Who incurred the debt? Check one.                **As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only                                  ■ Contingent
☐ Debtor 2 only                                  ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                     ■ Disputed
☐ At least one of the debtors and another        **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**    ☐ Student loans
**debt**                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                  report as priority claims

■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                 ■ Other. Specify    **Disputed potential contingent liability with**
☐ Yes                                                              **Dayton Mailing Services, Inc.**

---

| 4.3 09 | **NECI** | | |
|---|---|---|---|

| | **Last 4 digits of account number** _____ | | **Unknown** |

Nonpriority Creditor's Name
**530 Turnpike Street**
**Canton, MA 02021**                         **When was the debt incurred?    2020**
Number Street City State Zip Code

Who incurred the debt? Check one.                **As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only                                  ■ Contingent
☐ Debtor 2 only                                  ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                     ■ Disputed
☐ At least one of the debtors and another        **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**    ☐ Student loans
**debt**                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                  report as priority claims

■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                 ■ Other. Specify    **Disputed potential contingent liability with**
☐ Yes                                                              **Dayton Mailing Services, Inc.**

---

| 4.3 10 | **Neopost** | | |
|---|---|---|---|

| | **Last 4 digits of account number** _____ | | **Unknown** |

Nonpriority Creditor's Name
**25880 Network Place**
**Chicago, IL 60673**                        **When was the debt incurred?    2020**
Number Street City State Zip Code

Who incurred the debt? Check one.                **As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only                                  ■ Contingent
☐ Debtor 2 only                                  ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                     ■ Disputed
☐ At least one of the debtors and another        **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**    ☐ Student loans
**debt**                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                  report as priority claims

■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                 ■ Other. Specify    **Disputed potential contingent liability with**
☐ Yes                                                              **Dayton Mailing Services, Inc.**

---

Debtor 1  **Christine Marie Soward**                                         Case number *(if known)*

---

| 4.3 11 | **Netherland Rubber Co** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**PO Box 62165**
**Cincinnati, OH 45262**

When was the debt incurred?   **2020**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.3 12 | **New Century Envelope** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**PO Box 55530**
**Indianapolis, IN 46205**

When was the debt incurred?   **2020**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.3 13 | **New York Dept of Tax** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**PO box 22038**
**Albany, NY 12201**

When was the debt incurred?   **2020**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1  **Christine Marie Soward**                                    Case number *(if known)* _____

---

| 4.3 14 | | | |
|---|---|---|---|

**NFIB/Careworks**                                         Last 4 digits of account number _____          **Unknown**

Nonpriority Creditor's Name

**5500 Glendon Court**                         When was the debt incurred?    **2020**
**#175**
**Dublin, OH 43016**

Number Street City State Zip Code                     **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                                          ■ Contingent

☐ Debtor 2 only                                          ■ Unliquidated

☐ Debtor 1 and Debtor 2 only                             ■ Disputed

☐ At least one of the debtors and another               **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community              ☐ Student loans
debt**
                                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                       report as priority claims

■ No                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                         ■ Other. Specify  **Disputed potential contingent liability with**
☐ Yes                                                                       **Dayton Mailing Services, Inc.**

---

| 4.3 15 | | | |
|---|---|---|---|

**NIC Ennis**                                              Last 4 digits of account number _____          **Unknown**

Nonpriority Creditor's Name

**PO Box 841741**                              When was the debt incurred?    **2020**
**Dallas, TX 75284**

Number Street City State Zip Code                     **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                                          ■ Contingent

☐ Debtor 2 only                                          ■ Unliquidated

☐ Debtor 1 and Debtor 2 only                             ■ Disputed

☐ At least one of the debtors and another               **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community              ☐ Student loans
debt**
                                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                       report as priority claims

■ No                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                         ■ Other. Specify  **Disputed potential contingent liability with**
☐ Yes                                                                       **Dayton Mailing Services, Inc.**

---

| 4.3 16 | | | |
|---|---|---|---|

**Niche Productions**                                      Last 4 digits of account number _____          **Unknown**

Nonpriority Creditor's Name

                                               When was the debt incurred?    **2020**

Number Street City State Zip Code                     **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                                          ■ Contingent

☐ Debtor 2 only                                          ■ Unliquidated

☐ Debtor 1 and Debtor 2 only                             ■ Disputed

☐ At least one of the debtors and another               **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community              ☐ Student loans
debt**
                                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                       report as priority claims

■ No                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                         ■ Other. Specify  **Disputed potential contingent liability with**
☐ Yes                                                                       **Dayton Mailing Services, Inc.**

---

Debtor 1    **Christine Marie Soward**                                      Case number (if known) _____

| 4.3 17 | **Niwot Networks** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

_____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.3 18 | **Nobelus** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**P.O. Box 306062**
**Nashville, TN 37230-6062**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.3 19 | **Nobelus** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**PO Box 306062**
**Nashville, TN 37230**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1  **Christine Marie Soward**                                   Case number (if known) _____

| 4.3 20 | **Nordson** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**P.O. Box 802586**
**Chicago, IL 60680-2586**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**  **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.3 21 | **Nordson** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**PO box 802586**
**Chicago, IL 60680**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**  **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.3 22 | **Nova Pressroom Products** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**PO Box 2700**
**Jacksonville, FL 32203**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**  **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1  **Christine Marie Soward**

Case number (if known) _____

---

**4.3 23**

**OAEO (Ohio Assoc. of Election Officials)**
Nonpriority Creditor's Name
**c/o Cheryl Browing**
**Jackson County Board of Elections**
**275 Portsmouth Street, Suite 2**
**Jackson, OH 45640**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____  **Unknown**

**When was the debt incurred?**  **2020**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

**4.3 24**

**Oakes**
Nonpriority Creditor's Name
**5298 Troy Road**
**Springfield, OH 45502**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____  **Unknown**

**When was the debt incurred?**  **2020**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

**4.3 25**

**OAMCC**
Nonpriority Creditor's Name
**Jim Link, Treasurer**
**109 N Union Street**
**3, OH 44842**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____  **Unknown**

**When was the debt incurred?**  **2020**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1   **Christine Marie Soward**                              Case number (if known) _____

---

| 4.3 26 | **Ohio Addressing Machine** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**3040 Prospect Ave**
**Cleveland, OH 44115**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?   **2020**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.3 27 | **Ohio Attorney General** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**PO box 89471**
**Cleveland, OH 44101**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?   **2020**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.3 28 | **Ohio Bureau of Motor Vehicles** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?   **2020**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1   **Christine Marie Soward**                                   Case number (if known) _____

---

| 4.3 29 | **Ohio Bureau of Workers Compensation** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**Attn:  Law Section Bankruptcy Unit**
**PO Box 15567**
**Columbus, OH 43215-0567**

When was the debt incurred?     **2020**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.3 30 | **Ohio Clerk of Courts** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**Wyandot County Clerk**
**109 S Sandusky #31**
**Upper Sandusky, OH 43351**

When was the debt incurred?     **2020**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.3 31 | **Ohio Department of Commerce** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**Division of Industrial Compliance**
**P.O. Box 4009**
**6606 Tussing Road**
**Reynoldsburg, OH 43068-9009**

When was the debt incurred?     **2020**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1  **Christine Marie Soward**

Case number (if known) _____

---

| 4.3 32 | | | |
|---|---|---|---|

**Ohio Dept of Commerce**

Last 4 digits of account number _____

**Unknown**

Nonpriority Creditor's Name

**6606 Tussing Road PO box 4009**
**Reynoldsburg, OH 43068**

When was the debt incurred?  **2020**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.3 33 | | | |
|---|---|---|---|

**Ohio Dept of Job & Family Services**

Last 4 digits of account number _____

**Unknown**

Nonpriority Creditor's Name

**Bankruptcy Reporting Contact**
**PO Box 183203**
**Columbus, OH 43218-2404**

When was the debt incurred?  **2020**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.3 34 | | | |
|---|---|---|---|

**Ohio Graphco, Inc**

Last 4 digits of account number _____

**Unknown**

Nonpriority Creditor's Name

**PO box 72007**
**Cleveland, OH 44192**

When was the debt incurred?  **2020**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor 1  **Christine Marie Soward**

Case number (if known) _____

---

| 4.3 35 | **Ohio Label Inc** |
|---|---|

Nonpriority Creditor's Name

**5005 Transamerica**
**Columbus, OH 43228**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____  **Unknown**

**When was the debt incurred?**  **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.3 36 | **Ohio Label, Inc.** |
|---|---|

Nonpriority Creditor's Name

**5005 Transamerica Drive**
**Columbus, OH 43228**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____  **Unknown**

**When was the debt incurred?**  **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.3 37 | **Ohio Secretary of State** |
|---|---|

Nonpriority Creditor's Name

**180 E. Broad Street 17th Floor**
**Columbus, OH 43215**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____  **Unknown**

**When was the debt incurred?**  **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1    **Christine Marie Soward**                                    Case number (if known)

---

| 4.3 38 | **Ohio Treasurer of State** | | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

Last 4 digits of account number _____

When was the debt incurred?    **2020**

_____
Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

□ Debtor 2 only

□ Debtor 1 and Debtor 2 only

□ At least one of the debtors and another

□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

□ Yes

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.3 39 | **Omnicard** | | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**Foster Plaza 10 Suite 430
Pittsburgh, PA 15220**

Last 4 digits of account number _____

When was the debt incurred?    **2020**

_____
Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

□ Debtor 2 only

□ Debtor 1 and Debtor 2 only

□ At least one of the debtors and another

□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

□ Yes

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.3 40 | **On Demand** | | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**1125 N Perry Street
Pontiac, MI 48340**

Last 4 digits of account number _____

When was the debt incurred?    **2020**

_____
Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

□ Debtor 2 only

□ Debtor 1 and Debtor 2 only

□ At least one of the debtors and another

□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

□ Yes

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1    **Christine Marie Soward**                                    Case number (if known) _____

---

| 4.3 41 | **On Demand Digital Paper** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**5595 Westpark**
**Atlanta, GA 30336**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    **2020**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.3 42 | **On Demand Mail Services** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**1125 N Perry Street**
**Pontiac, MI 48340**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    **2020**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.3 43 | **On The Mark, Inc.** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**P.O. Box 194**
**Valley Forge, PA 19481**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    **2020**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1  **Christine Marie Soward**                                    Case number (if known) _____

| | | | |
|---|---|---|---|
| 4.3 44 | **OneTouchPoint** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**Box 88534**
**Milwaukee, WI 53288-0534**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?    **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| | | | |
|---|---|---|---|
| 4.3 45 | **Otis Elevator** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**PO Box 73579**
**Chicago, IL 60673**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?    **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| | | | |
|---|---|---|---|
| 4.3 46 | **Packaging Equipment & Films** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**15261 Stony Creek Way**
**Noblesville, IN 46060**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?    **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

Debtor 1    **Christine Marie Soward**

Case number (if known) _____

| | |
|---|---|
| 4.3 47 | |

**Packaging Price**

Nonpriority Creditor's Name

_____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    **Unknown**

**When was the debt incurred?**    2020

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| | |
|---|---|
| 4.3 48 | |

**PageDNA**

Nonpriority Creditor's Name

_____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    **Unknown**

**When was the debt incurred?**    2020

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| | |
|---|---|
| 4.3 49 | |

**PAR II, LLC**

Nonpriority Creditor's Name

**4570 Cortsville Road
Cedarville, OH 45314**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    **Unknown**

**When was the debt incurred?**    2020

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1   **Christine Marie Soward**                                     Case number (if known) _____

| 4.3 50 | **Patrick Staffing** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name

**1200 E 2nd Street #D**
**Franklin, OH 45005**

Number Street City State Zip Code

**When was the debt incurred?**    **2020**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.3 51 | **Pawnee Leasing** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name

**700 Centre**
**Fort Collins, CO 80526**

Number Street City State Zip Code

**When was the debt incurred?**    **2020**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.3 52 | **Paycor** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name

**4811 Montgomery Rd**
**Cincinnati, OH 45212**

Number Street City State Zip Code

**When was the debt incurred?**    **2020**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Christine Marie Soward**                                    Case number (if known) _____

---

| 4.3 53 | **Paypal** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name

_____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.3 54 | **Peak Business Services** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name

**12882 Pennridge Drive**
**Bridgeton, MO 63044**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.3 55 | **Pengad Inc** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name

**PO Box 99**
**Bayonne, NJ 07002**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1   **Christine Marie Soward**                                    Case number (if known) _____

---

| 4.3 56 | **Penske Truck Rental** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**1976 Woodman Center Dr**
**Dayton, OH 45420**

Number Street City State Zip Code

When was the debt incurred?   **2020**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.3 57 | **People's Capital & Leasing Corp.** | Last 4 digits of account number **0371** | **$1,031,497.00** |

Nonpriority Creditor's Name

**4400 Easton Commons Way #125**
**Columbus, OH 43219**

Number Street City State Zip Code

When was the debt incurred?   **2017**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guarantor for Dayton Mailing Services, Inc.**

---

| 4.3 58 | **Pickrel, Schaefer & Ebling** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**400 N Main Street #2700**
**Dayton, OH 45423**

Number Street City State Zip Code

When was the debt incurred?   **2020**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1  **Christine Marie Soward**                                    Case number *(if known)*

---

| 4.3 59 | **Pink Ribbon Girls, Inc** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**15 South Second Street**
**Tipp City, OH 45371**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred?      **2020**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.3 60 | **Pitney Bowes** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**PO Box 371896**
**Pittsburgh, PA 15250**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred?      **2020**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.3 61 | **Pitney Bowes Presort Service** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**9053 N Deerbrook Trace**
**Milwaukee, WI 53223**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred?      **2020**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1   **Christine Marie Soward**

Case number *(if known)* _____

---

| 4.3 62 | **PNC** | Last 4 digits of account number   **0369** | $100.00 |

Nonpriority Creditor's Name

**Bankruptcy Dept
Consumer Loan Center
2730 Liberty Avenue
Pittsburgh, PA 15222**
Number Street City State Zip Code

When was the debt incurred?   **11/2019**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guarantor for Dayton Mailing Services, Inc.**

---

| 4.3 63 | **PNC Equipment Finance** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**PO Box 931034
Cleveland, OH 44193**
Number Street City State Zip Code

When was the debt incurred?   **2020**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.3 64 | **Polycrafters** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**PO Box 682
3845 W. National
Springfield, OH 45501**
Number Street City State Zip Code

When was the debt incurred?   **2020**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1   **Christine Marie Soward**                                    Case number (if known) _____

| | | |
|---|---|---|

**4.3 65**

**Post Printing Company V**                         Last 4 digits of account number _____         **Unknown**

Nonpriority Creditor's Name

**205 W 4th Street**                                When was the debt incurred?   **2020**
**Minster, OH 45865**

Number Street City State Zip Code                  As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only                                    ■ Contingent

☐ Debtor 2 only                                    ■ Unliquidated

☐ Debtor 1 and Debtor 2 only                       ■ Disputed

☐ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**        ☐ Student loans
**debt**
                                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                    report as priority claims

■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                   **Disputed potential contingent liability with**
☐ Yes                                              ■ Other. Specify  **Dayton Mailing Services, Inc.**

---

**4.3 66**

**Potter Anderson  & Carroon**                     Last 4 digits of account number _____         **Unknown**

Nonpriority Creditor's Name

**1313 North Market Street**                        When was the debt incurred?   **2020**
**Wilmington, DE 19899**

Number Street City State Zip Code                  As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only                                    ■ Contingent

☐ Debtor 2 only                                    ■ Unliquidated

☐ Debtor 1 and Debtor 2 only                       ■ Disputed

☐ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**        ☐ Student loans
**debt**
                                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                    report as priority claims

■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                   **Disputed potential contingent liability with**
☐ Yes                                              ■ Other. Specify  **Dayton Mailing Services, Inc.**

---

**4.3 67**

**Precision Roller**                                Last 4 digits of account number _____         **Unknown**

Nonpriority Creditor's Name

**2102 W Quail #1**                                 When was the debt incurred?   **2020**
**Phoenix, AZ 85027**

Number Street City State Zip Code                  As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only                                    ■ Contingent

☐ Debtor 2 only                                    ■ Unliquidated

☐ Debtor 1 and Debtor 2 only                       ■ Disputed

☐ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**        ☐ Student loans
**debt**
                                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                    report as priority claims

■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                   **Disputed potential contingent liability with**
☐ Yes                                              ■ Other. Specify  **Dayton Mailing Services, Inc.**

---

Debtor 1    **Christine Marie Soward**                                        Case number (if known) _____

---

| 4.3 68 | **Preferred Partners** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**13936 Gold Circle #B**
**Omaha, NE 68144**
Number Street City State Zip Code

**When was the debt incurred?**    **2020**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.3 69 | **Pressworks Bindery & Specialties** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**351 W. Bigelow Avenue**
**Plain City, OH 43064**
Number Street City State Zip Code

**When was the debt incurred?**    **2020**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.3 70 | **Principal Financial Group** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**PO Box 10372**
**Des Moines, IA 50331**
Number Street City State Zip Code

**When was the debt incurred?**    **2020**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1  **Christine Marie Soward**                                          Case number (if known) _____

---

**4.3 71**

**Printers Bindery**                                          Last 4 digits of account number _____          **Unknown**

Nonpriority Creditor's Name

**925 Freeman Avenue**                                        When was the debt incurred?    **2020**
**Cincinnati, OH 45203-1109**

Number Street City State Zip Code                            As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                                              ■ Contingent

☐ Debtor 2 only                                              ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                                 ■ Disputed

☐ At least one of the debtors and another                    **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**                 ☐ Student loans
**debt**

**Is the claim subject to offset?**                          ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                             report as priority claims

■ No                                                         ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                             ■ Other. Specify     **Disputed potential contingent liability with**
☐ Yes                                                                             **Dayton Mailing Services, Inc.**

---

**4.3 72**

**Printers Service**                                         Last 4 digits of account number _____          **Unknown**

Nonpriority Creditor's Name

**PO BOx 5070**                                              When was the debt incurred?    **2020**
**Newark, NJ 07105**

Number Street City State Zip Code                            As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                                              ■ Contingent

☐ Debtor 2 only                                              ■ Unliquidated

☐ Debtor 1 and Debtor 2 only                                 ■ Disputed

☐ At least one of the debtors and another                    **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**                 ☐ Student loans
**debt**

**Is the claim subject to offset?**                          ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                             report as priority claims

■ No                                                         ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                             ■ Other. Specify     **Disputed potential contingent liability with**
☐ Yes                                                                             **Dayton Mailing Services, Inc.**

---

**4.3 73**

**Printgraphs**                                              Last 4 digits of account number _____          **Unknown**

Nonpriority Creditor's Name

**PO BOX 841741**                                            When was the debt incurred?    **2020**
**Dallas, TX 75284**

Number Street City State Zip Code                            As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                                              ■ Contingent

☐ Debtor 2 only                                              ■ Unliquidated

☐ Debtor 1 and Debtor 2 only                                 ■ Disputed

☐ At least one of the debtors and another                    **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**                 ☐ Student loans
**debt**

**Is the claim subject to offset?**                          ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                             report as priority claims

■ No                                                         ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                             ■ Other. Specify     **Disputed potential contingent liability with**
☐ Yes                                                                             **Dayton Mailing Services, Inc.**

---

Debtor 1    **Christine Marie Soward**                                                    Case number (if known) _____

---

| 4.3 74 | **Priororty Envelope** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**PO BOX 9201**
**Minneapolis, MN 55480**

When was the debt incurred?    **2020**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.3 75 | **Production Mail Solutions** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**PO BOX 931034**
**Cleveland, OH 44193**

When was the debt incurred?    **2020**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.3 76 | **Professional Sports Catering** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**PO BOX 3048**
**Dayton, OH 45401**

When was the debt incurred?    **2020**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1    **Christine Marie Soward**                                    Case number *(if known)*

---

| 4.3 77 | **Profile Digital Printing** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**5449 Marina Drive**
**Dayton, OH 45449**

When was the debt incurred?    **2020**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.3 78 | **Progressive Printers, linc.** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**884 Valley Street**
**Dayton, OH 45404**

When was the debt incurred?    **2020**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.3 79 | **Prosource** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**PO Box 638804**
**Cincinnati, OH 45263**

When was the debt incurred?    **2020**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1    **Christine Marie Soward**

Case number (if known) _____

| | | | |
|---|---|---|---|

**4.3 80**

**QT-2**

Nonpriority Creditor's Name

**P.O. Box 758**
**241 Heritage Drive**
**Tiffin, OH 44883**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

Last 4 digits of account number _____

When was the debt incurred?    **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

**Unknown**

---

**4.3 81**

**Quality Forms**

Nonpriority Creditor's Name

**4317 West US RT 36**
**Piqua, OH 45356**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

Last 4 digits of account number _____

When was the debt incurred?    **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

**Unknown**

---

**4.3 82**

**Quick Tab II**

Nonpriority Creditor's Name

**241 Heritage Drive**
**Tiffin, OH 44883**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

Last 4 digits of account number _____

When was the debt incurred?    **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

**Unknown**

---

Debtor 1   **Christine Marie Soward**                                    Case number *(if known)*

| 4.3 83 | **R+L Carriers** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**PO Box 10020**
**Port William, OH 45164**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.3 84 | **R. Michael Orrill** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**PO Box 13256**
**Dayton, OH 45413**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.3 85 | **Racami** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**3145 Northwoods  Pkwy # 200**
**Norcross, GA 30071**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor 1  **Christine Marie Soward**                    Case number (if known) _____

---

| 4.3 86 | **Rainbow Computer Technology** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**980 Lone Oak Road #102**
**Saint Paul, MN 55121**
Number Street City State Zip Code

When was the debt incurred?    **2019**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☐ No

☐ Yes

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.3 87 | **Redi Data** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**107 Little Falls Road**
**Fairfield, NJ 07004**
Number Street City State Zip Code

When was the debt incurred?    **2020**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.3 88 | **Redi Data** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**107 Little Falls Rd**
**Fairfield, NJ 07004**
Number Street City State Zip Code

When was the debt incurred?    **2020**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1    **Christine Marie Soward**

Case number (if known) _____

---

| 4.3 89 | **Redycap Lending** | | **Unknown** |

Nonpriority Creditor's Name

**707 Miamisburg-Centerville RD #200**

**Dayton, OH 45459**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**    **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.3 90 | **Regional Sheet Metal** | | **Unknown** |

Nonpriority Creditor's Name

**4401 Springfield St**

**Dayton, OH 45431**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**    **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.3 91 | **Reliable Printing Solutions** | | **Unknown** |

Nonpriority Creditor's Name

**2230 MIchigan Ave**

**Santa Monica, CA 90404**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**    **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1   **Christine Marie Soward**                                    Case number (if known)

---

| 4.3 92 | **Relyco** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**121 Broadway**
**Dover, NH 03820**

Number Street City State Zip Code

When was the debt incurred?   **2020**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.3 93 | **Resolute FP** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**PO Box 8500**
**Philadelphia, PA 19178**

Number Street City State Zip Code

When was the debt incurred?   **2020**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.3 94 | **Reynolds co of Ohio** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**PO Box 31141**
**Cincinnati, OH 45231**

Number Street City State Zip Code

When was the debt incurred?   **2020**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1  **Christine Marie Soward**

Case number *(if known)*

---

**4.3 95**

**Reynolds Distribution Co**

Nonpriority Creditor's Name

**PO Box 437**
**Springboro, OH 45066**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                    **Unknown**

When was the debt incurred?  **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

**4.3 96**

**RGH Solutions**

Nonpriority Creditor's Name

**1840 Valley**
**Dayton, OH 45404**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                    **Unknown**

When was the debt incurred?  **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

**4.3 97**

**RGH Solutions LLC**

Nonpriority Creditor's Name

**1840 Valley Street**
**Dayton, OH 45404**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                    **Unknown**

When was the debt incurred?  **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1  **Christine Marie Soward**                                                        Case number (if known) _____

---

| 4.3 98 | **Riverview Packaging, Inc.** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**101 Shotwell Drive**
**Franklin, OH 45005**
Number Street City State Zip Code

**When was the debt incurred?**   **2020**

**Who incurred the debt?** Check one.

■ Debtor 1 only

□ Debtor 2 only

□ Debtor 1 and Debtor 2 only

□ At least one of the debtors and another

□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

□ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.3 99 | **Rollem Corp of America** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**1650 Lewis**
**Anaheim, CA 92805**
Number Street City State Zip Code

**When was the debt incurred?**   **2020**

**Who incurred the debt?** Check one.

■ Debtor 1 only

□ Debtor 2 only

□ Debtor 1 and Debtor 2 only

□ At least one of the debtors and another

□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

□ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.4 00 | **Roosevelt Paper** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**P.O. Box 785175**
**Philadelphia, PA 19178-5175**
Number Street City State Zip Code

**When was the debt incurred?**   **2019**

**Who incurred the debt?** Check one.

■ Debtor 1 only

□ Debtor 2 only

□ Debtor 1 and Debtor 2 only

□ At least one of the debtors and another

□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

□ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1  **Christine Marie Soward**                                    Case number (if known) _____

| | |
|---|---|

**4.4 01**

**Rotary Forms Press**
Nonpriority Creditor's Name
**835 High Street**
**Hillsboro, OH 45133**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred?     **2019**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

**4.4 02**

**Roto Die Company**
Nonpriority Creditor's Name
**PO Box 6354**
**Carol Stream, IL 60197**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred?     **2019**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

**4.4 03**

**RR Donnelley Logistics Services**
Nonpriority Creditor's Name
**PO Box 932721**
**Cleveland, OH 44193**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred?     **2020**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Disputed potential contingent liability with Dayton Mailing Services**

---

Debtor 1   **Christine Marie Soward**                                    Case number (if known) _____

---

| 4.4 04 | **Rumpke** | | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**PO Box 538710**
**Cincinnati, OH 45253**

When was the debt incurred?   **2018**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services**

---

| 4.4 05 | **Rush Expediting** | | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**PO Box 2810**
**Dayton, OH 45401**

When was the debt incurred?   **2019**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.4 06 | **Rush Truck Leasing** | | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**7655 Poe Avenue**
**Dayton, OH 45414**

When was the debt incurred?   **2019**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1    **Christine Marie Soward**                                   Case number (if known) _____

| | |
|---|---|

**4.4 07**

| | |
|---|---|
| **Sabin Robbins** | Last 4 digits of account number _____    **Unknown** |
| Nonpriority Creditor's Name | |
| **P.O. Box 930322** | When was the debt incurred?    **2020** |
| **Atlanta, GA 31193** | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply |

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

**4.4 08**

| | |
|---|---|
| **Sam's Club** | Last 4 digits of account number _____    **Unknown** |
| Nonpriority Creditor's Name | |
| **P.O. Box 530981** | When was the debt incurred?    **2020** |
| **Atlanta, GA 30353-0981** | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply |

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

**4.4 09**

| | |
|---|---|
| **Schuerholz Printing** | Last 4 digits of account number _____    **Unknown** |
| Nonpriority Creditor's Name | |
| **3540 Marshall Road** | When was the debt incurred?    **2020** |
| **Dayton, OH 45429** | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply |

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1   **Christine Marie Soward**                                                    Case number *(if known)*

| 4.4 10 | **Scratch off Systems** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**5405 Valley Belt Rd #K**
**Independence, OH 44131**
Number Street City State Zip Code

When was the debt incurred?   **2020**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.4 11 | **Selective Insuarnce Company** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**PO Box 371468**
**Pittsburgh, PA 15250**
Number Street City State Zip Code

When was the debt incurred?   **2020**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.4 12 | **Sensible Technologies** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**12786 Currie Ct**
**Livonia, MI 48150**
Number Street City State Zip Code

When was the debt incurred?   **2020**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1  **Christine Marie Soward**                                                Case number (if known) _____

| 4.4 13 | **Smead Manufacturing** | Last 4 digits of account number _____ | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 1450**
**Minneapolis, MN 55485-8336**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.4 14 | **Sonshine Commercial Clean** | Last 4 digits of account number _____ | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**986 Winzig Lane**
**Lebanon, OH 45036**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.4 15 | **Staples** | Last 4 digits of account number _____ | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 78004**
**Credit Plan Dept 51-7872247035**
**Phoenix, AZ 85062-8004**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1  **Christine Marie Soward**                                    Case number (if known) _____

---

| 4.4 16 | **State of Ohio** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**Department of Taxation
Attn: Bankruptcy Division
P O Box 530
Columbus, OH 43216**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    2020

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Disputed potential contingent liability with Dayton Mailing Services, Inc. and any personal claim**

---

| 4.4 17 | **Sterling National Bank** | Last 4 digits of account number  **0202** | **$100.00** |

Nonpriority Creditor's Name

**500 7th Ave 11th Floor
New York, NY 10018**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    2/22/19

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Guarantor for Dayton Mailing Services, Inc.**

---

| 4.4 18 | **Sterling Paper** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**1845 ProgressAve
Columbus, OH 43207-1726**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    2020

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1    **Christine Marie Soward**                                    Case number (if known) _____

---

**4.4**
**19**

**Stingler Supply**                          Last 4 digits of account number _____        **Unknown**
Nonpriority Creditor's Name
**PO Box 40492**                             When was the debt incurred?    **2020**
**Cincinnati, OH 45240**
Number Street City State Zip Code            As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                              ■ Contingent

☐ Debtor 2 only                              ■ Unliquidated

☐ Debtor 1 and Debtor 2 only                 ■ Disputed

☐ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:

■ **Check if this claim is for a community**  ☐ Student loans
**debt**
                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?              report as priority claims

■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts

                                             ■ Other. Specify    **Disputed potential contingent liability with**
☐ Yes                                                           **Dayton Mailing Services, Inc.**

---

**4.4**
**20**

**STS**                                      Last 4 digits of account number _____        **Unknown**
Nonpriority Creditor's Name
**603 Bell PArk Circle**                     When was the debt incurred?    **2020**
**Woodstock, GA 30188**
Number Street City State Zip Code            As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                              ■ Contingent

☐ Debtor 2 only                              ■ Unliquidated

☐ Debtor 1 and Debtor 2 only                 ■ Disputed

☐ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community**  ☐ Student loans
**debt**
                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?              report as priority claims

■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts

                                             ■ Other. Specify    **Disputed potential contingent liability with**
☐ Yes                                                           **Dayton Mailing Services, Inc.**

---

**4.4**
**21**

**Superior Dental Care**                     Last 4 digits of account number _____        **Unknown**
Nonpriority Creditor's Name
**6683 Centerville BUsiness Pkwy**            When was the debt incurred?    **2020**
**Dayton, OH 45459**
Number Street City State Zip Code            As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                              ■ Contingent

☐ Debtor 2 only                              ■ Unliquidated

☐ Debtor 1 and Debtor 2 only                 ■ Disputed

☐ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community**  ☐ Student loans
**debt**
                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?              report as priority claims

■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts

                                             ■ Other. Specify    **Disputed potential contingent liability with**
☐ Yes                                                           **Dayton Mailing Services, Inc.**

---

Debtor 1  **Christine Marie Soward**                                    Case number (if known) _____

| 4.4 22 | **Supply Post Business** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**11365 Deerfiled Road**
**Cincinnati, OH 45242**
Number Street City State Zip Code

When was the debt incurred?   **2020**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.4 23 | **Susquehanna** | Last 4 digits of account number _____ | **$32,788.00** |

Nonpriority Creditor's Name
**136 East Southtemple #1400**
**Salt Lake City, UT 84111**
Number Street City State Zip Code

When was the debt incurred?   **2018**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Guarantor for Dayton Mailing Services, Inc.**

---

| 4.4 24 | **Synchrony Bank** | Last 4 digits of account number  7175 | **$6,742.00** |

Nonpriority Creditor's Name
**Attention Bankruptcy Dept**
**PO Box 965064**
**Orlando, FL 32896**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Disputed potential contingent liability with Dayton Mailing Co.**

---

Debtor 1    **Christine Marie Soward**                                      Case number (if known) _____

---

**4.4 25**

**T&T Graphics, Inc.**
Nonpriority Creditor's Name
**2563 Technical Drive**
**Miamisburg, OH 45342**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____        **Unknown**

When was the debt incurred?        **2020**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

**4.4 26**

**T.I.G. Wood & Die Inc.**
Nonpriority Creditor's Name
**1760 Dalton Drive**
**New Carlisle, OH 45344**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____        **Unknown**

When was the debt incurred?        **2020**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

**4.4 27**

**T.I.G. Wood 7 Die Inc**
Nonpriority Creditor's Name
**1760 Dalton Drive**
**New Carlisle, OH 45344**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____        **Unknown**

When was the debt incurred?        **2020**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1  **Christine Marie Soward**

Case number *(if known)* _____

| 4.4 28 | **Talentwise** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**P.O. Box 3876**
**Seattle, WA 98124-3879**
Number Street City State Zip Code

**When was the debt incurred?**    **2020**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.4 29 | **TCF Equipment Finance** | Last 4 digits of account number    **0539** | **$267,840.48** |

Nonpriority Creditor's Name
**11100 Wayzata Blvd. #801**
**Minnetonka, MN 55305**
Number Street City State Zip Code

**When was the debt incurred?**    **2020**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guarantor for Dayton Mailing Services, Inc.**

---

| 4.4 30 | **TEam EPS** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**1835 Airport Exchange Blvd #100**
**Erlanger, KY 41018**
Number Street City State Zip Code

**When was the debt incurred?**    **2020**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1   **Christine Marie Soward**                                        Case number (if known) _____

---

| 4.4 31 | **TEC Lighting** | | |
|---|---|---|---|

| Nonpriority Creditor's Name | Last 4 digits of account number _____ | **Unknown** |
|---|---|---|

**115 Arovista Circle**
**Brea, CA 92821**

When was the debt incurred?   **2020**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.4 32 | **The Cincinnati Insurance Co** | | |
|---|---|---|---|

Nonpriority Creditor's Name

Last 4 digits of account number _____   **Unknown**

**P.O. Box 145620**
**Cincinnati, OH 45250**

When was the debt incurred?   **2020**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.4 33 | **The Custom Companies** | | |
|---|---|---|---|

Nonpriority Creditor's Name

Last 4 digits of account number _____   **Unknown**

**P.O. Box 3270**
**Melrose Park, IL 60164**

When was the debt incurred?   **2020**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1   **Christine Marie Soward**                                    Case number (if known) _____

| 4.4 34 | **The Fink Meat Co.** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**P.O. Box 1281**
**Springfield, OH 45501**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?   **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.4 35 | **The Guardian Life Insurance Company** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**P.O. Box 677458**
**Dallas, TX 75267-7458**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?   **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.4 36 | **The Harmeyer Group** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**P.O. Box 283**
**Miamisburg, OH 45343-0283**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?   **2020**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1   **Christine Marie Soward**                                          Case number *(if known)*

---

**4.4 37**

**The Moore Group**                          Last 4 digits of account number _____          **Unknown**
Nonpriority Creditor's Name
**131 Daniel Webster #618**                  When was the debt incurred?   **2020**
**Nashua, NH 03060**
Number Street City State Zip Code            As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                              ■ Contingent

☐ Debtor 2 only                              ■ Unliquidated

☐ Debtor 1 and Debtor 2 only                 ■ Disputed

☐ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:
                                             ☐ Student loans
☐ **Check if this claim is for a community
debt**                                       ☐ Obligations arising out of a separation agreement or divorce that you did not
                                             report as priority claims
**Is the claim subject to offset?**
                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                             ■ Other. Specify   **Disputed potential contingent liability with
☐ Yes                                                            Dayton Mailing Services, Inc.**

---

**4.4 38**

**The PRinting Plant**                       Last 4 digits of account number _____          **Unknown**
Nonpriority Creditor's Name
**1330 Tennessee Avenue**                     When was the debt incurred?   **2020**
**Cincinnati, OH 45229**
Number Street City State Zip Code            As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                              ■ Contingent

☐ Debtor 2 only                              ■ Unliquidated

☐ Debtor 1 and Debtor 2 only                 ■ Disputed

☐ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:
                                             ☐ Student loans
☐ **Check if this claim is for a community
debt**                                       ☐ Obligations arising out of a separation agreement or divorce that you did not
                                             report as priority claims
**Is the claim subject to offset?**
                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                             ■ Other. Specify   **Disputed potential contingent liability with
☐ Yes                                                            Dayton Mailing Services, Inc.**

---

**4.4 39**

**Thomas Graphics**                          Last 4 digits of account number _____          **Unknown**
Nonpriority Creditor's Name
**409 Troy Street**                           When was the debt incurred?   **2020**
**Dayton, OH 45404**
Number Street City State Zip Code            As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                              ■ Contingent

☐ Debtor 2 only                              ■ Unliquidated

☐ Debtor 1 and Debtor 2 only                 ■ Disputed

☐ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:
                                             ☐ Student loans
☐ **Check if this claim is for a community
debt**                                       ☐ Obligations arising out of a separation agreement or divorce that you did not
                                             report as priority claims
**Is the claim subject to offset?**
                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                             ■ Other. Specify   **Disputed potential contingent liability with
☐ Yes                                                            Dayton Mailing Services, Inc.**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor 1  **Christine Marie Soward**

Case number *(if known)*

| 4.4 40 | **Thompson Direct, Inc.** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**214 Amendodge Drive**
**Shorewood, IL 60404**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.4 41 | **TL Krieg Offset** | | Last 4 digits of account number | **1931** | **Unknown** |

Nonpriority Creditor's Name

**10600 Chester Street**
**Woodlawn, OH 45215**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.4 42 | **Traco Business Systems** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**P.O. Box 308**
**Windber, PA 15963**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1   **Christine Marie Soward**

Case number (if known) _____

---

| 4.4<br>43 | | | |
|---|---|---|---|

**Triad Technologies**

Nonpriority Creditor's Name

**985 Falls Creek Drive**
**Vandalia, OH 45377**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____          **Unknown**

When was the debt incurred?     **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify     **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.4<br>44 | | | |
|---|---|---|---|

**Trigon Imaging Solutions**

Nonpriority Creditor's Name

**575 Chamber Drive**
**Milford, OH 45150**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____          **Unknown**

When was the debt incurred?     **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify     **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.4<br>45 | | | |
|---|---|---|---|

**Trojan Printing Products**

Nonpriority Creditor's Name

**P.O. Box 604**
**Dayton, OH 45409-0604**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____          **Unknown**

When was the debt incurred?     **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify     **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1  **Christine Marie Soward**                                     Case number (if known) _____

---

| 4.4<br>46 | **TSD** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**11031 North Dixie Drive**
**Vandalia, OH 45377**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.4<br>47 | **TVT Capital (TMF Capital Group)** | Last 4 digits of account number _____ | **$132,000.00** |

Nonpriority Creditor's Name
**116 Nassau Street, #804**
**New York, NY 10038**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **10/22/2019**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guarantor for Dayton Mailing Services, Inc.**

---

| 4.4<br>48 | **Tyler Breedwell** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**4565 Northcross Court**
**Batavia, OH 45103**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1    **Christine Marie Soward**                                    Case number (if known) _____

| 4.4 49 | **U.C.S. Waste Equipment Co.** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name

**PO Box 1737**
**Dayton, OH 45401**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.4 50 | **U.S. Wiping Materials, Inc** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name

**2539 East Sullivan Ave**
**Saint Louis, MO 63107**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.4 51 | **Uline** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name

**PO Box 88741**
**Chicago, IL 60680**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1  **Christine Marie Soward**

Case number (if known) _____

---

| 4.4 52 | | | |
|---|---|---|---|

**Umbra**

Nonpriority Creditor's Name

**PO Box 8000**
**Dept 554**
**Buffalo, NY 14267**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?**    2020

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

Unknown

---

| 4.4 53 | | | |
|---|---|---|---|

**United Envelope**

Nonpriority Creditor's Name

**PO Box 951431**
**Cleveland, OH 44193**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?**    2020

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

Unknown

---

| 4.4 54 | | | |
|---|---|---|---|

**Univest Capital Inc.**

Nonpriority Creditor's Name

**9322 Reliable Pkwy.**
**Chicago, IL 60686**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?**    2020

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

Unknown

---

Debtor 1   **Christine Marie Soward**                                         Case number (if known) _____

| 4.4 55 | **Update Ltd.** | **Last 4 digits of account number** _____ | **Unknown** |

**Update Ltd.**
Nonpriority Creditor's Name
**134 Peavey Cir.**
**Chaska, MN 55318**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**   **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

**Unknown**

---

| 4.4 56 | **UPS** |

**UPS**
Nonpriority Creditor's Name
**P.O. Box 809488**
**Chicago, IL 60680-9488**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**   **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

**Unknown**

---

| 4.4 57 | **UPS** |

**UPS**
Nonpriority Creditor's Name
**PO BOX 7247**
**Philadelphia, PA 19170**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

**Unknown**

Debtor 1    **Christine Marie Soward**                                              Case number (if known) _____

| 4.4 58 | **UPS Freight** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name

**28013 Network Place**
**Chicago, IL 60673**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.4 59 | **UPS Supply Chain Solutions** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name

**28013 Network Place**
**Chicago, IL 60673**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.4 60 | **US Department of Labor** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name

**550 Main Street Room 10-409**
**Wage & Hour Division**
**Cincinnati, OH 45202**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **2019**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1  **Christine Marie Soward**                              Case number (if known) _____

---

| 4.4 61 | **US Post Office** | Last 4 digits of account number _____ | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**Acct Receivables**
**National Customer Support Center**
**225 N Humphreys Blvd, Ste. 501**
**Memphis, TN 38188**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?  **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.4 62 | **UV Specialties** | Last 4 digits of account number _____ | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**3705 Stern Avenue**
**Saint Charles, IL 60174**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?  **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.4 63 | **Valco Melton** | Last 4 digits of account number _____ | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**1244 Solutions Center**
**Chicago, IL 60677-1002**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?  **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1   **Christine Marie Soward**

Case number (if known) _____

---

| 4.4 64 | **Valenz Assurance** | Last 4 digits of account number _____ | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**609 2nd Street**
**Suite 2**
**Portsmouth, OH 45662**

When was the debt incurred?   **2020**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.4 65 | **Vectren - 100** | Last 4 digits of account number _____ | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 6262**
**Indianapolis, IN 46206**

When was the debt incurred?   **2020**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.4 66 | **Vectren - 888** | Last 4 digits of account number _____ | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 6262**
**Indianapolis, IN 46206**

When was the debt incurred?   **2020**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1  **Christine Marie Soward**

Case number *(if known)* _____

---

| 4.4 67 | | | |

**Veracore Software Solutions Inc.**                              **Unknown**

Nonpriority Creditor's Name

Last 4 digits of account number  _____

**1086 Elm Street**
**Suite 200**
**Rocky Hill, CT 06067**

When was the debt incurred?    **2020**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.4 68 | | | |

**VerCom**                                                        **Unknown**

Nonpriority Creditor's Name

Last 4 digits of account number  _____

**410 Fame Rd**
**Dayton, OH 45449**

When was the debt incurred?    **2020**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.4 69 | | | |

**Vertiv Operating Company**                                     **Unknown**

Nonpriority Creditor's Name

Last 4 digits of account number  _____

**298 Vintage Place**
**Dayton, OH 45415**

When was the debt incurred?    **2019**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1  **Christine Marie Soward**                                    Case number (if known) _____

| | | |
|---|---|---|

**4.4 70**

**Victor Envelope Company**
Nonpriority Creditor's Name
**301 Arthur Court**
**Bensenville, IL 60106**
Number City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____        **Unknown**

When was the debt incurred?     **2020**

As of the date you file, the claim is: Check all that apply

☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

**4.4 71**

**W+D North America Inc.**
Nonpriority Creditor's Name
**11300 West 80th Street**
**Overland Park, KS 66214**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____        **Unknown**

When was the debt incurred?     _____

As of the date you file, the claim is: Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **disputed potential contingent liability with Dayton Mailing Services.**

---

**4.4 72**

**Ward Kraft, Inc.**
Nonpriority Creditor's Name
**P.O. Box 874190**
**Kansas City, MO 64187-4190**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____        **Unknown**

When was the debt incurred?     **2020**

As of the date you file, the claim is: Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1  **Christine Marie Soward**                                          Case number (if known) _____

| | |
|---|---|
| 4.4 73 | |

**Wardkraft family**                                          Last 4 digits of account number _____          **Unknown**
Nonpriority Creditor's Name
**PO BOx 1096**                                          When was the debt incurred?    **2020**
**Lowell, AR 72745**
Number Street City State Zip Code
**Who incurred the debt?** Check one.                     As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                                          ☐ Contingent
☐ Debtor 2 only                                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                             ☐ Disputed
☐ At least one of the debtors and another                **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**             ☐ Student loans
**debt**                                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                      report as priority claims
                                                         ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ No
                                                         **Disputed potential contingent liability with**
☐ Yes                                                    ☐ Other. Specify  **Dayton Mailing Services, Inc.**

---

| | |
|---|---|
| 4.4 74 | |

**Wat-Kem Mechanical Inc.**                              Last 4 digits of account number _____          **Unknown**
Nonpriority Creditor's Name
**2755 S. County Road 25A**                              When was the debt incurred?    **2020**
**Troy, OH 45373**
Number Street City State Zip Code
**Who incurred the debt?** Check one.                     As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                                          ☐ Contingent
☐ Debtor 2 only                                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                             ☐ Disputed
☐ At least one of the debtors and another                **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**             ☐ Student loans
**debt**                                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                      report as priority claims
                                                         ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ No
                                                         **Disputed potential contingent liability with**
☐ Yes                                                    ☐ Other. Specify  **Dayton Mailing Services, Inc.**

---

| | |
|---|---|
| 4.4 75 | |

**Web Reliance**                                         Last 4 digits of account number _____          **Unknown**
Nonpriority Creditor's Name
**1381 W. US Highway 22 & 3**                            When was the debt incurred?    **2020**
**Maineville, OH 45039**
Number Street City State Zip Code
**Who incurred the debt?** Check one.                     As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                                          ☐ Contingent
☐ Debtor 2 only                                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                             ☐ Disputed
☐ At least one of the debtors and another                **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**             ☐ Student loans
**debt**                                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                      report as priority claims
                                                         ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ No
                                                         **Disputed potential contingent liability with**
☐ Yes                                                    ☐ Other. Specify  **Dayton Mailing Services, Inc.**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1  **Christine Marie Soward**                                    Case number (if known) _____

---

| 4.4 76 | **Welch Packaging** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**PO Box 856421**
**Minneapolis, MN 55485**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred?   **2020**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.4 77 | **Wells Fargo Bank** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**PO Box 70239**
**Philadelphia, PA 19176**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred?   **2020**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.4 78 | **Wells Fargo Financial Services** | Last 4 digits of account number   **0006** | **$89,511.03** |

Nonpriority Creditor's Name
**PO Box 70239**
**Philadelphia, PA 19176-0239**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred?   **1/4/2019**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Guarantor for Dayton Mailing Services, Inc.**

---

Debtor 1    **Christine Marie Soward**

Case number (if known)

---

**4.4
79**

**West Camp Press**

Nonpriority Creditor's Name

**Attn: Accounts Receivable
39 Collegeview Rd
Westerville, OH 43081**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred?    **2020**

**As of the date you file, the claim is: Check all that apply**

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

**4.4
80**

**Westendorf Print**

Nonpriority Creditor's Name

**4220 Interpoint Blvd
Dayton, OH 45424**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred?    **2020**

**As of the date you file, the claim is: Check all that apply**

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

**4.4
81**

**Western States Envelope**

Nonpriority Creditor's Name

**PO Box 205216
Dallas, TX 75320**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred?    **2020**

**As of the date you file, the claim is: Check all that apply**

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1    **Christine Marie Soward**                                    Case number (if known) _____

| 4.4 82 | **Westfield Bank** | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name

**PO Box 668**
**Westfield Center, OH 44251**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred?    **2020**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.4 83 | **Wex Bank** | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name

**P.O. Box 6293**
**Carol Stream, IL 60197-6293**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred?    **2020**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.4 84 | **Wexler Packaging Products** | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name

**777-M Schwab Road**
**Hatfield, PA 19440**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred?    **2020**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1   **Christine Marie Soward**

Case number (if known) _____

---

| 4.4 85 | **Whispering Creek, LLC** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**PO Box 24385**
**Huber Heights, OH 43424**
Number Street City State Zip Code

**When was the debt incurred?**   **2020**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.4 86 | **Whittier Mailing Products** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**13019 Park Street**
**Santa Fe Springs, CA 90670**
Number Street City State Zip Code

**When was the debt incurred?**   **2020**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

| 4.4 87 | **Windowbook** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**300 Franklin Street**
**Cambridge, MA 02139**
Number Street City State Zip Code

**When was the debt incurred?**   **2020**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

Debtor 1  **Christine Marie Soward**                                    Case number (if known) _____

| | |
|---|---|

**4.4 88**

**Xitron**                                    Last 4 digits of account number _____    **Unknown**

Nonpriority Creditor's Name

**4880 VEnture Drive, #500**              When was the debt incurred?    **2020**
**Ann Arbor, MI 48108**

Number Street City State Zip Code

**Who incurred the debt?** Check one.      As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                           ■ Contingent

☐ Debtor 2 only                           ■ Unliquidated

☐ Debtor 1 and Debtor 2 only              ■ Disputed

☐ At least one of the debtors and another  **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**   ☐ Student loans
**debt**                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**        report as priority claims

■ No                                      ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                     ■ Other. Specify  **Disputed potential contingent liability with**
                                          **Dayton Mailing Services, Inc.**

---

**4.4 89**

**XPO Enterprises Services**              Last 4 digits of account number _____    **Unknown**

Nonpriority Creditor's Name

**5 American Lane**                       When was the debt incurred?    **2019**
**Greenwich, CT 06831**

Number Street City State Zip Code

**Who incurred the debt?** Check one.      As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                           ■ Contingent

☐ Debtor 2 only                           ■ Unliquidated

☐ Debtor 1 and Debtor 2 only              ■ Disputed

☐ At least one of the debtors and another  **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**   ☐ Student loans
**debt**                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**        report as priority claims

■ No                                      ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                     ■ Other. Specify  **Disputed potential contingent liability with**
                                          **Dayton Mailing Services, Inc.**

---

**4.4 90**

**XPOLogistics**                          Last 4 digits of account number _____    **Unknown**

Nonpriority Creditor's Name

                                          When was the debt incurred?    **2020**
**Pittsburgh, PA**

Number Street City State Zip Code

**Who incurred the debt?** Check one.      As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                           ■ Contingent

☐ Debtor 2 only                           ■ Unliquidated

☐ Debtor 1 and Debtor 2 only              ■ Disputed

☐ At least one of the debtors and another  **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**   ☐ Student loans
**debt**                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**        report as priority claims

■ No                                      ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                     ■ Other. Specify  **Disputed potential contingent liability with**
                                          **Dayton Mailing Services, Inc.**

---

Debtor 1    **Christine Marie Soward**

Case number (if known)

---

**4.4 91**

**YS Chamber**
Nonpriority Creditor's Name
**101 Dayton Street**
**Yellow Springs, OH 45387**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred?    **2020**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Disputed potential contingent liability with Dayton Mailing Services, Inc.**

---

**Part 3:**    **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Amar Agrawal**<br>**1040 North Kings Highway #200**<br>**Cherry Hill, NJ 08034** | Line **4.67** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Howard Baumwell**<br>**600 S. Pearl Street**<br>**Columbus, OH 43206** | Line **4.429** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Blehl & Biehl**<br>**PO Box 87410**<br>**Carol Stream, IL 60188** | Line **4.126** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Caine & Weiner**<br>**1699 East Woodfield Road #360**<br>**Schaumburg, IL 60173** | Line **4.68** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Caine & Weiner**<br>**1699 East Woodfield Road #360**<br>**Schaumburg, IL 60173** | Line **4.67** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Michael Columbus**<br>**130 W. 2nd Street #2103**<br>**Dayton, OH 45402** | Line **4.158** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **GB Collects, LLC**<br>**1253 Haddonfield-Berlin Road**<br>**Voorhees, NJ 08043-4847** | Line **4.200** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |

Debtor 1   **Christine Marie Soward**                                    Case number (if known)

---

**GB Collects, LLC**
**1253 Haddonfield-Berlin Road**
**Voorhees, NJ 08043-4847**

Line **4.198** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**GB Collects, LLC**
**1253 Haddonfield-Berlin Road**
**Voorhees, NJ 08043-4847**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.199** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Jeff Hendricks**
**312 Walnut Street #1800**
**Cincinnati, OH 45202**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.362** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Jason Norwood, Esq**
**33 W First Street, #200**
**Dayton, OH 45402**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.196** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Jason Norwood, Esq**
**33 W First Street, #200**
**Dayton, OH 45402**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.247** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Jason Norwood, Esq**
**33 W First Street, #200**
**Dayton, OH 45402**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.194** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Jason Norwood, Esq**
**33 W First Street, #200**
**Dayton, OH 45402**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.197** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Jeffrey Quinn, Esq.**
**PO Box 596**
**Drexel Hill, PA 19026**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.182** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Tami Kirby**
**One South Main Street #1600**
**Dayton, OH 45402**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.235** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Tami Kirby**
**One South Main Street #1600**
**Dayton, OH 45402**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.237** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Law Office of John Pucin**
**1699 E Woodfield Road #360A**
**Schaumburg, IL 60173**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.68** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Lloyd & McDaniel PLC**
**P O Box 23200**
**Louisville, KY 40223**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.352** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Debtor 1    **Christine Marie Soward**    Case number (if known)

---

Name and Address
**Lloyd & McDaniel PLC**
**P O Box 23200**
**Louisville, KY 40223**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.264** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Lloyd & McDaniel PLC**
**P O Box 23200**
**Louisville, KY 40223**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.266** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Lloyd & McDaniel PLC**
**P O Box 23200**
**Louisville, KY 40223**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.267** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Lloyd & McDaniel PLC**
**P O Box 23200**
**Louisville, KY 40223**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.270** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Lloyd & McDaniel PLC**
**P O Box 23200**
**Louisville, KY 40223**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.271** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Lloyd & McDaniel PLC**
**P O Box 23200**
**Louisville, KY 40223**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.272** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Lloyd & McDaniel PLC**
**P O Box 23200**
**Louisville, KY 40223**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.273** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Lloyd & McDaniel PLC**
**P O Box 23200**
**Louisville, KY 40223**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.275** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Lloyd & McDaniel PLC**
**P O Box 23200**
**Louisville, KY 40223**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.276** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Lloyd & McDaniel PLC**
**P O Box 23200**
**Louisville, KY 40223**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.277** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Lloyd & McDaniel PLC**
**P O Box 23200**
**Louisville, KY 40223**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.278** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Lloyd & McDaniel PLC**
**P O Box 23200**
**Louisville, KY 40223**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.279** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

---

Debtor 1    **Christine Marie Soward**                              Case number (if known) _____

---

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**Lloyd & McDaniel PLC**<br>**P O Box 23200**<br>**Louisville, KY 40223** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.280** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**Lloyd & McDaniel PLC**<br>**P O Box 23200**<br>**Louisville, KY 40223** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.281** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**McCarthy, Burgess & Wolff**<br>**26000 Cannon Road**<br>**MB&W Bldg**<br>**Bedford, OH 44146** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.429** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**Ohio Attorney General**<br>**30 E Broad Street**<br>**14th Floor**<br>**Columbus, OH 43215** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.416** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**Patricia Fugee**<br>**FisherBroyles, LLP**<br>**27100 Oakmead Drive #306**<br>**Perrysburg, OH 43551** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.357** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**Craig Relman**<br>**23875 Commerce Park Road #105**<br>**Beachwood, OH 44122** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.417** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**Eric Rice**<br>**1 W. Water Street #275**<br>**Saint Paul, MN 55107** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.386** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**SBA**<br>**409 Third Street SW**<br>**Washington, DC 20416** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.235** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**Bruce Schrader**<br>**222 South Main Street**<br>**Akron, OH 44308** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.478** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**Bruce Schrader**<br>**222 South Main Street**<br>**Akron, OH 44308** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.477** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**Small Business Admin- United**<br>**States**<br>**US Attorney General's Office**<br>**Main Justice Building** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.235** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

---

Debtor 1   **Christine Marie Soward**                                                   Case number (if known)

**10th & Constitution Avenue**
**Washington, DC 20530**

| | Last 4 digits of account number |
|---|---|

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Taylor Trout** | Line **4.441** of (Check one): |
| **150 East Fourth Street** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Cincinnati, OH 45202** | ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **US Attorney** | Line **4.219** of (Check one): |
| **221 East Fourth Street** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Suite 400** | ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Cincinnati, OH 45202** | |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **US Impact** | Line **4.136** of (Check one): |
| **PO Box 1746** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Mandeville, LA 70470** | ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Tim Warner** | Line **4.243** of (Check one): |
| **25935 Detroit Road #200** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Westlake, OH 44145** | ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Timothy Warner** | Line **4.242** of (Check one): |
| **25935 Detroit Road #200** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Westlake, OH 44145** | ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each
   type of unsecured claim.

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 12,343,864.51 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 12,343,864.51 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Christine Marie Soward** |
| | First Name                     Middle Name                     Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name                     Middle Name                     Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF OHIO |
| Case number | |
| (if known) | |

☐ Check if this is an
   amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                                   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any
additional pages, write your name and case number (if known).

1.   **Do you have any executory contracts or unexpired leases?**
     ☑ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
     ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.   **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for
     example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts
     and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| Name, Number, Street, City, State and ZIP Code | |
| 2.1 | |
| Name | |
| Number     Street | |
| City                    State        ZIP Code | |
| 2.2 | |
| Name | |
| Number     Street | |
| City                    State        ZIP Code | |
| 2.3 | |
| Name | |
| Number     Street | |
| City                    State        ZIP Code | |
| 2.4 | |
| Name | |
| Number     Street | |
| City                    State        ZIP Code | |
| 2.5 | |
| Name | |
| Number     Street | |
| City                    State        ZIP Code | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Christine Marie Soward** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF OHIO |
| Case number (if known) | _____ |

☐ Check if this is an
   amended filing

## Official Form 106H
## Schedule H: Your Codebtors

**12/15**

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.1  **Dayton Mailing Services, Inc.** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**See Sch. F** |
| 3.2  **Dayton Mailing Services, LLC** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**See Sch. F** |
| 3.3  **Kenneth Soward**<br>**2875 Maginn Drive**<br>**Beevercreek, OH 45434** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.119___<br>☐ Schedule G _____<br>**Day Air Credit Union** |

Debtor 1   **Christine Marie Soward** _____  Case number *(if known)* _____

| | Additional Page to List More Codebtors |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.4   **Kenneth Soward**<br>**2875 Maginn Drive**<br>**Beevercreek, OH 45434** | ☐ Schedule D, line _____<br>■ Schedule E/F, line    **4.161**<br>☐ Schedule G _____<br>**Fay Servicing** |
| 3.5   **Kenneth Soward**<br>**2875 Maginn Drive**<br>**Beevercreek, OH 45434** | ■ Schedule D, line    **2.2**<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Union Savings Bank** |

Fill in this information to identify your case:

Debtor 1      **Christine Marie Soward**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF OHIO

Case number
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**    **Describe Employment**

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ■ Employed<br>☐ Not employed | ☐ Employed<br>■ Not employed |
| Occupation | sales | |
| Employer's name | Graphic Village | |
| Employer's address | | |
| How long employed there? | 6 months | |

**Part 2:**    **Give Details About Monthly Income**

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 6,250.00 | $ 0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. $ 6,250.00 | $ 0.00 |

Debtor 1  **Christine Marie Soward**                                          Case number (*if known*) _____

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** ...................................................... | 4. | $ **6,250.00** | $ **0.00** |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ **1,108.00** | $ **0.00** |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ **0.00** | $ **0.00** |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ **0.00** | $ **0.00** |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ **0.00** | $ **0.00** |
| 5e. **Insurance** | 5e. | $ **412.00** | $ **0.00** |
| 5f. **Domestic support obligations** | 5f. | $ **0.00** | $ **0.00** |
| 5g. **Union dues** | 5g. | $ **0.00** | $ **0.00** |
| 5h. **Other deductions.** Specify: | 5h.+ | $ **0.00** + | $ **0.00** |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.  6.  $ **1,520.00**  $ **0.00**

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.  7.  $ **4,730.00**  $ **0.00**

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm**<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ **0.00** | $ **0.00** |
| 8b. **Interest and dividends** | 8b. | $ **0.00** | $ **0.00** |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ **0.00** | $ **0.00** |
| 8d. **Unemployment compensation** | 8d. | $ **0.00** | $ **1,728.00** |
| 8e. **Social Security** | 8e. | $ **0.00** | $ **0.00** |
| 8f. **Other government assistance that you regularly receive**<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: | 8f. | $ **0.00** | $ **0.00** |
| 8g. **Pension or retirement income** | 8g. | $ **0.00** | $ **3,800.00** |
| 8h. **Other monthly income.** Specify: | 8h.+ | $ **0.00** + | $ **0.00** |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.  9.  $ **0.00**  $ **5,528.00**

10. **Calculate monthly income.** Add line 7 + line 9.  10.  $ **4,730.00** + $ **5,528.00** = $ **10,258.00**
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
    Specify: _____  11. +$ **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
    Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies  12.  $ **10,258.00**

    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
    ■ No.
    ☐ Yes. Explain: _____

Fill in this information to identify your case:

Debtor 1 __**Christine Marie Soward**_____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF OHIO__

Case number _____
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter
   13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses
12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:   Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**   ☐ No

   Do not list Debtor 1 and      ■ Yes. Fill out this information for
   Debtor 2.                           each dependent..............

   Do not state the
   dependents names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | **Son** | **20** | ☐ No / ■ Yes |
| | | | ☐ No / ☐ Yes |
| | | | ☐ No / ☐ Yes |
| | | | ☐ No / ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ■ No
   ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

| | | Your expenses |
|---|---|---|

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. ... 4. $ **2,262.00**

   **If not included in line 4:**

   4a. Real estate taxes ... 4a. $ **1,100.00**
   4b. Property, homeowner's, or renter's insurance ... 4b. $ **160.00**
   4c. Home maintenance, repair, and upkeep expenses ... 4c. $ **80.00**
   4d. Homeowner's association or condominium dues ... 4d. $ **15.00**

5. **Additional mortgage payments for your residence,** such as home equity loans ... 5. $ **1,359.00**

Debtor 1  **Christine Marie Soward**                                    Case number (if known) _____

6.  **Utilities:**

| | | | |
|---|---|---|---|
| 6a. | Electricity, heat, natural gas | 6a. $ | **440.00** |
| 6b. | Water, sewer, garbage collection | 6b. $ | **180.00** |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | **320.00** |
| 6d. | Other. Specify: | 6d. $ | **0.00** |

7.  **Food and housekeeping supplies**                                   7. $  **800.00**

8.  **Childcare and children's education costs**                         8. $  **0.00**

9.  **Clothing, laundry, and dry cleaning**                              9. $  **180.00**

10. **Personal care products and services**                            10. $  **90.00**

11. **Medical and dental expenses**                                    11. $  **150.00**

12. **Transportation.** Include gas, maintenance, bus or train fare.
    Do not include car payments.                                     12. $  **400.00**

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**  13. $  **80.00**

14. **Charitable contributions and religious donations**               14. $  **0.00**

15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.

| | | | |
|---|---|---|---|
| 15a. | Life insurance | 15a. $ | **400.00** |
| 15b. | Health insurance | 15b. $ | **0.00** |
| 15c. | Vehicle insurance | 15c. $ | **200.00** |
| 15d. | Other insurance. Specify: | 15d. $ | **0.00** |

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: _____                                  16. $  **0.00**

17. **Installment or lease payments:**

| | | | |
|---|---|---|---|
| 17a. | Car payments for Vehicle 1 | 17a. $ | **0.00** |
| 17b. | Car payments for Vehicle 2 | 17b. $ | **0.00** |
| 17c. | Other. Specify: **Husband bills - Car (700) cc (1,000)** | 17c. $ | **1,700.00** |
| 17d. | Other. Specify: **Est. auto & upkeep** | 17d. $ | **250.00** |

18. **Your payments of alimony, maintenance, and support that you did not report as
    deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).**  18. $  **0.00**

19. **Other payments you make to support others who do not live with you.**          $  **0.00**
    Specify: _____                                  19.

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.***

| | | | |
|---|---|---|---|
| 20a. | Mortgages on other property | 20a. $ | **0.00** |
| 20b. | Real estate taxes | 20b. $ | **0.00** |
| 20c. | Property, homeowner's, or renter's insurance | 20c. $ | **0.00** |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | **0.00** |
| 20e. | Homeowner's association or condominium dues | 20e. $ | **0.00** |

21. **Other:** Specify: _____                        21. +$  **0.00**

22. **Calculate your monthly expenses**

    22a. Add lines 4 through 21.                                      $  **10,166.00**

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2     $

    22c. Add line 22a and 22b.  The result is your monthly expenses.   $  **10,166.00**

23. **Calculate your monthly net income.**

    23a. Copy line 12 *(your combined monthly income)* from Schedule I.   23a. $  **10,258.00**

    23b. Copy your monthly expenses from line 22c above.              23b. -$  **10,166.00**

    23c. Subtract your monthly expenses from your monthly income.
         The result is your *monthly net income*.                    23c. $  **92.00**

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a
    modification to the terms of your mortgage?

    ■ No.
    ☐ Yes.    Explain here: _____

**Fill in this information to identify your case:**

| Debtor 1 | **Christine Marie Soward** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF OHIO | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X **/s/ Christine Marie Soward** | X |
|---|---|
| **Christine Marie Soward** | Signature of Debtor 2 |
| Signature of Debtor 1 | |

| Date **November 19, 2020** | Date |
|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Christine Marie Soward** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF OHIO |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy                    4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Give Details About Your Marital Status and Where You Lived Before

1.   **What is your current marital status?**

■ Married
☐ Not married

2.   **During the last 3 years, have you lived anywhere other than where you live now?**

■ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

3.   **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2   Explain the Sources of Your Income

4.   **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ■ Wages, commissions, bonuses, tips | **$55,000.00** | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

Debtor 1    **Christine Marie Soward**                                    Case number *(if known)*

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **For last calendar year:** (January 1 to December 31, 2019 ) | ■ Wages, commissions, bonuses, tips ☐ Operating a business | $52,000.00 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | |
| **For the calendar year before that:** (January 1 to December 31, 2018 ) | ■ Wages, commissions, bonuses, tips ☐ Operating a business | $84,929.00 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | |

5.  **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income** (before deductions and exclusions) |
| **For last calendar year:** (January 1 to December 31, 2019 ) | Retirement withdraw | $125,550.00 | | |
| **For the calendar year before that:** (January 1 to December 31, 2018 ) | Retirement withdraw | $276,657.00 | | |

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |
|---|---|

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

■  No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

■  No.    Go to line 7.
☐  Yes    List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☐  Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐  No.    Go to line 7.
☐  Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| **Creditor's Name and Address** | **Dates of payment** | **Total amount paid** | **Amount you still owe** | **Was this payment for ...** |
|---|---|---|---|---|

| Debtor 1 | **Christine Marie Soward** | Case number *(if known)* |
|---|---|---|

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**

List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
■ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **People's Capital & Leasing Corp. v. Dayton Mailing Services, Inc., et al. 2019CV0371** | **Suit for money** | **Greene County, OH Court of Common Pleas** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Graphic Paper Products Corp. v. Dayton Mailing Services, Inc, et al. 2019 CV 03067** | **Suit for money** | **Montgomery County, OH Court of Common Pl** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **PNC Bank v. Debtor 2018CV0369 2018CJ0266** | **Suit for Money** | **Greene County & Montgomery Common Pleas** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **ReadyCap Lending v. Debtor 2019 CV 0546** | **Suit for Money** | **Greene County Common Pleas Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Dismissed** |
| **Canon Financial v. DMS et al BUR-L-002239-19** | **Suit for money** | **Burlington Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Rainbow Computer v. DMS** | **Suit for money** | **District Court First Judical District** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor 1   **Christine Marie Soward**                                                          Case number *(if known)*

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Wells Fargo v. DMS & Debtor**<br>**2019CJ0006** | **Suit for money on guarantee** | **Greene County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **TCF Equipment v. Debtor**<br>**2020CV0539** | **Suit for money** | **Greene County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Konica Minolta v. Debtor**<br>**2020CV0519** | **Suit for money** | **Greene Cty Common Pleas** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Sterling v. Debtor**<br>**2019CJ0202 2019EX0068**<br>**2019EX0073 2019FJ2** | **Lien for money** | **Greent Cty** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ■ No. Go to line 11.
    ☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| | | | |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

    ■ No
    ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

    ■ No
    ☐ Yes

**Part 5:**   List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

    ■ No
    ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

| Debtor 1 | **Christine Marie Soward** | Case number *(if known)* |
|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address **(Number, Street, City, State and ZIP Code)** | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

**Part 6:    List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

**Part 7:    List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Goering & Goering<br>220 West Third Street<br>Cincinnati, OH 45202 | Attorney Fees | 7/2020 & 11/20 | $8,805.00 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
☑ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Dayton Mailing Services, LLC<br><br><br>Husband | 49% of LLC | In order to refinace the property, Debtor transferred a 49% interest to her husband who is now joint on the mortgage. | 4/13/20 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Christine Marie Soward**                                             Case number *(if known)*

19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called *asset-protection devices*.)

☒ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|
| | | |

**Part 8:    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
☒ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **JP Morgan Chase**<br>**PO Box 182051**<br>**Columbus, OH 43218** | **XXXX-4280** | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **closed 9/22/20** | **$-50.00** |
| **Dayair CU** | **XXXX-** | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **Checking account closed with no money and her name was removed froma savings with approx. $ 5. This occured in 2019** | **$0.00** |

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

☒ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | |

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

☒ No
☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | |

Debtor 1    **Christine Marie Soward**                                    Case number *(if known)*

---

**Part 9:**   **Identify Property You Hold or Control for Someone Else**

23.  **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ **No**
☐ **Yes. Fill in the details.**

| Owner's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| | | | |

**Part 10:**   **Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24.  **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

25.  **Have you notified any governmental unit of any release of hazardous material?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

26.  **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ **No**
☐ **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency<br>Name<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

**Part 11:**   **Give Details About Your Business or Connections to Any Business**

27.  **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ **A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time**

☐ **A member of a limited liability company (LLC) or limited liability partnership (LLP)**

☐ **A partner in a partnership**

☐ **An officer, director, or managing executive of a corporation**

☐ **An owner of at least 5% of the voting or equity securities of a corporation**

---

Debtor 1   **Christine Marie Soward**

Case number *(if known)*

☐   **No. None of the above applies.  Go to Part 12.**

■   **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Dayton Mailing Services, Inc.**<br>**dba The Bricks Agency & Barrett**<br>**Brothers**<br>**dba DMS, Inc** | **Printing & marketing company.**<br>**All assets turned over to secured**<br>**lender.** | EIN:<br><br>From-To   **2/24/1984 - present** |
| **Dayton Mailing Services, LLC** | **Real estate holding company** | EIN:<br><br>From-To   **1/23/2008 - present** |

28.  **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial
institutions, creditors, or other parties.**

■   **No**
☐   **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
|  |  |

Debtor 1   **Christine Marie Soward**                                        Case number *(if known)*

---

| **Part 12:** | Sign Below |
|---|---|

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers
are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection
with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Christine Marie Soward**
_____                    _____
**Christine Marie Soward**                          **Signature of Debtor 2**
**Signature of Debtor 1**

Date   **November 19, 2020**                        Date   _____
_____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

■ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Southern District of Ohio

In re    **Christine Marie Soward**                      Case No. _____

                           Debtor(s)         Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 8,805.00 |
| Prior to the filing of this statement I have received | $ | 8,805.00 |
| Balance Due | $ | 0.00 |

2.   $   **335.00**   of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

4.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

     **Any adversary proceeding, redemption litigation, real estate work, or other non-bankruptcy services including but not limited to Credit Bureau work and Credit Reestablishing services.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**November 19, 2020**             **/s/ Eric W. Goering**
*Date*                                      **Eric W. Goering**
                                            *Signature of Attorney*
                                            **Goering & Goering**
                                            **220 West Third Street**
                                            **Cincinnati, OH 45202**
                                            **(513) 621-0912**
                                            *Name of law firm*

| Fill in this information to identify your case: | Check one box only as directed in this form and in Form 122A-1Supp: |
|---|---|

**Fill in this information to identify your case:**

Debtor 1    **Christine Marie Soward**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    Southern District of Ohio

Case number
(if known)

**Check one box only as directed in this form and in Form 122A-1Supp:**

■ 1. There is no presumption of abuse

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

## Official Form 122A - 1
## Chapter 7 Statement of Your Current Monthly Income                   04/20

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

| Part 1: | Calculate Your Current Monthly Income |
|---|---|

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married**. Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

      ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

      ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ _____ | $ _____ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ _____ | $ _____ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ _____ | $ _____ |
| 5. **Net income from operating a business, profession, or farm** | | |

5. **Net income from operating a business, profession, or farm**

|  | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ _____ | | |
| Ordinary and necessary operating expenses | -$ _____ | | |
| Net monthly income from a business, profession, or farm | $ _____ | Copy here -> $ _____ | $ _____ |

6. **Net income from rental and other real property**

|  | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ _____ | | |
| Ordinary and necessary operating expenses | -$ _____ | | |
| Net monthly income from rental or other real property | $ _____ | Copy here -> $ _____ | $ _____ |

| 7. **Interest, dividends, and royalties** | $ _____ | $ _____ |

Debtor 1   **Christine Marie Soward** _____   Case number (*if known*) _____

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

8. **Unemployment compensation**

    $ _____  $ _____

    Do not enter the amount if you contend that the amount received was a benefit under
    the Social Security Act. Instead, list it here:

    For you .................................................. $ _____

    For your spouse ..................................... $ _____

9. **Pension or retirement income.** Do not include any amount received that was a
    benefit under the Social Security Act. Also, except as stated in the next sentence, do
    not include any compensation, pension, pay, annuity, or allowance paid by the
    United States Government in connection with a disability, combat-related injury or
    disability, or death of a member of the uniformed services. If you received any retired
    pay paid under chapter 61 of title 10, then include that pay only to the extent that it
    does not exceed the amount of retired pay to which you would otherwise be entitled
    if retired under any provision of title 10 other than chapter 61 of that title.

    $ _____  $ _____

10. **Income from all other sources not listed above.**  Specify the source and amount.
     Do not include any benefits received under the Social Security Act; payments made
     under the Federal law relating to the national emergency declared by the President
     under the National Emergencies Act (50 U.S.C. 1601 et seq.) with respect to the
     coronavirus disease 2019 (COVID-19); payments received as a victim of a war
     crime, a crime against humanity, or international or domestic terrorism; or
     compensation  pension, pay, annuity, or allowance paid by the United States
     Government in connection with a disability, combat-related injury or disability, or
     death of a member of the uniformed services. If necessary, list other sources on a
     separate page and put the total below..

     . _____   $ _____  $ _____

     _____   $ _____  $ _____

     Total amounts from separate pages, if any.   + $ _____  $ _____

11. **Calculate your total current monthly income.** Add lines 2 through 10 for
     each column. Then add the total for Column A to the total for Column B.

     $ _____  + $ _____  = $ _____

     Total current monthly
     income

**Part 2:**  **Determine Whether the Means Test Applies to You**

12. **Calculate your current monthly income for the year.** Follow these steps:

    12a. Copy your total current monthly income from line 11 ..................   **Copy line 11 here=>**   $ _____

    Multiply by 12 (the number of months in a year)   **x  12**

    12b. The result is your annual income for this part of the form   12b.   $ _____

13. **Calculate the median family income that applies to you.** Follow these steps:

    Fill in the state in which you live.   _____

    Fill in the number of people in your household.   _____

    Fill in the median family income for your state and size of household. ..............   13.   $ _____
    To find a list of applicable median income amounts, go online using the link specified in the separate instructions
    for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

    14a.  ☐  Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
          Go to Part 3. Do NOT fill out or file Official Form 122A-2.

    14b.  ☐  Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
          Go to Part 3 and fill out Form 122A–2.

**Part 3:**  **Sign Below**

    By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

    **X  /s/ Christine Marie Soward** _____

        **Christine Marie Soward**

Debtor 1    **Christine Marie Soward**                                   Case number (*if known*)

Signature of Debtor 1

Date    **November 19, 2020**

MM / DD  / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Christine Marie Soward** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Southern District of Ohio |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 122A - 1Supp

## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)     12/15

**File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 If you believe that this is required by 11 U.S.C. § 707(b)(2)(C).**

### Part 1    Identify the Kind of Debts You Have

1. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 1).

   ■ No.  Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

   ☐ Yes.  Go to Part 2.

### Part 2:    Determine Whether Military Service Provisions Apply to You

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))?

   ☐ No.  Go to line 3.

   ☐ Yes.  Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

      ☐ No.  Go to line 3.

      ☐ Yes.  Go to Form 122A-1: on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☐ No.  Complete Form 122A-1. Do not submit this supplement.

   ☐ Yes.  Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

      ☐ No.  Complete Form 122A-1. Do not submit this supplement.

      ☐ Yes.  Check any one of the following categories that applies:

         ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

         ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____, which is fewer than 540 days before I file this bankruptcy case.

         ☐ **I am performing a homeland defense activity for at least 90 days.**

         ☐ **I performed a homeland defense activity for at least 90 days,** ending on _____, which is fewer than 540 days before I file this bankruptcy case.

> If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now,* and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).
>
> If your exclusion period ends before your case is closed, you may have to file an amended form later.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

**You are an individual filing for bankruptcy,** and

**Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

Chapter 7 - Liquidation

Chapter 11 - Reorganization

Chapter 12 - Voluntary repayment plan for family farmers or fishermen

Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

most taxes;

most student loans;

domestic support and property settlement obligations;

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property.* Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

**Chapter 11: Reorganization**

|  | $1,167 | filing fee |
|---|---|---|
| + | $550 | administrative fee |
|  | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
| + | $75 | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
| + | $75 | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

---

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

---

### Bankruptcy crimes have serious consequences

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

### Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

### Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCreditAndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

---

3-G Graphic Solutions
P.O. Box 1666
Springfield OH 45501

A Plus Expediting & Logistics
PO Box 2074
Mount Vernon OH 43050-7274

A Rifkin
1400 Sans Souci Pkwy
PO Box 878
Wilkes Barre PA 18703

A1 Sprinkler
2383 Northpointe Dr
Miamisburg OH 45342

A1A Services
8148 Solutions Center
Chicago IL 60677

Abby Credit Union
800 Fall Creek Dr
Vandalia OH 45377

Accountemps
12400 Collections Center Drive
Chicago IL 60693

AccuData Integrated Marketing
5220 Summerlin Common Blvd #200
Fort Myers FL 33907

Action Graphics Printing
3520 27th Avenue NE
Miami OK 74354

Admore Inc
PO Box 841741
Dallas TX 75284

ADP
1851 N Resler Drive MS-100
El Paso TX 79912

Adressor Based Systems
3325 Harrison Ave
Cincinnati OH 45211

Advanced Graphics of Dayton
207 Air Street
Dayton OH 45404

Amar Agrawal
1040 North Kings Highway #200
Cherry Hill NJ 08034

Alesco Group
5276 Summerlin Common Way #703
Fort Myers FL 33907

American Express
P. O. Box 981537
El Paso TX 79998-1535

American Fire and Security
PO Box 24781
Dayton OH 45424

American Healthways
701 Cool Springs Blvd
Franklin TN 37067

American Solutions for Business
8479 Solution Center
Chicago IL 60677

Amerilam Supply
900 Dutch Valley
Knoxville TN 37918

Amos MFG
PO BOX 177
Alpena MI 49707

AMSP
1800 Diagonal Rd #320
Alexandria VA 22314

Anthem BC/BS Ohio Group
P.O. Box 105673
Atlanta GA 30348-5673

Apex
7887 Washington Village Drive #200
Dayton OH 45458

Appvion
PO Box 638565
Cincinnati OH 45263

Aqua Falls-Glacier Mountain
P.O. Box 98
Enon OH 45323-0098

Argrov Box
P.O. Box 305
Middletown OH 45052

Ariva Distribution
62493 Collections Center
Chicago IL 60693

Armstrong Printing
222 E. Main Street
Springfield OH 45503

Art's Rental
215 East 6th
Newport KY 41071

Ascentium Capital LLC
23970 Highway 59N
Kingwood TX 77339

AT & T
PO Box 9001309
Louisville KY 40290

AT & T Mobility
PO BOX 6463
Carol Stream IL 60197-6463

Atlas Die LLC
8573 Solutions Center
Chicago IL 60677-8005

Atlas Machine and Supply
7000 Global Drive
Louisville KY 40258

Auman Mahan & Furry
110 North Main #1000
Dayton OH 45402

Automated Presort
1400 Centre Circle Lane
Downers Grove IL 60515

Axis Architecture
150 Railroad
Yellow Springs OH 45387

Bank of America Leasing
PO Box 405874
Atlanta GA 30384

Bank of the West
Dept 23091
Pasadena CA 91185

Barney's True Value Hardware
3375 Dayton-Xenia Rd
Dayton OH 45432

Barrystaff
PO Box 0542
Dayton OH 45401

Baumfolder Corp.
1660 Campbell Road
Sidney OH 45365

Howard Baumwell
600 S. Pearl Street
Columbus OH 43206

BCC Software
PO Box 1174
Buffalo NY 14240

BDI
P.O. Box 74069
Cleveland OH 44194-0161

BDS PACKAGING INC
4250 Display Ln
Dayton OH 45429

Becker Electric
John A. Becker Company
P.O. Box 931115
Cleveland OH 44193

Belcan Services Group
Lockbox 771424
1424 Solutions Center
Chicago IL 60677

Bell & Howell
7049 Solution Center
Chicago IL 60677

Berran Industrial Group Inc.
PO BOX 3205
Kent OH 44240

Best Buy Credit Services
PO BOX 183195
Columbus OH 43218

Best Glass
326 Troy St
Dayton OH 45404

Best Manifesting, Inc.
2880 Marietta Way
Gilbertsville PA 19525

BGR
6392 Gano Road
West Chester OH 45069

BIehl & Biehl
PO Box 87410
Carol Stream IL 60188

Bindery Parts Inc
9070 Norwalk Rd.
Litchfield OH 44253

Boggs Graphics Equipment
14901 Broadway Ave.
Maple Heights OH 44137

Bowers Envelope Company
PO BOX 66854
Indianapolis IN 46266-6854

Braden Sutphin Ink Company
PO BOX 932504
Cleveland OH 44193

Brady, Ware & Company
3601 Rigby Road, Ste 400
Miamisburg OH 45342

Braughler Books, LLC
205 Orchard Drive
Springboro OH 45066

Breck0flex Co LLC
222 Industrial Way West
Eatontown NJ 07724

Bruns, Connell, Vollmar & Armstrong
137 N. Main Street
Suite 400
Dayton OH 45402

BSP Filing Solutions
PO Box 1139
Kosciusko MS 39090

Bunn Packaging
10088 COMMERCE PARK DR.
Cincinnati OH 45246

Caine & Weiner
1699 East Woodfield Road #360
Schaumburg IL 60173

Cameron Packaging
250 E Hanthorn Dr
Lima OH 45804

Canon Financial Services, Inc.
14904 Collections Centere Drive
Chicago IL 60693

Canon Solutions America
158 Gaither Drive
Suite 200
Mount Laurel NJ 08054-1716

Capital Adhesives
1260 S. Old State Road 67
Mooresville IN 46158

Capital One
Bankruptcy Notice
P.O. Box 30285
Salt Lake City UT 84130-0285

Cardmember Services
PO Box 6294
Carol Stream IL 60197

Care One Connect
PO Box 752012
Dayton OH 45475

Carton Craft Supply Inc.
210 Curie Drive
Alpharetta GA 30005

Case Paper Company Inc
900 W 45th St
Chicago IL 60609

CastleGarde
4911 S. West Shore Blvd
Tampa FL 33611

CBT
7152 Solution Center
Chicago IL 60677

CDO Technologies
5200 Springfield Street
Suite 320
Dayton OH 45431

CDW Direct
PO Box 75723
Chicago IL 60675

CE Printed Products
685 Kimberly Drive
Carol Stream IL 60188

Central Fire Protection Co. Inc.
583 SELMA RD.
Springfield OH 44505

Cenveo Commercial Envelope Products
PO Box 31001-1187
Pasadena CA 91110

CFC Specialties LLC
1451 Mueller Avenue
Chattanooga TN 37406

Champion Auto Service
1524 Milburn Ave
Dayton OH 45404

Champion Equipment
3600 Valley St
Dayton OH 45424

Characters Inc
190 Peters Ave
Troy OH 45373

Chase
PO Box 659732
San Antonio TX 78265-9751

Choice Direct Logistics
PO Box 66278
Chicago IL 60666

Chris Beach Design
6150 Veronica Pl
Dayton OH 45459

CIT Finance, LLC
c/o MBW S. Schmidt
26000 Cannon Road
Cleveland OH 44146

CJ Krehbiel Co
Lockbox
6008 Reliable Parkway
Chicago IL 60686

Clamco
775 Bera Industrial Parkway
Berea OH 44017

Classic Envelope
120 Gilboa St
Douglas MA 01516

Clayton Electric
405 S. Main St
Englewood OH 45322

Cleanergy
1331 Troy st
Dayton OH 45404

Clear Bags
4949 Windplay Dr Suite 100
El Dorado Hills CA 95762

Clints Printing
3963 Rockfield Dr
Dayton OH 45430

Colonial Life
Processing Center
PO Box 903
Columbia SC 29202

Michael Columbus
130 W. 2nd Street #2103
Dayton OH 45402

Commissioner of Taxation and Finance
NYS Assessment
PO 4127
Binghamton NY 13902

Compass Professional Health Services
3102 Oaklawn , Suite 215
Dallas TX 75219

Computer Stock Forms, Inc.
835 South High St
Hillsboro OH 45133

Concentra
PO Box 9011
Broomfield CO 80021

Connext Financial LTD
PO BOX 7167
Pasadena CA 91109

Constellation New Energy Inc.
P.O. Box 4640
Carol Stream IL 60197-4640

Continental Data Label
1855 Fox Lane
Elgin IL 60123

Continuous Printing Solutions
PO BOX 824477
Philadelphia PA 19182

Cook Receipt Book Manufacturing Inc.
P.O. Box 2005
278 E. Main Street
Dothan AL 36302

Costco
PO Box 34783
Seattle WA 98124

Cott Systems, Inc.
2800 Corporate Exchange Drive
Suite 300
Columbus OH 43231

County Auditors' Association of Ohio
66 East Lynn Street
Columbus OH 43215

County Treasurers Association of Ohio
47 W. Columbus St.
Nelsonville OH 45764

Crown Equipment Corp
PO BOX 641173
Cincinnati OH 45264

CST Co.
PO Box 33127
Louisville KY 40232

Curbell Plastics
14746 Collections Center Dr
Chicago IL 60693

Customformed Products
645 Precision Court
Miamisburg OH 45342

DAL
PO Box 162
Clifton Heights PA 19018

Data Label, Inc.
1000 Spruce St.
Terre Haute IN 47807

Data Yard
130 W Second St
Suite 250
Dayton OH 45402

Dataline
Po Box 308
Utica NY 13503

Day Air Credit Union
3501 Wilmington Pike
Dayton OH 45429

Dayton Mailing Services, Inc.


Dayton Mailing Services, LLC


Dayton Stencil
PO Box 126
Dayton OH 45401

De lage Financial Services
PO Box 41602
Philadelphia PA 19101

DeLuxe Stitcher
3747 N. Acorn Ln
Franklin Park IL 60131

Dependable Package Delivery
P.O. Box 750396
Dayton OH 45459

Designs Now
2301 Woodman Dr.
Dayton OH 45420

DFS
PO Box 742572
Cincinnati OH 45274

DHL Express
16592 Collections Center Dr
Chicago IL 60693

DHL Global Mail
P.O. Box 40622
Atlanta GA 30384

Digital Fringe
1000 E. Second St
Studio 1040
Dayton OH 45402

Digital Print Solutions
4160 Highlander Pkwy
Richfield OH 44286

Dinsmore & Shohl LLP
P.O. Box 640635
Cincinnati OH 45264-0635

Direct Logistics, Inc
PO Box 612488
Dallas TX 75261

Direct Surety
1065 E. Hillsdale Blvd.
Suite 230
San Mateo CA 94404

DLS Worldwide
P.O. Box 932721
Cleveland OH 44193

Doctors' Urgent Care Offices/AmCare Inc.
935 State Route 28
Milford OH 45150-1957

Domino Plastics Manufacturing, Inc.
601 Gateway Court
Bakersfield CA 93307

DONET, INC.
ATTN:BILLING DEPT.
33 WEST FIRST ST., SUITE 230
Dayton OH 45402

DOT Systems
6030 Webster Street
Dayton OH 45414

Double D Lock & Key Service
1224 Oakdale Ave
Dayton OH 45420

Doug Care Equipment Inc
PO Box 1058
Springville CA 93265

DP & L
PO Box 740598
Cincinnati OH 45274

DPI
PO Box 156
Piney Flats TN 37686

DPL Energy Resources
P.O. Box 25215
Lehigh Valley PA 18002

DSC Office Systems
10270 Alliance Rd.
Cincinnati OH 45242

DST-Motion Industries
PO Box 98412
Chicago IL 60693

E.M. Wick
4126 Linden Avenue
Suite 100
Dayton OH 45432

Economy Tablet and Paper Co.
635 Remington Road
Schaumburg IL 60173

Employment Publishing
175 Strafford Ave
Suite 1
Wayne PA 19087

Englefield Oil Company
447 James Parkway
Heath OH 43056

Enterprise Car Rental
PO Box 801770
Kansas City MO 64180

Enterprise Group
Domtar Paper Company
14544 Collections Center Dr.
Chicago IL 60693

Enterprise Roofing & Sheet Metal
PO Box 545 Wright Brothers Station
1021 Irving Ave.
Dayton OH 45409

Envelope 1, Inc.
41969 State Route 344
Columbiana OH 44408

Envelope Service Inc
7101 Lincoln Pkwy
Fort Wayne IN 46804

Envelope Solution
P.O. Box 218
Lewis Center OH 43035

Ethan Young
9051 Getter Ln
Brookville OH 45309

Eukalin Corp.
835 Herbert Road
Cordova TN 38018

Excello Machine Company, Inc
236 Stevens Street
Grand Rapids MI 49510

Expedient Technology Solutions
8561 Gander Creek Drive
Miamisburg OH 45342

EyeMed
P.O. Box 632530
Cincinnati OH 45263-2530

FAIRRINGTON TRANSPORTATION CORP.
6730 EAGLE WAY
Chicago IL 60678

Fay Servicing
PO Box 619063
Dallas TX 75261-9063

Fed Ex
P O Box 371461
Pittsburgh PA 15250

FedEx Freight
PO Box 223125
Pittsburgh PA 15251

Felins USA, Inc.
8306 W. Parkland Court
Milwaukee WI 53223

Fenimore Manufacturing, Inc.
PO Box 1287
Chickasha OK 73023

FIES SCALES & SYSTEMS INC.
570 LEO ST.
Dayton OH 45404

Fifth Third Bank
Bankruptcy Notice 1MOCBX
5050 Kingsley Drive
Cincinnati OH 45227

Fine Line Graphics Corp.
Drawer #1244
PO Box 5935
Troy MI 48007

Finish Line Binderies
5344 Bragg Rd
Cleveland OH 44127

Fireball Delivery LLC
PO Box 2925
Dayton OH 45401

First Capitol Fire Protection
553 Cedar St
Chillicothe OH 45601

First Niagara Leasing, Inc.
PO Box 91003
Rochester NY 14692

Fisher Scientific
13551 Collections Ctr Drive
Chicago IL 60693

Flagel,Huber,Flagel & Co
3400 South Dixie Dr
Dayton OH 45439

Flashbay
569 Clyde Ave
Unit 500
Mountain View CA 94043

Fleet Graphics Inc.
1940 Smithville Road
Dayton OH 45420

FlexBank
1250 W. Dorothy Ln
Suite 107
Dayton OH 45409

Flexo Concepts
100 Armstrong Rd.
Ste. 103
Plymouth MA 02360

Forms Manufacturers Inc
PO Box 841741
Dallas TX 75284

Fox Capital Group
1211 Avenue of the Americas
New York NY 10036

Freund, Freeze & Arnold
1 South Main Street
Suite 1800
Dayton OH 45402

FujiFilm
1650 Magnolia Drive
Cincinnati OH 45215

GB Collects, LLC
1253 Haddonfield-Berlin Road
Voorhees NJ 08043-4847

GE Capital
POBox 642111
Pittsburgh PA 15264

Gem City Chemicals, Inc.
P.O. Box 251
Dayton OH 45404-0251

Gem City Key Shop
131 E Fourth Street
Dayton OH 45402

Genesis Graphics
14 N Walnut
Troy OH 45373

Gerber Electrical Contractors
100 Rockridge
Englewood OH 45322

Globus Printing
PO BOx 104
Minster OH 45865

Glue Systems
1310 REdwood, Suite B
Petaluma CA 94954

Gould Specialty Papers
2284 Paysphere
Chicago IL 60674

GPA
3906 Solutions Center
Chicago IL 60677

Grafix Equipment
48 Anderson Avenue
New Milford CT 06776

Grainger
PO Box 419267
Kansas City MO 64141

Graphco
6563 Cochran Road
Solon OH 44139

Graphic Arts Service & Supply, Inc.
3933 S. Greenbrooke Drive SE
Grand Rapids MI 49512

Graphic Paper Products Corp.
6069 Yeazell Road
Springfield OH 45502

Graphicsource
9115 Terminal Avenue
Skokie IL 60077

Grayhair Software
124 GAither Suite 160
Mount Laurel NJ 08054

Great American Leasing
PO Box 660831
Dallas TX 75266

Guardian Insurance
PO Box 677458
Dallas TX 75267-7458

Habegger
632 E 1st Street
Dayton OH 45402

Hasler
PO Box 3808
Milford CT 06460

Jeff Hendricks
312 Walnut Street #1800
Cincinnati OH 45202

Heritage Crystal Clean
13621 Collections Center Drive
Chicago IL 60693

HF Communications
PO BOX 401
Anoka MN 55303

HF Group
8844 Mayfield
Chesterland OH 44026

Highland Computer Forms
P.O. Box 145400
Cincinnati OH 45250-5400

HILCO
366 Park Avenue #103
Glencoe IL 60022

HK Payroll
PO BOx 699
Dubuque IA 52004

HP
PO Box 402582
Atlanta GA 30384

Husky Envelope
Two Miranova Place
Suite 700
Columbus OH 43215-5098

IFinancial Group
324 Avenida De La Estrella
San Clemente CA 92672

Indigo America
PO Box 415573
Boston MA 02241-5573

Infoseal
P.O. Box 742659
Atlanta GA 30374-2659

Infosystems
55 West Sheffield
Englewood NJ 07631

INFOUSA
PO Box 957742
Saint Louis MO 63195

Innergreen, Inc.
11270A Grooms Road
Cincinnati OH 45242

INtab
PO Box 1160
Mebane NC 27302

Integrity Printing
912 N Main
Dayton OH 45405

Internal Revenue Service
P O Box 7346
Philadelphia PA 19101-7346

International FInance
PO Box 1450
Minneapolis MN 55485

International Mail Service
692 S 8th STreet Suite A
Kalamazoo MI 49009

International Mailing
77 W Elmwood #203
Dayton OH 45459

Interstate Billing Service
1900 Sorenson
Albert Lea MN 56007

INX International
97141 Eagle Way
Chicago IL 60678

Jason Norwood, Esq
33 W First Street, #200
Dayton OH 45402

Jeffrey Quinn, Esq.
PO Box 596
Drexel Hill PA 19026

Jet Letter Corp
603 LArkspur
Corona Del Mar CA 92625

Jet Technologies
8834 Mayfield Suite C
Chesterland OH 44026

Jet Technologies
11930 Oakwood Lane
Chesterland OH 44026

JP Morgan Chase
PO Box 182051
Columbus OH 43218

Kabbage
925 Peachtree St NE #1688
Atlanta GA 30309

KastlePlus Electric
4501 Kettering Blvd
Dayton OH 45439

Kavanaugh's Office City
315 East Columbia Street
Springfield OH 45503

Keeper Security
850 W Jackson #500
Chicago IL 60607

Keepsake Marriage Certificates
5645 Clingan Rd Unit 14A
Struthers OH 44471

Kennedy Ink Co
5230 Wooster Rd
Cincinnati OH 45226

Kenneth Soward
2875 Maginn Drive
Beevercreek OH 45434

Key Bank
127 Public Square
Cleveland OH 44114

Key Bank Leasing
127 Public Square
Cleveland OH 44114

Key Equipment Finance
1000 S McCaslin Blvd
Superior CO 80027

Key Surgical
8101 Wallace
Eden Prairie MN 55344

Kings Transfer
417 San Jose Street
Dayton OH 45403

Tami Kirby
One South Main Street #1600
Dayton OH 45402

Kleer-fax
750 New Horizons Blvd
Amityville NY 11701

Kofile Products Inc.
P.O. Box 541028
Dallas TX 75354

Konica Minolta
100 Williams Drive
Ramsey NJ 07446

Konica Minolta Business Solutions
Attn: Accounts Receivable
Dept CH 19188
Palatine IL 60055

Krieg Offset
10600 Chester Street
Cincinnati OH 45215

Label Source
P.O. Box 859
Coppell TX 75019-9998

Lake Image Systems
205 Summit Point Drive Suite 2
Henrietta NY 14467

Jeanner Lampe
6069 Yeazell Road
Springfield OH 45502

Laser Substrates
6251 C PArk of Commerce Blvd
Boca Raton FL 33487

Lavy Enterprises
PA

Law Office of John Pucin
1699 E Woodfield Road #360A
Schaumburg IL 60173

Lawrence Binding Systems
19970 Ingersoll
Rocky River OH 44116

Leaf Capital Funding LLC
2005 Market Street, 14th floor
Philadelphia PA 19103

Leaf Financial
PO Box 644006
Cincinnati OH 45264

LG Funding
1218 Union Street
Brooklyn NY 11225

Liberty Capital Group Inc

Licking County Municipal
40 West main Street
Newark OH 43055

Lloyd & McDaniel PLC
P O Box 23200
Louisville KY 40223

Logistics Resource Group
8500 110th Street #300
Overland Park KS 66210

Lowes
P.O. Box 530954
Atlanta GA 30353-0954

M&R Electric Motor
1516 E. Fifth Street
Dayton OH 45402

M.B.R. Inc
dba Macke Bindery Repair
10657 Chipstone Drive
Harrison OH 45030

M2 Lease Funds

Magnum Inks & Coating
355 Wright Drive
Middletown OH 45044

Mail Green
3026 Owen Drive
Suite 110
Antioch TN 37013-2417

Mail Merry Systems Inc

MailFinance

Maillender, Inc
5042 Reliable Pkwy
Chicago IL 60686

Mailroom Technical Service
3050 N Main Street
Unit 4
Kennesaw GA 30144

Marco's Paper
25 W. Whipp Road
Unit 4
Dayton OH 45459

Marlin Business Bank
P.O. Box 13604
Philadelphia PA 19101-3604

Marlin Capital Solutions
300 Fellowship Road
Mount Laurel NJ 08054

Marshal Protective Alarm
PO Box 24781
Unit 4
Dayton OH 45424

Martin Palmer Tool & Die
90 Vermont Ave
Dayton OH 45404

Massie Creek Plumbing
PO Box 34081
Dayton OH 45434

Matrix Trust Company

MBGraphics
PO Box 141531
Columbus OH 43214

MBO America
400 Highland Drive
Randolph VT 05060

MBR
10657 Chipstone Dr
Harrison OH 45030

McCarthy, Burgess & Wolff
26000 Cannon Road
MB&W Bldg
Bedford OH 44146

McCormick Equipment
112 Northeast Drive
Loveland OH 45140

Messenger Press
6184 St Rt 274
Celina OH 45822

Metro Flex Inc
3304 Encrete Lane
Dayton OH 45439

MetroMedia Inc


Metzgers
207 Arco Drive
Broadway OH 43007

Meyers Trucking
POBox 54
Leipsic OH 45856

MG Trust (Matrix Trust)
P.O. Box 46546
Attn: TPA 000242
Denver CO 80201

Miami Industrial Trucks
PO Box 632616
Cincinnati OH 45263

Miami Valley Packaging
PO Box 296
Dayton OH 45404

Micro Computer Solutions
801 Cessna Ave
Gaithersburg MD 20879

Midland Paper
1140 Paysphere Cr.
Chicago IL 60674

MidSouth Technologies
14901 Trinitty Blvd
Fort Worth TX 76155

Midtown Pallet & Recycle
PO Box 397
Stony Ridge OH 43463

Midwest Electrical Testing
5141 north 35th Street
Milwaukee WI 53209

Millcraft Paper
PO Box 72466
Cleveland OH 44192

Miller Calibration Inc
1400 Grange Hall Road #500
Dayton OH 45430

Mills Park Hotel
c/o Green County Board of Elections
551 Ledbetter Road
Xenia OH 45385

Milpak
2880 Big Oak Drive
King NC 27021

Miracle Corp Products
2425 West Dorothy Lane
Dayton OH 45439

Mission Critical Systems
3807 Silver Oak Street
Dayton OH 45424

Model Graphics -V
PO Box 7064190
Cincinnati OH 45270-3000

Mueller Roofing Distributors

Multi-Plastics
PO Box 674
Lewis Center OH 43035

Mybinding.com

N-Stock Box
PO Box 236
Middletown OH 45042

NACM
751 Plaza Blvd
Coppell TX 75019

National Bank and Tag
721 York Street
Newport KY 41072

National Kidney Foundation

National Presort Lp
14901 Trinity Blvd
Fort Worth TX 76155

Nationwide
PO Box 644022
Cincinnati OH 45264

Neace Tire


NECI
530 Turnpike Street
Canton MA 02021

Neopost
25880 Network Place
Chicago IL 60673

Netherland Rubber Co
PO Box 62165
Cincinnati OH 45262

New Century Envelope
PO Box 55530
Indianapolis IN 46205

New York Dept of Tax
PO box 22038
Albany NY 12201

NFIB/Careworks
5500 Glendon Court
#175
Dublin OH 43016

NIC Ennis
PO Box 841741
Dallas TX 75284

Niche Productions


Niwot Networks


Nobelus
PO Box 306062
Nashville TN 37230

Nordson
PO box 802586
Chicago IL 60680

Nova Pressroom Products
PO Box 2700
Jacksonville FL 32203

OAEO (Ohio Assoc. of Election Officials)
c/o Cheryl Browing
Jackson County Board of Elections
275 Portsmouth Street, Suite 2
Jackson OH 45640

Oakes
5298 Troy Road
Springfield OH 45502

OAMCC
Jim Link, Treasurer
109 N Union Street
3 OH 44842

Ohio Addressing Machine
3040 Prospect Ave
Cleveland OH 44115

Ohio Attorney General
30 E Broad Street
14th Floor
Columbus OH 43215

Ohio Bureau of Motor Vehicles

Ohio Bureau of Workers Compensation
Attn:  Law Section Bankruptcy Unit
PO Box 15567
Columbus OH 43215-0567

Ohio Clerk of Courts
Wyandot County Clerk
109 S Sandusky #31
Upper Sandusky OH 43351

Ohio Department of Commerce
Division of Industrial Compliance
P.O. Box 4009
6606 Tussing Road
Reynoldsburg OH 43068-9009

Ohio Dept of Commerce
6606 Tussing Road PO box 4009
Reynoldsburg OH 43068

Ohio Dept of Job & Family Services
Bankruptcy Reporting Contact
PO Box 183203
Columbus OH 43218-2404

Ohio Graphco, Inc
PO box 72007
Cleveland OH 44192

Ohio Label Inc
5005 Transamerica
Columbus OH 43228

Ohio Label, Inc.
5005 Transamerica Drive
Columbus OH 43228

Ohio Secretary of State
180 E. Broad Street 17th Floor
Columbus OH 43215

Ohio Treasurer of State


Omnicard
Foster Plaza 10 Suite 430
Pittsburgh PA 15220

On Demand
1125 N Perry Street
Pontiac MI 48340

On Demand Digital Paper
5595 Westpark
Atlanta GA 30336

On Demand Mail Services
1125 N Perry Street
Pontiac MI 48340

On The Mark, Inc.
P.O. Box 194
Valley Forge PA 19481

OneTouchPoint
Box 88534
Milwaukee WI 53288-0534

Otis Elevator
PO Box 73579
Chicago IL 60673

Packaging Equipment & Films
15261 Stony Creek Way
Noblesville IN 46060

Packaging Price


PageDNA


PAR II, LLC
4570 Cortsville Road
Cedarville OH 45314

Patricia Fugee
FisherBroyles, LLP
27100 Oakmead Drive #306
Perrysburg OH 43551

Patrick Staffing
1200 E 2nd Street #D
Franklin OH 45005

Pawnee Leasing
700 Centre
Fort Collins CO 80526

Paycor
4811 Montgomery Rd
Cincinnati OH 45212

Paypal

Peak Business Services
12882 Pennridge Drive
Bridgeton MO 63044

Pengad Inc
PO Box 99
Bayonne NJ 07002

Penske Truck Rental
1976 Woodman Center Dr
Dayton OH 45420

People's Capital & Leasing Corp.
4400 Easton Commons Way #125
Columbus OH 43219

Pickrel, Schaefer & Ebling
400 N Main Street #2700
Dayton OH 45423

Pink Ribbon Girls, Inc
15 South Second Street
Tipp City OH 45371

Pitney Bowes
PO Box 371896
Pittsburgh PA 15250

Pitney Bowes Presort Service
9053 N Deerbrook Trace
Milwaukee WI 53223

PNC
Bankruptcy Dept
Consumer Loan Center
2730 Liberty Avenue
Pittsburgh PA 15222

PNC Equipment Finance
PO Box 931034
Cleveland OH 44193

Polycrafters
PO Box 682
3845 W. National
Springfield OH 45501

Post Printing Company V
205 W 4th Street
Minster OH 45865

Potter Anderson  & Carroon
1313 North Market Street
Wilmington DE 19899

Precision Roller
2102 W Quail #1
Phoenix AZ 85027

Preferred Partners
13936 Gold Circle #B
Omaha NE 68144

Pressworks Bindery & Specialties
351 W. Bigelow Avenue
Plain City OH 43064

Principal Financial Group
PO Box 10372
Des Moines IA 50331

Printers Bindery
925 Freeman Avenue
Cincinnati OH 45203-1109

Printers Service
PO BOx 5070
Newark NJ 07105

Printgraphs
PO BOX 841741
Dallas TX 75284

Prioroty Envelope
PO BOX 9201
Minneapolis MN 55480

Production Mail Solutions
PO BOX 931034
Cleveland OH 44193

Professional Sports Catering
PO BOX 3048
Dayton OH 45401

Profile Digital Printing
5449 Marina Drive
Dayton OH 45449

Progressive Printers, Iinc.
884 Valley Street
Dayton OH 45404

Prosource
PO Box 638804
Cincinnati OH 45263

QT-2
P.O. Box 758
241 Heritage Drive
Tiffin OH 44883

Quality Forms
4317 West US RT 36
Piqua OH 45356

Quick Tab II
241 Heritage Drive
Tiffin OH 44883

R+L Carriers
PO Box 10020
Port William OH 45164

R. Michael Orrill
PO Box 13256
Dayton OH 45413

Racami
3145 Northwoods  Pkwy # 200
Norcross GA 30071

Rainbow Computer Technology
980 Lone Oak Road #102
Saint Paul MN 55121

Redi Data
107 Little Falls Rd
Fairfield NJ 07004

Redycap Lending
707 Miamisburg-Centerville RD #200
Dayton OH 45459

Regional Sheet Metal
4401 Springfield St
Dayton OH 45431

Reliable Printing Solutions
2230 MIchigan Ave
Santa Monica CA 90404

Craig Relman
23875 Commerce Park Road #105
Beachwood OH 44122

Relyco
121 Broadway
Dover NH 03820

Resolute FP
PO Box 8500
Philadelphia PA 19178

Reynolds co of Ohio
PO Box 31141
Cincinnati OH 45231

Reynolds Distribution Co
PO Box 437
Springboro OH 45066

RGH Solutions
1840 Valley
Dayton OH 45404

RGH Solutions LLC
1840 Valley Street
Dayton OH 45404

Eric Rice
1 W. Water Street #275
Saint Paul MN 55107

Riverview Packaging, Inc.
101 Shotwell Drive
Franklin OH 45005

Rollem Corp of America
1650 Lewis
Anaheim CA 92805

Roosevelt Paper
P.O. Box 785175
Philadelphia PA 19178-5175

Rotary Forms Press
835 High Street
Hillsboro OH 45133

Roto Die Company
PO Box 6354
Carol Stream IL 60197

RR Donnelley Logistics Services
PO Box 932721
Cleveland OH 44193

Rumpke
PO Box 538710
Cincinnati OH 45253

Rush Expediting
PO Box 2810
Dayton OH 45401

Rush Truck Leasing
7655 Poe Avenue
Dayton OH 45414

Sabin Robbins
P.O. Box 930322
Atlanta GA 31193

Sam's Club
P.O. Box 530981
Atlanta GA 30353-0981

SBA
409 Third Street SW
Washington DC 20416

Bruce Schrader
222 South Main Street
Akron OH 44308

Schuerholz Printing
3540 Marshall Road
Dayton OH 45429

Scratch off Systems
5405 Valley Belt Rd #K
Independence OH 44131

Selective Insuarnce Company
PO Box 371468
Pittsburgh PA 15250

Sensible Technologies
12786 Currie Ct
Livonia MI 48150

Small Business Admin- United States
US Attorney General's Office
Main Justice Building
10th & Constitution Avenue
Washington DC 20530

Smead Manufacturing
P.O. Box 1450
Minneapolis MN 55485-8336

Sonshine Commercial Clean
986 Winzig Lane
Lebanon OH 45036

Staples
P.O. Box 78004
Credit Plan Dept 51-7872247035
Phoenix AZ 85062-8004

State of Ohio
Department of Taxation
Attn: Bankruptcy Division
P O Box 530
Columbus OH 43216

Sterling National Bank
500 7th Ave 11th Floor
New York NY 10018

Sterling Paper
1845 ProgressAve
Columbus OH 43207-1726

Stingler Supply
PO Box 40492
Cincinnati OH 45240

STS
603 Bell PArk Circle
Woodstock GA 30188

Superior Dental Care
6683 Centerville BUsiness Pkwy
Dayton OH 45459

Supply Post Business
11365 Deerfiled Road
Cincinnati OH 45242

Susquehanna
136 East Southtemple #1400
Salt Lake City UT 84111

Synchrony Bank
Attention Bankruptcy Dept
PO Box 965064
Orlando FL 32896

T&T Graphics, Inc.
2563 Technical Drive
Miamisburg OH 45342

T.I.G. Wood & Die Inc.
1760 Dalton Drive
New Carlisle OH 45344

T.I.G. Wood 7 Die Inc
1760 Dalton Drive
New Carlisle OH 45344

Talentwise
P.O. Box 3876
Seattle WA 98124-3879

TCF Equipment Finance
11100 Wayzata Blvd. #801
Minnetonka MN 55305

TEam EPS
1835 Airport Exchange Blvd #100
Erlanger KY 41018

TEC Lighting
115 Arovista Circle
Brea CA 92821

The Cincinnati Insurance Co
P.O. Box 145620
Cincinnati OH 45250

The Custom Companies
P.O. Box 3270
Melrose Park IL 60164

The Fink Meat Co.
P.O. Box 1281
Springfield OH 45501

The Guardian Life Insurance Company
P.O. Box 677458
Dallas TX 75267-7458

The Harmeyer Group
P.O. Box 283
Miamisburg OH 45343-0283

The Moore Group
131 Daniel Webster #618
Nashua NH 03060

The PRinting Plant
1330 Tennessee Avenue
Cincinnati OH 45229

Thomas Graphics
409 Troy Street
Dayton OH 45404

Thompson Direct, Inc.
214 Amendodge Drive
Shorewood IL 60404

TL Krieg Offset
10600 Chester Street
Woodlawn OH 45215

Traco Business Systems
P.O. Box 308
Windber PA 15963

Triad Technologies
985 Falls Creek Drive
Vandalia OH 45377

Trigon Imaging Solutions
575 Chamber Drive
Milford OH 45150

Trojan Printing Products
P.O. Box 604
Dayton OH 45409-0604

Taylor Trout
150 East Fourth Street
Cincinnati OH 45202

TSD
11031 North Dixie Drive
Vandalia OH 45377

TVT Capital (TMF Capital Group)
116 Nassau Street, #804
New York NY 10038

Tyler Breedwell
4565 Northcross Court
Batavia OH 45103

U.C.S. Waste Equipment Co.
PO Box 1737
Dayton OH 45401

U.S. Wiping Materials, Inc
2539 East Sullivan Ave
Saint Louis MO 63107

Uline
PO Box 88741
Chicago IL 60680

Umbra
PO Box 8000
Dept 554
Buffalo NY 14267

Union Savings Bank
8534 E. Kemper Road
Cincinnati OH 45249

United Envelope
PO Box 951431
Cleveland OH 44193

Univest Capital Inc.
9322 Reliable Pkwy.
Chicago IL 60686

Update Ltd.
134 Peavey Cir.
Chaska MN 55318

UPS
PO BOX 7247
Philadelphia PA 19170

UPS Freight
28013 Network Place
Chicago IL 60673

UPS Supply Chain Solutions
28013 Network Place
Chicago IL 60673

US Attorney
221 East Fourth Street
Suite 400
Cincinnati OH 45202

US Department of Labor
550 Main Street Room 10-409
Wage & Hour Division
Cincinnati OH 45202

US Impact
PO Box 1746
Mandeville LA 70470

US Post Office
Acct Receivables
National Customer Support Center
225 N Humphreys Blvd, Ste. 501
Memphis TN 38188

UV Specialties
3705 Stern Avenue
Saint Charles IL 60174

Valco Melton
1244 Solutions Center
Chicago IL 60677-1002

Valenz Assurance
609 2nd Street
Suite 2
Portsmouth OH 45662

Vectren - 100
PO Box 6262
Indianapolis IN 46206

Vectren - 888
PO Box 6262
Indianapolis IN 46206

Veracore Software Solutions Inc.
1086 Elm Street
Suite 200
Rocky Hill CT 06067

VerCom
410 Fame Rd
Dayton OH 45449

Vertiv Operating Company
298 Vintage Place
Dayton OH 45415

Victor Envelope Company
301 Arthur Court
Bensenville IL 60106

W+D North America Inc.
11300 West 80th Street
Overland Park KS 66214

Ward Kraft, Inc.
P.O. Box 874190
Kansas City MO 64187-4190

Wardkraft family
PO BOx 1096
Lowell AR 72745

Tim Warner
25935 Detroit Road #200
Westlake OH 44145

Timothy Warner
25935 Detroit Road #200
Westlake OH 44145

Wat-Kem Mechanical Inc.
2755 S. County Road 25A
Troy OH 45373

Web Reliance
1381 W. US Highway 22 & 3
Maineville OH 45039

Welch Packaging
PO Box 856421
Minneapolis MN 55485

Wells Fargo Bank
PO Box 70239
Philadelphia PA 19176

Wells Fargo Financial Services
PO Box 70239
Philadelphia PA 19176-0239

West Camp Press
Attn: Accounts Receivable
39 Collegeview Rd
Westerville OH 43081

Westendorf Print
4220 Interpoint Blvd
Dayton OH 45424

Western States Envelope
PO Box 205216
Dallas TX 75320

Westfield Bank
PO Box 668
Westfield Center OH 44251

Wex Bank
P.O. Box 6293
Carol Stream IL 60197-6293

Wexler Packaging Products
777-M Schwab Road
Hatfield PA 19440

Whispering Creek, LLC
PO Box 24385
Huber Heights OH 43424

Whittier Mailing Products
13019 Park Street
Santa Fe Springs CA 90670

Windowbook
300 Franklin Street
Cambridge MA 02139

Xitron
4880 VEnture Drive, #500
Ann Arbor MI 48108

XPO Enterprises Services
5 American Lane
Greenwich CT 06831

XPOLogistics
Pittsburgh PA

YS Chamber
101 Dayton Street
Yellow Springs OH 45387